CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 27, 2021**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor. | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |

## <u>AMENDED AGREED SCHEDULING ORDER</u>

The parties represent that they have agreed to the terms of this Amended Agreed Scheduling Order. It is hereby **ORDERED** that the following schedule of deadlines shall be in effect until further order of this Court:

| | |
|---|---|
| **September 30, 2021** | Deadline for The Dixon Water Foundation ("Dixon") to file its response to the Complaint [Docket No. 1]. |
| **October 22, 2021** | Deadline for Parties to serve Initial Disclosures required by Federal Rule of Bankruptcy Procedure ("FRBP") 26(a). |
| **February 14, 2022** | Deadline to complete fact discovery. |
| **February 21, 2022** | Deadline for Expert Disclosures required pursuant to FRCP 26(a)(2) (as incorporated by FRCP 7026) to be made by party with the burden of proof on the issue addressed by the particular Expert Disclosure. |
| **March 16, 2022** | Deadline for Rebuttal Expert Disclosures pursuant to FRCP 26(a)(2) (incorporated by FRCP 7026). |
| **March 20, 2022** | Deadline for filing dispositive motions. |
| **April 6, 2022** | Deadline to complete Expert discovery. |
| **April 8, 2022** | Deadline to file and serve lists of witnesses and exhibits, including deposition excerpts, except for impeachment documents and impeachment and rebuttal witnesses, and to exchange exhibits between counsel. |
| **April 18, 2022** | Deadline to file, serve and upload Joint Pretrial Order, in compliance with Local District Court Rule 16.4. |
| **April 18, 2022** | Deadline to file Written Proposed Findings of Fact and Conclusions of Law shall be filed. |
| **April 18, 2022** | Deadline to file Trial Briefs. |
| **April 19, 2022** | Deadline for parties to file objections, except with regard to relevance which are reserved for trial, to designated trial exhibits, including deposition excerpts. |
| **April 21, 2022** | Pretrial Conference |
| **April 28, 2022 at 9:00 a.m. (CT)** | Trial Docket Call. |
| **May __, 2022** | Trial Week (parties anticipate requesting two (2) full days). |

**IT IS FURTHER ORDERED** that at Docket Call, all parties and their counsel must certify to full compliance with this Order. If a resetting is allowed by the Court, the Plaintiff's

attorney shall notify all parties in interest and shall file with the Clerk a certificate of service indicating the manner, date and to whom the notice was given.

**IT IS FURTHER ORDERED** that sanctions may be imposed for failure to comply with this Order.

### END OF ORDER ###

**AGREED AS TO FORM:**

**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 3800
Dallas, TX 75201
(214) 855-7500
(214) 855-7584 (fax)
Email: dperry@munsch.com

By: *__/s/ Deborah M. Perry__*
Deborah M. Perry
Texas Bar No. 24002755

ATTORNEYS FOR THE DIXON WATER FOUNDATION

**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, Texas 75202
(972) 503-4033
(972) 503-4034 (fax)
Email: joyce@joycelindauer.com

By: *__/s/ Joyce W. Lindauer (w/permission DMP)__*
Joyce W. Lindauer
Texas Bar No. 21555700

**LAW OFFICE OF K. WALJI**
Khudabuksh K. Walji
Texas Bar No. 20691500
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
(281) 401-9672

ATTORNEYS FOR BM318, LLC