**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **BM318, LLC,** | § | **Case No. 20-42789-MXM** |
| **Debtor** | § | |
| **BM318, LLC,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Adv. Pro. No. 21-04051-MXM** |
| **THE DIXON WATER FOUNDATION,** | § | |
| **Defendant.** | § | |

**ORDER GRANTING LUMAR LAND & CATTLE, LLC'S**
**MOTION TO INTERVENE**

Came on for consideration the *Motion to Intervene and Brief in Support* (the "Motion to Intervene") filed by Lumar Land & Cattle, LLC in the above-styled adversary proceeding, which

was commenced by the filing of Debtor/Plaintiff BM318, LLC's *Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§548 and 550*. The Court, having considered the Motion to Intervene, any responses to the Motion, and noting that proper notice of the Motion was given to proper parties, hereby finds that the Motion should be GRANTED.

IT IS THEREFORE, ORDERED, that Lumar Land & Cattle, LLC's Motion to Intervene is in all things GRANTED.

Accordingly, IT IS ORDERED that Lumar Land & Cattle, LLC may intervene in this adversary proceeding by filing its Complaint in Intervention for Declaratory Judgment.

**### END OF ORDER ###**