Kimberly P. Harris
Texas Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
Texas Bar No. 24058104
jshepherd@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

**Attorneys for proposed Intervenor**
**Lumar Land & Cattle, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| Plaintiff-in-Intervention | § | |

**NOTICE OF HEARING ON MOTION**
**TO INTERVENE AND BRIEF IN SUPPORT**

PLEASE TAKE NOTICE that the hearing on the *Motion to Intervene and Brief in Support* [Adv. Dkt. No. 14], filed by Lumar Land & Cattle, LLC, has been set for **February 10, 2022 at**

**1:30 p.m.,** via WebEx Video Conference, before the Honorable Mark X. Mullin, United States Bankruptcy Judge.

The WebEx link may be accessed here: https://uscourts.webex.com/meet/mullin. To appear via telephone only, parties must dial 1-650-479-3207 and enter Meeting ID 474 603 746. A copy of the WebEx Hearing Instructions is attached hereto as **Exhibit "A."**

January 19, 2022,

Respectfully submitted,

*/s/ Joshua L. Shepherd*
KIMBERLY P. HARRIS
State Bar No. 24002234
kharris@qslwm.com
JOSHUA L. SHEPHERD
State Bar No. 24058104
jshepherd@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR LUMAR LAND & CATTLE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2022, a true and correct copy of the foregoing Notice of Hearing was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, including both the Debtor-Plaintiff BM318 and Dixon, through counsel.

*/s/ Joshua L. Shepherd*
Joshua L. Shepherd

# Telephonic/Video Hearing Policy

1. **General Information**. The Court is currently providing remote access to hearings through the Court's WebEx videoconference facilities. Parties, counsel, and other parties in interest are permitted to attend and participate in hearings by telephone and videoconference without prior permission of the Court subject to compliance with the procedures and requirements set forth herein. Those who plan to actively participate in a hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link below. Those who will not be seeking to introduce any evidence at the hearing and who wish to attend in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID below.

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 474 603 746

2. **Witness Testimony. Witnesses may not provide testimony by telephone alone (i.e. without the WebEx video function activated)** except in extremely rare, emergency situations in which the Court determines that cause exists to waive the prohibition or where such form of testimony has been pre-authorized by the Court.

3. **Protocol for Joining Hearing; Conduct During Hearing**. Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress and the Court's telephonic and videoconference lines are live. During hearings, attendees are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings before the Court**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04 at: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

4. **Exhibits**. Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits. If a party is not able to attach each exhibit as an attachment, then such party must deliver a flash drive that includes the exhibits or 2 sets of binders to the Court by no later than twenty-four (24) hours in advance of the hearing unless the hearing will be conducted in a live format and counsel will be presenting the binders to the Court at the commencement of the hearing. For any witness that is to be called to testify remotely, the party calling the witness is responsible for supplying the witness with all designated exhibits for the hearing.

**EXHIBIT "A"**

5. **Disclaimer.** The Court cannot and does not guarantee that telephonic service and computer connectivity will not be interrupted during the course of a hearing. Those who elect to participate in a hearing by remote means do so at their own risk understanding that except in extremely rare circumstances the Court will not entertain a request for continuance of the hearing based upon technological failure or any disadvantage experienced on account of an election to attend remotely instead of in person.

**EXHIBIT "A"**