Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*

Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Email: guy@joycelindauer.com
Email: kerry@joycelindauer.com

*Attorneys for BM318, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-42789-MXM |
| BM318, LLC,<br><br>Plaintiff,<br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Pro. No. 21-04051-MXM |

**JOINT AGREED MOTION FOR ENTRY OF
<u>SECOND AMENDED AGREED SCHEDULING ORDER</u>**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COME NOW The Dixon Water Foundation, a Texas non-profit corporation ("Dixon"), the defendant in this adversary proceeding filed by BM318, LLC ("BM318") and BM318, and file

this *Joint Agreed Motion for Entry of Second Amended Agreed Scheduling Order* (the "Motion"), respectfully showing the Court as follows:

**BACKGROUND**

1. On August 10, 2021, BM318 filed its *Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 548 and 550* [Docket No. 1], commencing this adversary proceeding.

2. On September 27, 2018, the parties submitted an *Agreed Scheduling Order* [Docket No. 6], which set forth a schedule of deadlines for this adversary proceeding. On December 27, 2021, the parties submitted an *Amended Agreed Scheduling Order* [Docket No. 11], with a revised schedule of deadlines.

3. Under the Amended Agreed Scheduling Order, the deadline to complete fact discovery is February 14, 2022. The parties have exchanged discovery requests and are working to try to resolve discovery disputes in hopes of not having to seek Court intervention. The current status of the litigation necessitates an extension of the deadline to complete fact discovery as well as subsequent deadlines. Accordingly, the parties have agreed to further amend the schedule of deadlines in this adversary proceeding and respectfully request that the Court reset the docket call on this matter from April 28, 2022 to June 23, 2022, and extend the discovery and pretrial deadlines as set forth on the Second Amended Agreed Scheduling Order, attached hereto as Exhibit 1.

4. The extended deadlines in the proposed Second Amended Agreed Scheduling Order are not sought for delay but so that justice may be done.

**PRAYER**

WHEREFORE, Dixon and BM318 respectfully request that the Court grant this Motion, enter the *Second Amended Agreed Scheduling Order*, and grant such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED on this 27th day of January, 2022.

/s/ *Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*

/s/ *Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
guy@joycelindauer.com
kerry@joycelindauer.com

*Attorneys for BM318, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 27th day of January 2022, she personally caused true and correct copies of the foregoing pleading to be served on all parties receiving electronic notice through the Court's CM/ECF system in the Adversary Proceeding by filing same through such system.

/s/ *Deborah M. Perry*
Deborah M. Perry