Kimberly P. Harris
Texas State Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
Texas State Bar No. 24058104
jshepherd@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Telephone
(214) 871-2111 – Facsimile

ATTORNEYS FOR LUMAR LAND
& CATTLE, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm11 |
| | § | |
| Debtor. | § | |
| | § | |
| BM318, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| The Dixon Water Foundation, | § | Adv. Pro. No. 21-04051-mxm |
| | § | |
| Defendant. | § | |
| | § | |
| Lumar Land & Cattle, LLC | § | |
| | § | |
| Plaintiff-in-Intervention. | § | |

# WITNESS AND EXHIBIT LIST

COMES NOW Lumar Land & Cattle, LLC ("Lumar") and respectfully submits to the Court that Lumar will rely upon those witnesses and exhibits listed below, or identified by

others, with respect to the hearing set for February 10, 2022, at 1:30 p.m. (CDT) (the "Hearing") on Lumar's *Motion to Intervene and Brief in Support* [Dkt. No. 14].

**WITNESSES**

Lumar may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Any witness called or designated by any other party; and

2. Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

**EXHIBITS**

Lumar may offer into evidence any of the following exhibits at the Hearing:

A. *Special Warranty Deed with Vendor's Lien* from the Dixon Water Foundation ("Dixon") to Lumar; and

B. *Notice of Lis Pendens* executed by BM318, LLC ("BM318").

Lumar further expressly reserves the right to use and offer into evidence: (i) any documents filed of record in the BM318's bankruptcy case or this Adversary Proceeding, (ii) any exhibit designated by the BM318, Dixon, or any other party at the Hearing; (iii) any exhibit necessary to rebut the evidence or testimony of any witness offered, including under Rule 106 of the Federal Rules of Evidence, and (iv) any demonstrative exhibit necessary to aid in presentation to the Court.

[***Remainder of page left intentionally blank***]

Dated: February 7, 2022,

Respectfully submitted,

*/s/ Joshua L. Shepherd*
KIMBERLY P. HARRIS
State Bar No. 24002234
kharris@qslwm.com
JOSHUA L. SHEPHERD
State Bar No. 24058104
jshepherd@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR LUMAR LAND & CATTLE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2022, a true and correct copy of the foregoing *Witness and Exhibit List*, including the designated exhibits, was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, including both the Debtor-Plaintiff BM318 and Dixon, through counsel.

*/s/ Joshua L. Shepherd*
Joshua L. Shepherd