Deborah M. Perry
Texas Bar No. 24002755
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

***Attorneys for The Dixon Water Foundation***

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor. | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | **Hearing date: February 10, 2022**<br>**Hearing Time: 1:30 p.m. (CT)** |

## WITNESS AND EXHIBIT LIST

COMES NOW, The Dixon Water Foundation, a Texas non-profit corporation ("Dixon"), the defendant in the above styled adversary proceeding (the "Adversary Proceeding"), and files this its *Witness and Exhibit List* for the hearing scheduled for Thursday, February 10, 2022 at 1:30 p.m. (CT), giving notice that it may offer into evidence (i) testimony from the following witnesses, and/or (ii) the following exhibits:

### I. WITNESSES

1. Any person designated by any other party.

2. Rebuttal and/or impeachment witnesses as may be appropriate.

## II. EXHIBITS

1. Any pleading(s), document(s) or notice(s) on the docket of the Bankruptcy Case.

2. Any pleading(s), document(s) or notice(s) on the docket of the Adversary Proceeding.

3. Any exhibit(s) designated or admitted into evidence by any other party.

4. Rebuttal and/or impeachment exhibits as appropriate.

Dixon reserves the right to amend and/or supplement this Witness and Exhibit List.

Dated: February 7, 2022

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ Deborah M. Perry

Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

***Attorneys for The Dixon Water Foundation***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of February, 2022, she caused a true and correct copy of the foregoing document to be served via ECF notification on all parties entitled to ECF notification in this Adversary Proceeding.

By: /s/ Deborah M. Perry
Deborah M. Perry