# U.S. Bankruptcy Court
# Northern District of Texas (Ft. Worth)
# Adversary Proceeding #: 21-04051-mxm

*Assigned to:* Mark X. Mullin
*Lead BK Case:* 20-42789
*Lead BK Title:* BM318, LLC
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 08/10/21

*Nature[s] of Suit:* 12 Recovery of money/property - 547 preference
13 Recovery of money/property - 548 fraudulent transfer
14 Recovery of money/property - other

***Plaintiff***
-----------------------
**BM318, LLC**
13901 Midway Road
Suite 102
Dallas, TX 75244
Tax ID / EIN: 85-0835862

represented by **Joyce W. Lindauer**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com
*LEAD ATTORNEY*

V.

***Defendant***
-----------------------
**The Dixon Water Foundation**

represented by **Deborah M. Perry**
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659
214-855-7565
Fax : 214-978-5335
Email: dperry@munsch.com

***Counter-Claimant***
-----------------------
**The Dixon Water Foundation**

represented by **Deborah M. Perry**
(See above for address)

V.

***Counter-Defendant***
-----------------------

**EXHIBIT "1"**

**BM318, LLC**
13901 Midway Road
Suite 102
Dallas, TX 75244

| Filing Date | Docket Text |
|---|---|
| 08/10/2021 | 1 (9 pgs) Adversary case 21-04051. Complaint by BM318, LLC against The Dixon Water Foundation. Fee Amount $350. Nature(s) of suit: 12 (Recovery of money/property - 547 preference). 13 (Recovery of money/property - 548 fraudulent transfer). 14 (Recovery of money/property - other). (Lindauer, Joyce) |
| 08/10/2021 | 2 (2 pgs) Adversary proceeding cover sheet filed by Plaintiff BM318, LLC (RE: related document(s)1 Complaint). (Lindauer, Joyce) |
| 08/10/2021 | Receipt of filing fee for Complaint(21-04051-mxm) [cmp,cmp] ( 350.00). Receipt number 28908896, amount $ 350.00 (re: Doc# 1). (U.S. Treasury) |
| 08/11/2021 | 3 (2 pgs) Scheduling order setting deadlines. Discovery and all exhibits except impeachment documents: 45 days prior to Docket Call, pre-trial order: 7 calendar days prior to Docket Call, proposed findings of fact and conclusions of law: 7 days prior to first scheduled docket call (RE: related document(s)1 Complaint filed by Plaintiff BM318, LLC). Trial Docket Call date set for 1/27/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 8/11/2021 (Calfee, J.) |
| 08/11/2021 | 4 (2 pgs) Summons issued on The Dixon Water Foundation Answer Due 9/10/2021 (Calfee, J.) |
| 08/12/2021 | 5 (2 pgs) Summons service executed on The Dixon Water Foundation 8/12/2021 (Lindauer, Joyce) |
| 09/27/2021 | 6 (3 pgs) Agreed Scheduling Order (RE: related document(s)1 Complaint filed by Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 9/27/2021 (Chambers, Deanna) |
| 09/29/2021 | 7 (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)6 Agreed Scheduling Order (RE: related document(s)1 Complaint filed by Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 9/27/2021) No. of Notices: 2. Notice Date 09/29/2021. (Admin.) |
| 09/30/2021 | 8 (15 pgs) Answer to complaint , Counterclaim by The Dixon Water Foundation against BM318, LLC filed by The Dixon Water Foundation. (Perry, Deborah) |
| 10/22/2021 | 9 (5 pgs) Answer to counterclaim filed by BM318, LLC. (Lindauer, Joyce) |
| 12/27/2021 | 10 (3 pgs) INCORRECT ENTRY. Amended Agreed Scheduling Order (RE: related document(s)6 Order to set hearing). Entered on 12/27/2021 (Almaraz, Jeanette) MODIFIED on 12/28/2021 (Almaraz, Jeanette). |
| 12/27/2021 | 11 (3 pgs) Amended Agreed Scheduling Order setting hearing (RE: related document(s)1 Complaint filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Trial Docket |

| | |
|---|---|
| | Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 12/27/2021 (Almaraz, Jeanette) (Entered: 12/28/2021) |
| 12/29/2021 | 12 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)10 INCORRECT ENTRY. Amended Agreed Scheduling Order (RE: related document(s)6 Order to set hearing). Entered on 12/27/2021 (Almaraz, Jeanette) MODIFIED on 12/28/2021 .) No. of Notices: 0. Notice Date 12/29/2021. (Admin.) |
| 12/30/2021 | 13 (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)11 Amended Agreed Scheduling Order setting hearing (RE: related document(s)1 Complaint filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 12/27/2021) No. of Notices: 0. Notice Date 12/30/2021. (Admin.) |
| 01/14/2022 | 14 (15 pgs; 3 docs) Motion to intervene *and Brief in Support* filed by Interested Party Lumar Land & Cattle, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order) (Harris, Kimberly) |
| 01/19/2022 | 15 (4 pgs) Notice of hearing filed by Interested Party Lumar Land & Cattle, LLC (RE: related document(s)14 Motion to intervene filed by Interested Party Lumar Land & Cattle, LLC). Hearing to be held on 2/10/2022 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 14, (Shepherd, Joshua) |
| 01/27/2022 | 16 (8 pgs; 2 docs) Agreed Motion to continue hearing on (related documents 1 Complaint) *(Joint Agreed Motion for Entry of Second Amended Agreed Scheduling Order)* filed by Defendant The Dixon Water Foundation (Attachments: # 1 Proposed Order) (Perry, Deborah) |
| 01/28/2022 | 17 (5 pgs) Objection to (related document(s): 14 Motion to intervene *and Brief in Support* filed by Interested Party Lumar Land & Cattle, LLC) filed by Plaintiff BM318, LLC. (Lindauer, Joyce) |
| 02/07/2022 | 18 (20 pgs; 3 docs) Witness and Exhibit List filed by Interested Party Lumar Land & Cattle, LLC (RE: related document(s)14 Motion to intervene *and Brief in Support*). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Shepherd, Joshua) |
| 02/07/2022 | 19 (2 pgs) Witness and Exhibit List filed by Defendant The Dixon Water Foundation (RE: related document(s)14 Motion to intervene *and Brief in Support*). (Perry, Deborah) |

## PACER Service Center

### Transaction Receipt

| 02/07/2022 19:30:30 | | | |
|---|---|---|---|
| **PACER Login:** | joycelindauer | **Client Code:** | BM318 |
| **Description:** | Docket Report | **Search Criteria:** | 21-04051-mxm Fil or Ent: filed From: 1/1/2021 To: 2/7/2022 Doc From: 0 Doc To: 99999999 Term: |

| | | | |
|---|---|---|---|
| | | | included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |