# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803194691 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 26, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32069269531 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Lumar Land & Cattle, LLC
**Address:** 5189 E I 20 SVC RD N STE 106
WILLOW PARK, TX 76087-3204 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Name | Address | Inactive Date |
|---|---|---|
| Martin Jim | 5189 E I-20 Svc Rd N STE 106<br>Willow Park, TX 76087 USA | |

Order | Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**EXHIBIT "7"**

Comptroller of Public Accounts FORM
05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

**Tcode** 13196 Franchise

Taxpayer number: 3 2 0 6 9 2 6 9 5 3 1

Report year: 2 0 2 1

***You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name: LUMAR LAND & CATTLE, LLC

◯ Blacken circle if the mailing address has changed.

Mailing address: PO BOX 1840

Secretary of State (SOS) file number or Comptroller file number: 0803194691

City: ALEDO | State: TX | ZIP code plus 4: 76008

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 5189 E I-20 SVC RD STE 106, WILLOW PARK, TX, 76087

Principal place of business: 5189 E I-20 SVC RD STE 106, WILLOW PARK, TX, 76087

1000000000015

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| GARRY Z LUKER | MANAGING MEMBER | ◯ YES | |
| **Mailing address** | **City** | **State** | **ZIP Code** |
| PO BOX 936 | GRANBURY | TX | 76049 |
| **Name** | **Title** | **Director** | **Term expiration** |
| JIM R MARTIN | MANAGING MEMBER | ◯ YES | |
| **Mailing address** | **City** | **State** | **ZIP Code** |
| PO BOX 1840 | ALEDO | TX | 76008 |
| **Name** | **Title** | **Director** | **Term expiration** |
| | | ◯ YES | |
| **Mailing address** | **City** | **State** | **ZIP Code** |
| | | | |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| GH LUMAR LLC | TX | 0803639868 | 50.000 |
| | | | |

**SECTION C** Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent: JIM R MARTIN

Office: 5189 E I-20 SVC RD STE 106 | City: WILLOW PARK | State: TX | ZIP Code: 76087

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| JIM R MARTIN | MANAGING MEMBER | 09/15/2021 | ( 817 ) 538 - 6846 |

**Texas Comptroller Official Use Only**

VE/DE ◯ PIR IND ◯

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803194691 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 26, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32069269531 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Lumar Land & Cattle, LLC
**Address:** 5189 E I 20 SVC RD N STE 106
WILLOW PARK, TX 76087-3204 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Last Update | Name | Title | Address |
|---|---|---|---|
| December 1, 2020 | JIM R MARTIN | MANAGER | PO BOX 1840<br>ALEDO, TX 76008 USA |
| December 1, 2020 | GARRY Z LUKER | MANAGER | 804 WATERPOINT CT<br>GRANBURY, TX 76048 USA |

Order | Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

**Certificate of Formation**
**Limited Liability Company**

**Filed in the Office of the Secretary of State of Texas**
**Filing #: 803194691 12/26/2018**
**Document #: 857645040002**
**Image Generated Electronically for Web Filing**

**Article 1 - Entity Name and Type**

The filing entity being formed is a limited liability company. The name of the entity is:

**Lumar Land & Cattle, LLC**

**Article 2 – Registered Agent and Registered Office**

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**Martin Jim**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**5189 E I-20 Svc Rd N STE 106 Willow Park TX 76087**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

**Article 3 - Governing Authority**

☑ A. The limited liability company is to be managed by managers.

**OR**

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: **Martin Jim** Title: **Manager**
Address: **PO Box 1840 Aledo TX, USA 76008**

Manager 2: **Luker Garry** Title: **Manager**
Address: **PO Box 1840 Aledo TX, USA 76008**

**Article 4 - Purpose**

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

**Organizer**

The name and address of the organizer are set forth below.

**James Beard, CPA** **5400 Bosque Blvd. STE 600, Waco, TX 76710**

**Effectiveness of Filing**

☐ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☑ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is: **January 1, 2019**

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**James Beard**

Signature of Organizer

**FILING OFFICE COPY**

**Office of the Secretary of State**
**Corporations Section**
**P.O. Box 13697**
**Austin, Texas 78711-3697**
**(Form 503)**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 803194691 9/11/2019**
**Document #: 912827710003**
**Image Generated Electronically**
**for Web Filing**

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:

**GH LUMAR JV**

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:

**Lumar Land & Cattle, LLC**

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is **TEXAS**

4. The period, not to exceed 10 years, during which the assumed name will be used is :
**09/11/2029**

5. The entity is a : **Domestic Limited Liability Company (LLC)**

6. The entity's principal office address is:

**5189 E. I-20 SERVICE RD N., STE 106, WILLOW PARK, TX, USA 76087**

7. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are:

**ALL COUNTIES**

8. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**Lumar Land & Cattle, LLC**
**Name of the entity**

By: **Jim Martin, Managing Member and Garry Luker, Managing Member by The**

Allen Firm, PC, Jeremy M. Derington, Attorney

**Signature of officer, general partner, manager, representative or attorney-in-fact of the entity**

**FILING OFFICE COPY**