**From:** Jim Martin <Jim@MartinLandSales.com>
**Sent:** Monday, September 10, 2018 5:32 PM
**To:** Tim Barton; Cheri Dolan
**Cc:** Ron Hughes; Jennifer Bruns
**Subject:** Bear Creek Rd.

The President of the Foundation of the Dixon Ranch would like to meet at your office on September 19th at 2:30. He happens to be in town that day and would like to visit. Please let us know if that will work.

Thank you,

**Jim Martin**

**Agent®**
**817.538.6846**
**Email: Jim@MartinLandSales.com**
**Website: www.RailheadRealty.com**

Note: Texas Law requires all Real Estate Licensees to provide the following information about brokerage services.

Information about Brokerage Services
https://www.trec.texas.gov/sites/default/files/pdf-forms/IABS%201-0.pdf
Consumer Protection Notice
https://www.trec.texas.gov/sites/default/files/pdf-forms/CN%201-2.pdf

**EXHIBIT "8"**

---

**From:** Jim Martin <Jim@MartinLandSales.com>
**Sent:** Tuesday, September 11, 2018 5:30 PM
**To:** Bella Khusal; Jennifer Bruns
**Cc:** Tim Barton; Cheri Dolan; Ron Hughes
**Subject:** RE: Bear Creek Rd.

Disregard that last email. I'll call Cynthia and visit with her. The 18th won't work for Mr. Potts.

---

**From:** Jim Martin
**Sent:** Tuesday, September 11, 2018 5:26 PM
**To:** 'Bella Khusal' <BKhusal@jmjdevelopment.net>; Jennifer Bruns <Jennifer@RailheadRealty.com>
**Cc:** Tim Barton <TBarton@jmjdevelopment.net>; Cheri Dolan <CDolan@jmjdevelopment.net>; Ron Hughes <Ron@RailheadRealty.com>
**Subject:** RE: Bear Creek Rd.

Ok, Let's set the meeting for 11:00 on the 18th.

Thank you,

**Jim Martin**

**Agent®**
**817.538.6846**
**Email: Jim@MartinLandSales.com**
**Website: www.RailheadRealty.com**

Note: Texas Law requires all Real Estate Licensees to provide the following information about brokerage services.

Information about Brokerage Services
https://www.trec.texas.gov/sites/default/files/pdf-forms/IABS%201-0.pdf
Consumer Protection Notice
https://www.trec.texas.gov/sites/default/files/pdf-forms/CN%201-2.pdf

---

**From:** Bella Khusal <BKhusal@jmjdevelopment.net>
**Sent:** Tuesday, September 11, 2018 5:23 PM
**To:** Jennifer Bruns <Jennifer@RailheadRealty.com>; Jim Martin <Jim@MartinLandSales.com>
**Cc:** Tim Barton <TBarton@jmjdevelopment.net>; Cheri Dolan <CDolan@jmjdevelopment.net>; Ron Hughes <Ron@RailheadRealty.com>
**Subject:** RE: Bear Creek Rd.

I apologize, that was a typo. I meant to say 18th.
Mr. Barton will be out on the 19th as well.

Best,

**Bella Khusal**
**JMJ Development**
1755 Wittington Place
Suite 340
Dallas, TX 75234
P: 972.385.9934
C: 972.802.0265
bkhusal@jmjdevelopment.net
www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

---

**From:** Jennifer Bruns <Jennifer@RailheadRealty.com>
**Sent:** Tuesday, September 11, 2018 5:18 PM
**To:** Bella Khusal <BKhusal@jmjdevelopment.net>; Jim Martin <Jim@MartinLandSales.com>
**Cc:** Tim Barton <TBarton@jmjdevelopment.net>; Cheri Dolan <CDolan@jmjdevelopment.net>; Ron Hughes <Ron@RailheadRealty.com>
**Subject:** RE: Bear Creek Rd.

So the original time of 9:30 on the 19th will work?

---

**From:** Bella Khusal <BKhusal@jmjdevelopment.net>
**Sent:** Tuesday, September 11, 2018 4:53 PM
**To:** Jennifer Bruns <Jennifer@RailheadRealty.com>; Jim Martin <Jim@MartinLandSales.com>
**Cc:** Tim Barton <TBarton@jmjdevelopment.net>; Cheri Dolan <CDolan@jmjdevelopment.net>; Ron Hughes <Ron@RailheadRealty.com>
**Subject:** RE: Bear Creek Rd.

Mr. Barton will not be in the office on the 20th & 21st.
He will be available on the 19th in the morning & early afternoon.

Best,

**Bella Khusal**
**JMJ Development**
1755 Wittington Place
Suite 340
Dallas, TX 75234
P: 972.385.9934
C: 972.802.0265
bkhusal@jmjdevelopment.net
www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

**From:** Jennifer Bruns <Jennifer@RailheadRealty.com>
**Sent:** Tuesday, September 11, 2018 2:01 PM
**To:** Jim Martin <Jim@MartinLandSales.com>
**Cc:** Bella Khusal <BKhusal@jmjdevelopment.net>; Tim Barton <TBarton@jmjdevelopment.net>; Cheri Dolan <CDolan@jmjdevelopment.net>; Ron Hughes <Ron@RailheadRealty.com>
**Subject:** Re: Bear Creek Rd.

Would the morning of the 21st work in your office?

Thank you,

**Jennifer Bruns**

**Realtor®**
**210.560.4642**
**Email:** Jennifer@railheadrealty.com
**Website:** www.RailheadRealty.com

Note: Texas Law requires all Real Estate Licensees to provide the following information about brokerage services. http://www.trec.state.tx.us/pdf/contracts/OP-K.pdf

Information about Brokerage Services
**https://www.trec.texas.gov/sites/default/files/pdf-forms/IABS%201-0.pdf**
Consumer Protection Notice
**https://www.trec.texas.gov/sites/default/files/pdf-forms/CN%201-2.pdf**

On Sep 11, 2018, at 11:00 AM, Jim Martin <Jim@MartinLandSales.com> wrote:

We will see if either of those days will work.
Thanks,

**Jim Martin**
<image001.jpg>
**Agent®**
**817.538.6846**
**Email:** Jim@MartinLandSales.com
**Website:** www.RailheadRealty.com

Note: Texas Law requires all Real Estate Licensees to provide the following information about brokerage services.

Information about Brokerage Services
https://www.trec.texas.gov/sites/default/files/pdf-forms/IABS%201-0.pdf
Consumer Protection Notice
https://www.trec.texas.gov/sites/default/files/pdf-forms/CN%201-2.pdf

**From:** Bella Khusal <BKhusal@jmjdevelopment.net>
**Sent:** Tuesday, September 11, 2018 8:47 AM
**To:** Jim Martin <Jim@MartinLandSales.com>
**Cc:** Tim Barton <TBarton@jmjdevelopment.net>; Cheri Dolan <CDolan@jmjdevelopment.net>; Ron Hughes <Ron@RailheadRealty.com>; Jennifer Bruns <Jennifer@RailheadRealty.com>
**Subject:** Re: Bear Creek Rd.

Mr. Martin-

Mr. Barton is available next week Monday (17th) and Tuesday (18th). Please advise times that would work best and I would be glad to circulate an invite.

Thank you,

Bella Khusal
JMJ Development
972-802-0265

On Sep 11, 2018, at 8:44 AM, Jim Martin <Jim@MartinLandSales.com> wrote:

> Tim,
> We received a signed counter offer. They agreed to all terms except raised the price to $18,000/acre. I think we can come to an agreement if we get a face to face meeting. What does your schedule look like over the next week? We will try to coordinate a meeting.
> Thank you,
>
> **Jim Martin**
> <image001.jpg>
> **Agent®**
> **817.538.6846**
> **Email: Jim@MartinLandSales.com**
> **Website: www.RailheadRealty.com**
>
> Note: Texas Law requires all Real Estate Licensees to provide the following information about brokerage services.
>
> Information about Brokerage Services
> https://www.trec.texas.gov/sites/default/files/pdf-forms/IABS%201-0.pdf
> Consumer Protection Notice
> https://www.trec.texas.gov/sites/default/files/pdf-forms/CN%201-2.pdf
>
> ---
>
> **From:** Tim Barton <TBarton@jmjdevelopment.net>
> **Sent:** Monday, September 10, 2018 5:38 PM
> **To:** Jim Martin <Jim@MartinLandSales.com>; Cheri Dolan <CDolan@jmjdevelopment.net>; Bella Khusal <BKhusal@jmjdevelopment.net>
> **Cc:** Ron Hughes <Ron@RailheadRealty.com>; Jennifer Bruns

<Jennifer@RailheadRealty.com>
**Subject:** Re: Bear Creek Rd.

I think I am at the UN on that day

Let's see what we can do

Tim

Sent from my BlackBerry 10 smartphone.

---

**From:** Jim Martin
**Sent:** Monday, September 10, 2018 5:32 PM
**To:** Tim Barton; Cheri Dolan
**Cc:** Ron Hughes; Jennifer Bruns
**Subject:** Bear Creek Rd.

The President of the Foundation of the Dixon Ranch would like to meet at your office on September 19th at 2:30. He happens to be in town that day and would like to visit. Please let us know if that will work.

Thank you,

**Jim Martin**
<image001.jpg>
**Agent®**
**817.538.6846**
**Email:** Jim@MartinLandSales.com
**Website:** www.RailheadRealty.com

Note: Texas Law requires all Real Estate Licensees to provide the following information about brokerage services.

Information about Brokerage Services
https://www.trec.texas.gov/sites/default/files/pdf-forms/IABS%201-0.pdf
Consumer Protection Notice
https://www.trec.texas.gov/sites/default/files/pdf-forms/CN%201-2.pdf

**From:** Jim Martin <Jim@MartinLandSales.com>
**Sent:** Friday, September 21, 2018 2:10 PM
**To:** Tim Barton; Jennifer Bruns; Cheri Dolan
**Cc:** Ron Hughes; Bella Khusal
**Subject:** Bear Creek Ranch

Tim,
I have had communication from the sellers on the Bear Creek Ranch and they understand your timeline. They are looking forward to getting all the details worked out at the meeting at your office on September 26th at 10:30. I just wanted to confirm that we were still on.
Thank you,

**Jim Martin**

**Agent®**
**817.538.6846**
**Email:** Jim@MartinLandSales.com
**Website:** www.RailheadRealty.com

Note: Texas Law requires all Real Estate Licensees to provide the following information about brokerage services.

Information about Brokerage Services
https://www.trec.texas.gov/sites/default/files/pdf-forms/IABS%201-0.pdf
Consumer Protection Notice
https://www.trec.texas.gov/sites/default/files/pdf-forms/CN%201-2.pdf

---

**From:** Jim Martin <Jim@MartinLandSales.com>
**Sent:** Saturday, January 26, 2019 8:42 AM
**To:** Cheri Dolan
**Cc:** Tim Barton
**Subject:** Fwd: Cattle Lease - Cancelling at Bear Creek

Cheri,
It is fairly common for someone to pull their lease when they hear that the land sold. They may have found another place to lease and don't want to pay for both at once. I visited with Tim some time ago about managing the grazing lease going forward and I will be happy to take on that responsibility as well as keeping the Ag exception up to date with the county.

**Thanks,**

**Jim Martin**

**Realtor®**

Begin forwarded message:

**From:** Tim Barton <TBarton@jmjdevelopment.net>
**Date:** January 25, 2019 at 3:54:02 PM CST
**To:** Jim Martin <Jim@martinlandsales.com>
**Subject: Fw: Cattle Lease - Cancelling at Bear Creek**

Sent from my BlackBerry 10 smartphone.

---

**From:** Cheri Dolan <CDolan@jmjdevelopment.net>
**Sent:** Friday, January 25, 2019 10:49 PM
**To:** M Matthews; Tim Barton; Mark Adams
**Subject:** Cattle Lease - Cancelling at Bear Creek

Anyone know any reason – or what may be happening out there that would have caused the cattle lease to cancel? Robert has said I can call him, but I thought if there is an issue, it would be good to know ahead of the call for more details?

It's a big deal to lose a lease and the AG exempt

Cheri A. Dolan
**JMJDevelopment**

**From:** Robert Potts <rpotts@dixonwater.org>
**Date:** Friday, January 25, 2019 at 3:44 PM
**To:** Cheri Dolan <CDolan@jmjdevelopment.net>
**Cc:** Jim Martin <Jim@MartinLandSales.com>
**Subject:** Re: Bear Creek - post closings pro-rations

Cheri,

The grazing leasee has contacted me and said they are terminating the lease as of Feb 1and wants a $15000 refund for the last six months of the lease. I think we both understood they were staying on.

Since the lease was originally with us and they expect us to make good on it, we will send them their refund, but I wanted you to know that the cattle will be gone and you will need another leasee at some point to keep the ag exemption.

I am happy to discuss further if it would be helpful.

Thanks.

Robert J. Potts
President & CEO
rpotts@dixonwater.org
210 883 5223

On Jan 4, 2019, at 2:35 PM, Robert Potts <rpotts@dixonwater.org> wrote:

Great. We will stay in touch re Devon. We will send you a $20000 check for the 8 months of prepared grazing and a $6667 check for the 8 months of prepaid hunting.

We got the notice of wire transfer and the transfer. Thank you.

Happy New Year

Robert
Sent from my iPhone

On Jan 4, 2019, at 11:23 AM, Cheri Dolan <CDolan@jmjdevelopment.net> wrote:

1. We do want the furniture and refrigerator
2. We have and will keep the grazing lease through 2019
3. I have contacted Devon to change the address, but in case a check comes to you, please forward or advise on how you want to handle?

Note: If I missed something, please let me know.

THANKS

**Cheri A. Dolan**
**JMJ Development, LLC**
1755 Wittington Place, Suite 340
Dallas, Texas 75234
Office: 972-385-9934
Mobile: 972-310-9194
www.jmjdevelopment.net