COATS | ROSE

A PROFESSIONAL CORPORATION

# MEMORANDUM

**TO:** **Jim Martin**

**FROM:** **Timothy Green**

**DATE:** **December 8, 2020**

**RE:** **Status of Bear Creek Ranch Municipal Utility District No. 1 of Parker County**

---

Bear Creek Ranch Municipal Utility District No. 1 of Parker County (the "District") was created by House Bill 4638, Acts of the 86th Legislature (2019), codified as Special District Code, Chapter 8078. The District contains 2,270 acres.

The District has all the powers of a municipal utility district, including the powers to provide water, sanitary sewer, drainage and public roads. Further, the District has the power to subdivide itself into two or more districts, each of which would have the same powers as the District. We included this power in the District legislation because, at the time, there were two parties owning land within the boundaries of the District. The plan was to create the District and then allow the landowners to divide the District so that each would end up with a district encompassing only its property.

The first step in activating the District is to petition the Texas Commission on Environmental Quality ("TCEQ") to appoint the five-person board of directors. The Petition Requesting Appointment must be signed by one of the landowners and it will take approximately six months to process it through the TCEQ.

It is my understanding that a portion of the District is located in the extraterritorial jurisdiction ("ETJ") of the City of Weatherford ("City"). In conjunction with activating the District, you will need to either (i) petition the City for its consent to the creation of the District, or (ii) plan on activating the District and excluding from the boundaries of the District that portion of the District that is located in the ETJ of Weatherford.

Once these two items are completed, the next step will be to decide how many districts you would like to divide the District into. Then, have the board of directors of the District act to divide the District into those districts.

Thereafter, each of the districts will need to conduct its own confirmation, directors, bond and maintenance tax elections. Upon the conclusion of such elections, each district will be "finally created" and have the authority to own, operate and maintain a public water, sanitary sewer,

drainage and road system, including the authority to issue its ad valorem tax bonds to finance such infrastructure.

TGG:tlp