Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR/PLAINTIFF

Khudabuksh Walji
Law Office of K. Walji, P.C.
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
Telephone: (281) 401-9672
CO-COUNSEL FOR DEBTOR/PLAINTIFF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| **BM318, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-04051** |
| | § | |
| **DIXON WATER FOUNDATION,** | § | |
| **Defendant.** | § | |

# MOTION TO CONTINUE HEARING

**TO THE HONORABLE JUDGE OF THE BANKRUPTCY COURT:**

COMES NOW BM318, LLC ("Plaintiff"), the Plaintiff in the above-styled and numbered adversary case, and files this its *Motion to Continue Hearing*, and would respectfully show the Court as follows:

1. On August 10, 2021, Plaintiff filed its Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 548 and 550 [Docket No. 1].

2. On September 30, 2021, Defendant filed its Defendant, the Dixon Water Foundation's Answer and Affirmative Defenses to Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 548 and 550 and Counterclaim.

3. On October 22, 2021, Plaintiff filed its Original Answer to Defendant's Counterclaims [Docket No. 9].

4. On January 14, 2022, Lumar Land & Cattle, LLC filed its Motion to Intervene and Brief in Support [Docket No. 14].

5. On January 28, 2022, Plaintiff filed its Plaintiff's Objection to Motion to Intervene and Brief in Support ("Motion to Intervene") [Docket No. 17].

6. The hearing on the Motion to Intervene has been scheduled for February 10, 2022.

7. The Plaintiff's primary witness is not available on February 10, 2022. Plaintiff believes it would be in the best interest of the Debtor and its estate to continue the hearing for one (1) week to allow its primary witness to be able to appear and testify.

8. Granting this motion will not adversely affect any party to the case.

WHEREFORE, PREMISES CONSIDERED, BM318, LLC respectfully requests that this Court enter an Order continuing the hearing for one (1) week, and for such other and further relief to which Plaintiff may be justly entitled.

Dated: February 7, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Plaintiff BM318, LLC

Khudabuksh Walji
Law Office of K. Walji, P.C.
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
Telephone: (281) 401-9672
CO-COUNSEL FOR
DEBTOR/PLAINTIFF

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on February 7, 2022, I emailed Deborah Perry, counsel for The Dixon Water Foundation, and Joshua Shepherd, counsel for Lumar Land & Cattle, LLC, regarding the extension requested herein. At the time of filing this Motion, I have not received a response from either Ms. Perry or Mr. Shepherd.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 7, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's CM/ECF filing system upon the parties receiving electronic notice in this case listed below.

Kimberly Paige Harris on behalf of Interested Party Lumar Land & Cattle, LLC
kharris@qslwm.com, spark@qslwm.com

Joyce W. Lindauer on behalf of Plaintiff BM318, LLC
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Deborah M. Perry on behalf of Counter-Claimant The Dixon Water Foundation
dperry@munsch.com

Deborah M. Perry on behalf of Defendant The Dixon Water Foundation
dperry@munsch.com

Joshua Lee Shepherd on behalf of Interested Party Lumar Land & Cattle, LLC
jshepherd@qslwm.com, dcruz@qslwm.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer