**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| **DEBTOR.** | § | **CHAPTER 11** |
| **BM318, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-04051** |
| | § | |
| **DIXON WATER FOUNDATION,** | § | |
| **Defendant.** | § | |

**ORDER GRANTING MOTION TO CONTINUE HEARING**

CAME ON FOR CONSIDERATION the Motion to Continue Hearing filed by BM318, LLC, Plaintiff in the above-styled and numbered adversary proceeding, and the Court having reviewed the Motion finds good cause to grant same. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that the hearing on the Motion to Intervene and Brief in Support [Docket No. 17] filed by Lumar Land & Cattle, LLCbe and hereby is continued to ________________________________________.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Attorneys for Plaintiff