Kimberly P. Harris
Texas State Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
Texas State Bar No. 24058104
jshepherd@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Telephone
(214) 871-2111 – Facsimile

ATTORNEYS FOR LUMAR LAND
& CATTLE, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | Case No. 20-42789-mxm11 |
| BM318, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The Dixon Water Foundation,<br><br>Defendant.<br><br>Lumar Land & Cattle, LLC<br><br>Plaintiff-in-Intervention. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Pro. No. 21-04051-mxm |

**LUMAR LAND & CATTLE, LLC's OBJECTION TO**
**PLAINTIFF'S MOTION TO CONTINUE HEARING**

TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Lumar Land & Cattle, LLC ("Lumar") and respectfully files its *Objection*

(the "Objection") to the *Motion to Continue Hearing* [Adv. Dkt. No. 21] (the "Continuance Motion"), filed by Plaintiff BM318, LLC ("BM318"), which seeks to continue the hearing on Lumar's *Motion to Intervene and Brief in Support* [Adv. Dkt. No. 14] (the "Intervention Motion"). In support of the Objection, Lumar respectfully states as follows:

**OBJECTION**

1. Lumar objects to the Continuance Motion and the continuance requested therein for two reasons. First, the undersigned is unavailable for a continued hearing during the time-period requested by BM318 - - one week after the currently scheduled hearing date of February 10, 2022. Counsel will be out of the country on February 17th and 18th, and February 21st is a Federal Holiday.

2. Second, and Lumar's more overarching objection, is that the delay sought by the Continuance Motion is simply unnecessary. Currently set on the Court's 30-minute docket, the Intervention Motion presents the straightforward, laser-focused, issue of whether Lumar's purchase of the Lumar Property[1] entitles it to intervene in a lawsuit wherein BM318 is attempting to claw-back that property. BM318 appears interested in attempting to present evidence pertaining to the underlying merits of Lumar's proposed *Complaint in Intervention* [Adv. Dkt. No. 14-1] - - whether Lumar is a good faith transferee under 11 U.S.C. § 550(b) and whether expunging the *Lis Pendens* as to the Lumar Property is appropriate. Those issues are not (currently) before the Court, and the presentation of such evidence is irrelevant and inappropriate at this juncture. Accordingly, the unavailability of BM318's "primary witness" for a (remote) hearing is unfortunate, but not supportive of the requested continuance.

[1] As that term is defined in the Intervention Motion.

**WHEREFORE, PREMISES CONSIDERED**, Lumar Land & Cattle, LLC respectfully requests that the Court (i) grant the Objection; (ii) deny the Continuance Motion and the continuance requested therein; (iii) conduct the hearing on the Intervention Motion as currently scheduled for February 10, 2022, at 1:30 p.m.; and (iv) grant Lumar such other and further relief, at law or in equity, to which it may be justly entitled.

Dated: February 9, 2022,

Respectfully submitted,

*/s/ Joshua L. Shepherd*

JOSHUA L. SHEPHERD
State Bar No. 24058104
jshepherd@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR LUMAR LAND & CATTLE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2022, a true and correct copy of the foregoing *Objection* was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, including both the Debtor-Plaintiff BM318 and Dixon, through counsel.

*/s/ Joshua L. Shepherd*
Joshua L. Shepherd