**BM318, LLC**
**Pleading, Claims, Counterclaims Matrix**

| Claim No. | BM318 Complaint and Claims [Dkt 1] | Dixon Water Foundation Answer [Dkt 8] | Dixon Counterclaims | Intervenor Motion |
|---|---|---|---|---|
| 2 | **Avoidance of Fraudulent Conveyance 11 USC 548(a)(1)(B)** | **Denies all arguments as to count 2, further arguing lack of knowledge** | **Counter-Claim 1: 548(c)** | |
| | Did not receive reasonably equivalent value | Denied | Dixon took property for value and in good faith | Para 10-11: Lumar is a good faith transferee |
| | Plaintiff was insolvent at Transfer or became insolvent as a result | Legal conclusion; denied | Dixon gave value in exchange for transfer | Para 10-11: Lumar is a bona fide purchaser for value |
| | Plaintiff engaged in business for which remaining property was unreasonsably small capital | Lacks knowledge to form belief re allegation; denied | If avoidance, request finding of lien because of value given. | Para 12. "Lumar believes Dixon counsel will vigorously assert arguemnts on avoidance issue relating to its interest." |
| | Plaintiff intended to incur debt beyond its ability to pay | Lacks knowledge to form belief re allegation; denied | | |
| 3 | **Recovery of Avoided Transfers 11 USC 550** | **Denies all arguments as to count 3, further arguing legal conclusion** | **Counter-Claim 2: 550(e)** | |
| | Plaintiff is entitled to avoid transfer / potentially fraudulent transfer | Denied | Dixon is a good faith transferee | Para 10-11: Lumar is a good faith transferee |

**EXHIBIT "11"**