BTXN 208 (rev. 07/09)

IN RE: BM318, LLC v. The Dixon Water Foundation et al

DEBTOR

Motion to Intervene [14]

**TYPE OF HEARING**

Case # 21−04051−mxm

Lumar Land & Cattle, LLC

**PLAINTIFF / MOVANT**

***VS***

**DEFENDANT / RESPONDENT**

Joshua Lee Shepherd

**ATTORNEY**

**ATTORNEY**

**<u>EXHIBITS</u>**

Movant's exhibits A and B admitted (see document [18−1] and [18−2] for further details.)

Jeanette Almaraz

REPORTED BY

02/10/2022

HEARING DATE

Mark X. Mullin

JUDGE PRESIDING