CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 14, 2022**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**BM318, LLC,**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§ | **Case No. 20-42789-mxm11** |
| **BM318, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**The Dixon Water Foundation,**<br><br>**Defendant.**<br><br>**Lumar Land & Cattle, LLC**<br><br>**Plaintiff-in-Intervention.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adv. Pro. No. 21-04051-mxm** |

**<u>ORDER GRANTING LUMAR LAND & CATTLE, LLC'S MOTION TO INTERVENE</u>**

CAME ON FOR CONSIDERATION the *Motion to Intervene and Brief in Support* [Adv. Dkt. No. 14] (the "<u>Motion to Intervene</u>") filed by Lumar Land & Cattle, LLC in the above-styled

adversary proceeding, by hearing held before this Court on the February 10, 2022, at 1:30 p.m. (the "Hearing").

The Court, having considered the Motion to Intervene, the Objection [Adv. Dkt. No. 17], and Response [Adv. Dkt. No. 23], and having considered the evidence and arguments of counsel presented at the Hearing, orally issued its ruling on the record at the hearing, including the Court's findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52, as incorporated by Bankruptcy Rule 7052. In accordance with the Court's oral ruling on the record, and for the reasons stated therein, the Court finds that the Motion to Intervene should be granted. It is therefore,

**ORDERED,** that Lumar Land & Cattle, LLC's Motion to Intervene is in all things **GRANTED**; and it is further

**ORDERED,** that Lumar Land & Cattle, LLC may intervene in this adversary proceeding by filing its Complaint in Intervention for Declaratory Judgment.

**### END OF ORDER ###**