CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 14, 2022**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **BM318, LLC,** | § | **Case No. 20-42789-mxm11** |
| | § | |
| **Debtor.** | § | |
| **BM318, LLC,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| **The Dixon Water Foundation,** | § | **Adv. Pro. No. 21-04051-mxm** |
| **Defendant.** | § | |
| **Lumar Land & Cattle, LLC** | § | |
| **Plaintiff-in-Intervention.** | § | |

**ORDER GRANTING LUMAR LAND & CATTLE, LLC'S MOTION TO INTERVENE**

CAME ON FOR CONSIDERATION the *Motion to Intervene and Brief in Support* [Adv. Dkt. No. 14] (the "Motion to Intervene") filed by Lumar Land & Cattle, LLC in the above-styled

adversary proceeding, by hearing held before this Court on the February 10, 2022, at 1:30 p.m. (the "Hearing").

The Court, having considered the Motion to Intervene, the Objection [Adv. Dkt. No. 17], and Response [Adv. Dkt. No. 23], and having considered the evidence and arguments of counsel presented at the Hearing, orally issued its ruling on the record at the hearing, including the Court's findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52, as incorporated by Bankruptcy Rule 7052. In accordance with the Court's oral ruling on the record, and for the reasons stated therein, the Court finds that the Motion to Intervene should be granted. It is therefore,

**ORDERED,** that Lumar Land & Cattle, LLC's Motion to Intervene is in all things **GRANTED**; and it is further

**ORDERED,** that Lumar Land & Cattle, LLC may intervene in this adversary proceeding by filing its Complaint in Intervention for Declaratory Judgment.

**### END OF ORDER ###**

United States Bankruptcy Court
Northern District of Texas

BM318, LLC,
Plaintiff
The Dixon Water Foundation,
Defendant

Adv. Proc. No. 21-04051-mxm

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Feb 14, 2022 Form ID: pdf001 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Khudabuksh K Walji, Law Office of K. Walji, 10701 Corporate Drive, Ste 350, Stafford, TX 77477-4091 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 14 2022 23:10:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deborah M. Perry | on behalf of Counter-Claimant The Dixon Water Foundation dperry@munsch.com |
| Deborah M. Perry | on behalf of Defendant The Dixon Water Foundation dperry@munsch.com |
| Jay Ong | on behalf of Defendant The Dixon Water Foundation jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com |

| | |
|---|---|
| Joshua Lee Shepherd | on behalf of Interested Party Lumar Land & Cattle LLC jshepherd@qslwm.com, dcruz@qslwm.com |
| Joyce W. Lindauer | on behalf of Plaintiff BM318 LLC joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com |
| Kimberly Paige Harris | on behalf of Interested Party Lumar Land & Cattle LLC kharris@qslwm.com, spark@qslwm.com |

TOTAL: 6