CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 17, 2022**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor. | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |

**SECOND AMENDED AGREED SCHEDULING ORDER**

The parties represent that they have agreed to the terms of this Amended Agreed Scheduling Order. It is hereby **ORDERED** that the following schedule of deadlines shall be in effect until further order of this Court:

| | |
|---|---|
| **September 30, 2021** | Deadline for The Dixon Water Foundation ("Dixon") to file its response to the Complaint [Docket No. 1]. |
| **October 22, 2021** | Deadline for Parties to serve Initial Disclosures required by Federal Rule of Civil Procedure ("FRCP") 26(a). |
| **March 4, 2022** | Deadline for Parties to file motions to seek leave to amend the pleadings. |
| **April 4, 2022** | Deadline to complete fact discovery. |
| **April 11, 2022** | Deadline for Expert Disclosures required pursuant to FRCP 26(a)(2) (as incorporated by FRCP 7026) to be made by party with the burden of proof on the issue addressed by the particular Expert Disclosure. |
| **May 9, 2022** | Deadline for Rebuttal Expert Disclosures pursuant to FRCP 26(a)(2) (incorporated by FRCP 7026). |
| **May 19, 2022** | Deadline for filing dispositive motions. |
| **June 1, 2022** | Deadline to complete Expert discovery. |
| **June 3, 2022** | Deadline to file and serve lists of witnesses and exhibits, including deposition excerpts, except for impeachment documents and impeachment and rebuttal witnesses, and to exchange exhibits between counsel. |
| **June 13, 2022** | Deadline to file, serve and upload Joint Pretrial Order, in compliance with Local District Court Rule 16.4. |
| **June 13, 2022** | Deadline to file Written Proposed Findings of Fact and Conclusions of Law shall be filed. |
| **June 13, 2022** | Deadline to file Trial Briefs. |
| **June 14, 2022** | Deadline for parties to file objections, except with regard to relevance which are reserved for trial, to designated trial exhibits, including deposition excerpts. |
| **June 16, 2022** | Pretrial Conference |
| **June 23, 2022 at 9:00 a.m. (CT)** | Trial Docket Call. |
| **July __, 2022** | Trial Week (parties anticipate requesting two (2) full days). |

**IT IS FURTHER ORDERED** that at Docket Call, all parties and their counsel must certify to full compliance with this Order. If a resetting is allowed by the Court, the Plaintiff's

attorney shall notify all parties in interest and shall file with the Clerk a certificate of service indicating the manner, date and to whom the notice was given.

**IT IS FURTHER ORDERED** that the entry of this order is without prejudice to either party seeking further extensions of deadlines in the order or seeking amendments to the order.

**IT IS FURTHER ORDERED** that sanctions may be imposed for failure to comply with this Order.

### END OF ORDER ###

**AGREED AS TO FORM:**

**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 3800
Dallas, TX 75201
(214) 855-7500
(214) 855-7584 (fax)
Email: dperry@munsch.com

By: *\/s/ Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755

ATTORNEYS FOR THE DIXON WATER FOUNDATION

**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, Texas 75202
(972) 503-4033
(972) 503-4034 (fax)
Email: joyce@joycelindauer.com
guy@joycelindauer.com
kerry@joycelindauer.com

By: *___/s/ Joyce W. Lindauer (w/permission DMP)____________*
Joyce W. Lindauer
Texas Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090

ATTORNEYS FOR BM318, LLC

United States Bankruptcy Court

Northern District of Texas

BM318, LLC,
Plaintiff

Adv. Proc. No. 21-04051-mxm

The Dixon Water Foundation,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-4 | User: admin | Page 1 of 2

Date Rcvd: Feb 17, 2022 | Form ID: pdf023 | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Khudabuksh K Walji, Law Office of K. Walji, 10701 Corporate Drive, Ste 350, Stafford, TX 77477-4091 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 17 2022 21:15:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deborah M. Perry | on behalf of Counter-Claimant The Dixon Water Foundation dperry@munsch.com |
| Deborah M. Perry | on behalf of Defendant The Dixon Water Foundation dperry@munsch.com |
| Jay Ong | on behalf of Defendant The Dixon Water Foundation jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com |

| | |
|---|---|
| Joshua Lee Shepherd | on behalf of Interested Party Lumar Land & Cattle LLC jshepherd@qslwm.com, dcruz@qslwm.com |
| Joyce W. Lindauer | on behalf of Plaintiff BM318 LLC joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com |
| Kimberly Paige Harris | on behalf of Interested Party Lumar Land & Cattle LLC kharris@qslwm.com, kvargas@qslwm.com |

TOTAL: 6