In Re: BM318, LLC v. The Dixon Water Foundation et al
Case No. 20-42789-mxm11 -11
Adv. No. 21-04051-mxm

# SUMMONS SERVICE EXECUTED

I, Joshua L. Shepherd

of** Quilling, Selander, Lownds, Winslett & Moser, P.C.

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 21st day of February, 2022 I served a copy of the within summons, together with the complaint filed in this proceeding, on

BM318, LLC (and Joyce W. Lindauer and Khudabuksh K. Walji as counsel for BM318, LLC)

the defendant in this proceeding, by *{describe here the mode of service}*
First class mail, postage prepaid pursuant to Fed. R. Bankr. P. 7004(b)

the said defendant at
BM318, LLC
13901 Midway Road, Suite 102
Dallas, TX 75244

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202

Khudabuksh K Walji
Law Office of K. Walji
10701 Corporate Drive, Ste 350
Stafford, TX 77477

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 2/21/2022
*(Date)*

*(Signature)*

** QSLWM, P.C. 2001 Bryan Street, Suite 1800, Dallas, TX 75201
*State mailing address*