Kimberly P. Harris
Texas Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
Texas Bar No. 24058104
jshepherd@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
**Attorneys for Intervenor Lumar Land & Cattle, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | §<br>§ | Chapter 11 |
| BM318, LLC, | §<br>§ | Case No. 20-42789-MXM |
| Debtor | §<br>§ | |
| BM318, LLC, | §<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | §<br>§ | |
| Defendant. | §<br>§ | |
| LUMAR LAND & CATTLE, LLC | §<br>§ | |
| Plaintiff-in-Intervention | §<br>§ | |

# INTERVENOR LUMAR LAND & CATTLE, LLC'S FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1 CORPORATE DISCLOSURE

Pursuant to Fed. R. Bankr. P. 7001.1 Intervenor Lumar Land & Cattle, LLC discloses the following:

Lumar Land & Cattle, LLC has no parent company and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*/s/ Kimberly P. Harris*

KIMBERLY P. HARRIS
State Bar No. 24002234
kharris@qslwm.com
JOSHUA L. SHEPHERD
State Bar No. 24058104
jshepherd@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR LUMAR LAND & CATTLE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all parties of record, through the Court's ECF notification service, on March 21, 2022.

By:

*/s/ Kimberly P. Harris* .
Kimberly P. Harris