Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **Debtor.** | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **BM318, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **ADVERSARY NO. 21-04051** |
| **DIXON WATER FOUNDATION,** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S EXPERT DISCLOSURES

BM318, LLC ("Plaintiff") makes these Expert Disclosures as required by FED. R. BANKR. P. 7026(a)(2) and the Court's scheduling order, and reserves the right to (i) amend or supplement the same; (ii) rebut the expert testimony designated by any other parties to this adversary proceeding, and (iii) designate or cross-designate any expert identified by any other parties to this adversary proceeding, designates as follows:

1. Joyce W. Lindauer,
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75201
Telephone: (972) 503-4033
Email: Joyce@joycelindauer.com

Ms. Lindauer will testify regarding reasonable attorney's fees in this matter.

2. Chris Chevreaux
Real Estate Appraiser for Chevreaux & Associates
P.O. Box 471462
Fort Worth, TX 76147

Mr. Chevreaux will provide insight as to the valuation of real estate.

3. Kirk Wilson
T. Wilson & Associates, Inc.
Telephone: (972) 740-3256

4. Clint Tender
AgAmerica Lending
4030 South Pipkin Road
Lakeland, FL 33811

Mr. Tender will provide information regarding valuation for Ag America

5. Tim Barton
President of BM318, LLC
13901 Midway Rd., Suite 102-243
Dallas, TX 75244
Telephone: (214) 673-8714

Mr. Barton will provide information regarding the value of the property.

6. Robert Dohmeyer
Dohmeyer Valuation Corporation
2374 Aspermount Drive
Frisco, TX 75033
Telephone: (214) 494-2677

Dated: April 11, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St. Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that on April 11, 2022, a true and correct copy of the above and foregoing document has been served via email pursuant to the Court's CM/ECF system upon the parties receiving electronic notice in this case listed below.

Kimberly Paige Harris on behalf of Intervenor-Plaintiff Lumar Land & Cattle, LLC
kharris@qslwm.com, kvargas@qslwm.com

Joyce W. Lindauer on behalf of Plaintiff BM318, LLC
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Jay Ong on behalf of Defendant The Dixon Water Foundation
jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Deborah M. Perry on behalf of Counter-Claimant The Dixon Water Foundation
dperry@munsch.com

Deborah M. Perry on behalf of Defendant The Dixon Water Foundation
dperry@munsch.com

Joshua Lee Shepherd on behalf of Intervenor-Plaintiff Lumar Land & Cattle, LLC
jshepherd@qslwm.com, dcruz@qslwm.com

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer