Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*

Joyce W. Lindauer
State Bar No. 21555700
Sydney A. Ollar
State Bar No. 24125932
Austin Y. Taylor
Louisiana Bar No. 37325
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Email: sydney@joycelindauer.com
Email: austin@joycelindauer.com

*Attorneys for BM318, LLC*

Kimberly P. Harris
Texas Bar No. 24002234
Joshua L. Shepherd
Texas Bar No. 24058104
Quilling, Selander, Lownds, Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

*Attorneys for Lumar Land & Cattle, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BM318, LLC, | § | Chapter 11 |
| | § | |
| Debtor. | § | Case No. 20-42789-MXM |
| | § | |
| BM318, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

| | |
|---|---|
| LUMAR LAND & CATTLE, LLC, | § § |
| Plaintiff-In-Intervention. | § § |

**JOINT AGREED MOTION FOR ENTRY OF**
**THIRD AMENDED AGREED SCHEDULING ORDER**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COME NOW The Dixon Water Foundation, a Texas non-profit corporation ("Dixon"), the defendant in this adversary proceeding, BM318, LLC ("BM318"), the plaintiff in this adversary proceeding and Lumar Land & Cattle, LLC, the plaintiff-in-intervention in this adversary proceeding, and file this *Joint Agreed Motion for Entry of Third Amended Agreed Scheduling Order* (the "Motion"), respectfully showing the Court as follows:

## BACKGROUND

1. On August 10, 2021, BM318 filed its *Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 548 and 550* [Docket No. 1], commencing this adversary proceeding.

2. On September 27, 2018, BM318 and Dixon submitted an *Agreed Scheduling Order* [Docket No. 6], which set forth a schedule of deadlines for this adversary proceeding. On December 27, 2021, the parties submitted an *Amended Agreed Scheduling Order* [Docket No. 11], with a revised schedule of deadlines.

3. On January 27, 2022, BM318 and Dixon filed their *Joint Agreed Motion for Entry of Second Amended Agreed Scheduling Order* [Docket No. 16]. On February 17, 2022, the Court entered the Second Amended Agreed Scheduling Order [Docket No. 37] (the "Second Amended Agreed Scheduling Order").

4. On February 16, 2022, Lumar filed its *Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Original Complaint in Intervention for Declaratory Judgment* [Docket No. 33]. On

March 21, 2022, BM318 filed *Plaintiff's Original Answer to Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Original Complaint in Intervention for Declaratory Judgment and Counterclaims Against Intervenor* [Docket No. 40]. On April 11, 2022, Lumar filed its *Plaintiff-in-Intervention's Answer to Plaintiff's Counterclaims* [Docket No. 42].

5. The adversary proceeding is currently set for docket call on June 23, 2022. BM318 and Dixon have exchanged discovery requests and are working to try to resolve discovery disputes in hopes of not having to seek Court intervention. Lumar has just recently become a party to the litigation. The current status of the litigation necessitates an extension of the deadline to complete fact discovery as well as subsequent deadlines. Accordingly, the parties have agreed to further amend the schedule of deadlines in this adversary proceeding and respectfully request that the Court reset the docket call on this matter from June 23, 2022 to October 27, 2022, and extend the discovery and pretrial deadlines as set forth on the Third Amended Agreed Scheduling Order, attached hereto as Exhibit 1, without prejudice to any party seeking further extensions of deadlines or amendments to the order.

6. The extended deadlines in the proposed Third Amended Agreed Scheduling Order are not sought for delay but so that justice may be done.

**PRAYER**

WHEREFORE, Dixon, BM318 and Lumar respectfully request that the Court grant this Motion, enter the *Third Amended Agreed Scheduling Order*, and grant such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED on this 20th day of April, 2022.

/s/ *Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*

/s/ *Joyce W. Lindauer* (by permission DMP)
Joyce W. Lindauer
State Bar No. 21555700
Sydney A. Ollar
State Bar No. 24125932
Austin V. Taylor
Louisiana Bar No. 37325
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
sydney@joycelindauer.com
austin@joycelindauer.com

*Attorneys for BM318, LLC*

/s/ *Joshua L. Shepherd* (by permission DMP)
Kimberly P. Harris
Texas Bar No. 24002234
Joshua L. Shepherd
Texas Bar No. 24058104
Quilling, Selander, Lownds, Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

*Attorneys for Lumar Land & Cattle, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 20th day of April 2022, she personally caused true and correct copies of the foregoing pleading to be served on all parties receiving electronic notice through the Court's CM/ECF system in the Adversary Proceeding by filing same through such system.

/s/ *Deborah M. Perry*
Deborah M. Perry