**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor. | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |
| LUMAR LAND & CATTLE, LLC | | |
| Plaintiff-in-Intervention. | | |

**THIRD AMENDED AGREED SCHEDULING ORDER**

The parties represent that they have agreed to the terms of this Amended Agreed Scheduling Order. It is hereby **ORDERED** that the following schedule of deadlines shall be in effect until further order of this Court:

| | |
|---|---|
| **May 9, 2022** | Deadline for The Dixon Water Foundation and BM318, LLC to file a motion to seek leave to (1) amend the pleadings and/or (2) add new parties. |
| **June 6, 2022** | Deadline for Lumar Land and Cattle, LLC to file a motion to seek leave to (1) amend the pleadings and/or (2) add new parties. |
| **August 5, 2022** | Deadline to complete fact discovery. |
| **August 12, 2022** | Deadline for Expert Disclosures required pursuant to FRCP 26(a)(2) (as incorporated by FRBP 7026) to be made by party with the burden of proof on the issue addressed by the particular Expert Disclosure. |
| **September 15, 2022** | Deadline for Rebuttal Expert Disclosures pursuant to FRCP 26(a)(2) (incorporated by FRBP 7026). |
| **September 15, 2022** | Deadline for filing dispositive motions. |
| **October 5, 2022** | Deadline to complete Expert discovery. |
| **October 10, 2022** | Deadline to file and serve lists of witnesses and exhibits, including deposition excerpts, except for impeachment documents and impeachment and rebuttal witnesses, and to exchange exhibits between counsel. |
| **October 17, 2022** | Deadline to file, serve, and upload Joint Pretrial Order, in compliance with Local District Court Rule 16.4. |
| **October 17, 2022** | Deadline to file Written Proposed Findings of Fact and Conclusions of Law shall be filed. |
| **October 17, 2022** | Deadline to file Trial Briefs. |
| **October 17, 2022** | Deadline for parties to file objections, except with regard to relevance which are reserved for trial, to designated trial exhibits, including deposition excerpts. |
| **October 20, 2022** | Pretrial Conference. |
| **October 27, 2022 at 9:00 a.m.** | Trial Docket Call. |
| **November ___, 2022** | Trial Week (parties anticipate requesting two (2) full days). |

**IT IS FURTHER ORDERED** that at Docket Call, all parties and their counsel must certify to full compliance with this Order. If a resetting is allowed by the Court, the Plaintiff's

attorney shall notify all parties in interest and shall file with the Clerk a certificate of service indicating the manner, date and to whom the notice was given.

**IT IS FURTHER ORDERED** that the entry of this order is without prejudice to any party seeking further extensions of deadlines in the order or seeking amendments to the order.

**IT IS FURTHER ORDERED** that sanctions may be imposed for failure to comply with this Order.

### END OF ORDER ###

**AGREED AS TO FORM:**

**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 3800
Dallas, TX 75201
(214) 855-7500
(214) 855-7584 (fax)
Email: dperry@munsch.com

By: *_/s/ Deborah M. Perry_*
Deborah M. Perry
Texas Bar No. 24002755

ATTORNEYS FOR THE DIXON WATER FOUNDATION

**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, Texas 75202
(972) 503-4033
(972) 503-4034 (fax)
Email: joyce@joycelindauer.com
sydney@joycelindauer.com
austin@joycelindauer.com

By: *___/s/ Joyce W. Lindauer (w/permission DMP)_______*
Joyce W. Lindauer
Texas Bar No. 21555700
Sydney A. Ollar
State Bar No. 24125932
Austin V. Taylor
Louisiana Bar No. 37325

ATTORNEYS FOR BM318, LLC

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

By: *___/s/ Joshua L. Shepherd (w/permission DMP)_______*
Kimberly P. Harris
Texas Bar No. 24002234
Joshua L. Shepherd
Texas Bar No. 24058104

ATTORNEYS FOR LUMAR LAND & CATTLE, LLC