**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | |
| ___________________________________ | § | ____________________________ |
| | § | |
| BM318 | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Adv. Proc. No. 21-04051-mxm |
| THE DIXON WATER FOUNDATION, | § | |
| | § | |
| Defendant, | § | |
| | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| | § | |
| Plaintiff-In-Intervention. | § | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned adversary case as co-counsel to LUMAR LAND & CATTLE, LLC, the plaintiff-in-intervention, and requests that, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this case be given and served upon:

Bobby Forshey
FORSHEY & PROSTOK, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
bforshey@forsheyprostok.com

This Notice of Appearance seeks only the service of pleadings on the undersigned counsel and no other relief of any kind.

DATED: April 21, 2022

Respectfully Submitted,

/s/ Bobby Forshey
Bobby Forshey
State Bar No. 07264200
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com

CO-COUNSEL FOR LUMAR LAND & CATTLE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon all parties receiving electronic notice via the Court's CM/ECF system on April 21, 2022.

/s/ Bobby Forshey
Bobby Forshey

L:\BFORSHEY\Lumar Land & Cattle, LLC (BM318)(non-bnkrptcy)#6323\Pleadings\NOA.docx