CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 26, 2022**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| | § | |
| Debtor. | § | |
| | § | |
| BM318, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| | § | |
| THE DIXON WATER FOUNDATION, | § | |
| | § | |
| Defendant. | § | |
| LUMAR LAND & CATTLE, LLC | | |
| Plaintiff-in-Intervention. | | |

**THIRD AMENDED AGREED SCHEDULING ORDER**

The parties represent that they have agreed to the terms of this Amended Agreed Scheduling Order. It is hereby **ORDERED** that the following schedule of deadlines shall be in effect until further order of this Court:

| | |
|---|---|
| **May 9, 2022** | Deadline for The Dixon Water Foundation and BM318, LLC to file a motion to seek leave to (1) amend the pleadings and/or (2) add new parties. |
| **June 6, 2022** | Deadline for Lumar Land and Cattle, LLC to file a motion to seek leave to (1) amend the pleadings and/or (2) add new parties. |
| **August 5, 2022** | Deadline to complete fact discovery. |
| **August 12, 2022** | Deadline for Expert Disclosures required pursuant to FRCP 26(a)(2) (as incorporated by FRBP 7026) to be made by party with the burden of proof on the issue addressed by the particular Expert Disclosure. |
| **September 15, 2022** | Deadline for Rebuttal Expert Disclosures pursuant to FRCP 26(a)(2) (incorporated by FRBP 7026). |
| **September 15, 2022** | Deadline for filing dispositive motions. |
| **October 5, 2022** | Deadline to complete Expert discovery. |
| **October 10, 2022** | Deadline to file and serve lists of witnesses and exhibits, including deposition excerpts, except for impeachment documents and impeachment and rebuttal witnesses, and to exchange exhibits between counsel. |
| **October 17, 2022** | Deadline to file, serve, and upload Joint Pretrial Order, in compliance with Local District Court Rule 16.4. |
| **October 17, 2022** | Deadline to file Written Proposed Findings of Fact and Conclusions of Law shall be filed. |
| **October 17, 2022** | Deadline to file Trial Briefs. |
| **October 17, 2022** | Deadline for parties to file objections, except with regard to relevance which are reserved for trial, to designated trial exhibits, including deposition excerpts. |
| **October 20, 2022** | Pretrial Conference. |
| **October 27, 2022 at 9:00 a.m.** | Trial Docket Call. |
| **November 14 & 15, 2022 at 9:30 a.m.** | Trial. |

**IT IS FURTHER ORDERED** that at Docket Call, all parties and their counsel must certify to full compliance with this Order. If a resetting is allowed by the Court, the Plaintiff's

attorney shall notify all parties in interest and shall file with the Clerk a certificate of service indicating the manner, date and to whom the notice was given.

**IT IS FURTHER ORDERED** that the entry of this order is without prejudice to any party seeking further extensions of deadlines in the order or seeking amendments to the order.

**IT IS FURTHER ORDERED** that sanctions may be imposed for failure to comply with this Order.

### END OF ORDER ###

**AGREED AS TO FORM:**

**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 3800
Dallas, TX 75201
(214) 855-7500
(214) 855-7584 (fax)
Email: dperry@munsch.com

By: *`/s/ Deborah M. Perry`*
Deborah M. Perry
Texas Bar No. 24002755

ATTORNEYS FOR THE DIXON WATER FOUNDATION

**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street, Suite 500
Dallas, Texas 75202
(972) 503-4033
(972) 503-4034 (fax)
Email: joyce@joycelindauer.com
sydney@joycelindauer.com
austin@joycelindauer.com

By: *___/s/ Joyce W. Lindauer (w/permission DMP)________*
Joyce W. Lindauer
Texas Bar No. 21555700
Sydney A. Ollar
State Bar No. 24125932
Austin V. Taylor
Louisiana Bar No. 37325

ATTORNEYS FOR BM318, LLC

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

By: *___/s/ Joshua L. Shepherd (w/permission DMP)________*
Kimberly P. Harris
Texas Bar No. 24002234
Joshua L. Shepherd
Texas Bar No. 24058104

ATTORNEYS FOR LUMAR LAND & CATTLE, LLC

United States Bankruptcy Court
Northern District of Texas

BM318, LLC,
Plaintiff

Adv. Proc. No. 21-04051-mxm

The Dixon Water Foundation,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Apr 26, 2022 Form ID: pdf023 Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Khudabuksh K Walji, Law Office of K. Walji, 10701 Corporate Drive, Ste 350, Stafford, TX 77477-4091 |
| pla | + | BM318, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| ip | + | Lumar Land & Cattle, LLC, c/o Quilling, Selander, Lownds, et al., Attn: Kimberly P. Harris, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3071 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 26 2022 21:34:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 26 2022 21:34:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | BM318, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| cc | *+ | BM318, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| cd | *+ | Lumar Land & Cattle, LLC, c/o Quilling, Selander, Lownds, et al., Attn: Kimberly P. Harris, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3071 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Deborah M. Perry | on behalf of Counter-Claimant The Dixon Water Foundation dperry@munsch.com |
| Deborah M. Perry | on behalf of Defendant The Dixon Water Foundation dperry@munsch.com |
| J. Robert Forshey | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Jay Ong | on behalf of Defendant The Dixon Water Foundation jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com |
| Joshua Lee Shepherd | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC jshepherd@qslwm.com, dcruz@qslwm.com |
| Joyce W. Lindauer | on behalf of Plaintiff BM318 LLC joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com |
| Kimberly Paige Harris | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC kharris@qslwm.com, kvargas@qslwm.com |

TOTAL: 7