Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

***Attorneys for The Dixon Water Foundation***

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 20-42789-mxm-11<br><br>CHAPTER 11 |
| BM318, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADVERSARY NO. 21-04051 |
| LUMAR LAND & CATTLE, LLC<br><br>Plaintiff-in-Intervention<br><br>v.<br><br>BM318, LLC,<br><br>Defendant-in-Intervention | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO BM318, LLC'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff BM318, LLC ("BM318"), by and through its undersigned counsel, and The Dixon Water Foundation ("Dixon" and together with BM318, the "Parties"), by and through its undersigned counsel, hereby agree and stipulate to the following:

**WHEREAS**, on May 9, 2022, BM318 filed its *BM318, LLC's Motion for Leave to File Amended Complaint* [Dkt. No. 50] (the "Motion for Leave"); and

**WHEREAS**, the Parties have agreed to extend the date by which Dixon is required to respond to the Motion for Leave as set forth herein.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the undersigned counsel for the Parties that the time for Dixon to respond (the "Response Date") to the Motion for Leave shall be extended from May 31, 2022 through and including June 3, 2022.

Dated: May 24, 2022

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034

*Attorneys for Debtor/Plaintiff*

Khudabuksh K. Walji
State Bar No. 20691500
Law Office of K. Walji
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
Telephone: (281) 401-9672

*Co-Counsel for Debtor/Plaintiff*

Dated: May 24, 2022

/s/ *Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*