Kimberly P. Harris
Texas Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
Texas Bar No. 24058104
jshepherd@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
FORSHEY PROSTOK, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**CO-COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| | § | |
| Debtor | § | |
| | § | |
| BM318, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| | § | |
| THE DIXON WATER FOUNDATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| | § | |
| Plaintiff-in-Intervention | § | |

**PLAINTIFF-IN-INTERVENTION LUMAR LAND & CATTLE, LLC'S WITNESS AND EXHIBIT LIST IN CONNECTION WITH HEARING SET FOR JUNE 15, 2022**

Plaintiff-in-Intervention Lumar Land & Cattle, LLC ("Lumar") files this Witness and Exhibit List in connection with the hearing scheduled for June 15, 2022, at 2:30 p.m. on *BM318, LLC's Motion for Leave to File Amended Complaint* [Docket No. 50] filed by BM318, LLC.

**WITNESS**

1. Tim Barton, President and/or Managing Member of BM318, LLC.

2. Any witness designated or called by any other party.

**EXHIBITS**

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | BM318's Original Schedules filed on September 22, 2020 [Bk. Dkt. No. 20] | | | |
| 2. | BM318's Amended Schedules A/B filed on January 4, 2021 [Bk. Dkt. No. 54] | | | |
| 3. | BM318's Amended Schedules A/B filed on May 10, 2021 [Bk. Dkt. No. 82] | | | |
| 4. | BM318's Amended Schedules A/B filed on May 12, 2021 [Bk. Dkt. No. 93] | | | |
| 5. | *Debtor's First Amended Plan of Reorganization Dated November 19, 2020* [Bk. Dkt. No. 39] | | | |
| 6. | *Second Amended Disclosure Statement for Debtor's Plan of Reorganization Dated November 19, 2020* [Bk. Dkt. No. 56] | | | |
| 7. | *Order Approving Debtor's Second Amended Disclosure statement for Debtor's Plan of Reorganization Dated November 19, 2020* [Bk. Dkt. No. 57] | | | |
| 8. | *First Modification to Debtor's First Amended Plan of Reorganization* [Bk. Dkt. No. 79] | | | |

| | | | | |
|---|---|---|---|---|
| 9. | *Third Modification to Debtor's First Amended Plan of Reorganization* [Bk. Dkt. No. 100] | | | |
| 10. | *Order Confirming Debtor's First Amended Plan of Reorganization Dated November 19, 2020, As Modified* [Bk. Dkt. No. 106] | | | |
| | | | | |
| | Rebuttal exhibits | | | |
| | Impeachment exhibits | | | |
| | Any exhibit designated or offered by any other party | | | |

Dated: June 10, 2022

Respectfully submitted,

*/s/ Kimberly P. Harris*

KIMBERLY P. HARRIS
State Bar No. 24002234
kharris@qslwm.com
JOSHUA L. SHEPHERD
State Bar No. 24058104
jshepherd@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**- And -**

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
**FORSHEY PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**CO-COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2022, a true and correct copy of the foregoing was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, including both the Debtor-Plaintiff BM318 and Dixon, through counsel.

*/s/ Kimberly P. Harris*
Kimberly P. Harris