Deborah M. Perry
Texas Bar No. 24002755
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

***Attorneys for The Dixon Water Foundation***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-42789-MXM |
| BM318, LLC,<br><br>Plaintiff,<br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Pro. No. 21-04051-MXM<br><br>**Hearing date: June 15, 2022**<br>**Hearing Time: 2:30 p.m. (CT)** |

**THE DIXON WATER FOUNDATION'S WITNESS AND EXHIBIT LIST**

COMES NOW, The Dixon Water Foundation, a Texas non-profit corporation ("Dixon"), the defendant in the above styled adversary proceeding, and files this its *Witness and Exhibit List* for the hearing scheduled for Wednesday, June 15, 2022 at 2:30 p.m. (CT), to consider *BM318, LLC's Motion for Leave to File Amended Complaint* [Docket No. 50], giving notice that it may offer into evidence (i) testimony from the following witnesses and/or (ii) the following exhibits:

## I. WITNESSES

1. Any witness called or designated by any other party; and

2. Any rebuttal and/or impeachment witnesses, as may be appropriate.

## II. EXHIBITS

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| A. | *Debtor's First Amended Plan of Reorganization Dated November 19, 2020*<br>Bankruptcy Case, Docket No. 39 | | | | |
| B. | *Second Amended Disclosure Statement for Debtor's Plan of Reorganization Dated November 19, 2020*<br>Bankruptcy Case, Docket No. 56 | | | | |
| C. | *First Modification to Debtor's First Amended Plan of Reorganization*<br>Bankruptcy Case, Docket No. 79 | | | | |
| D. | *Third Modification to Debtor's First Amended Plan of Reorganization*<br>Bankruptcy Case, Docket No. 100 | | | | |
| E. | *Final Plan of Liquidation of SI Restructuring, Inc. and its Affiliated Debtors*<br>*In re: SI Restructuring, Inc.*<br>Case No. 04-54504, Bankr. W.D. Tex.<br>ECF No. 1405 (April 3, 2006) | | | | |
| F. | Any pleading(s), document(s), or notice(s) on the docket of the Bankruptcy Case. | | | | |
| G. | Any pleading(s), document(s), or notice(s) on the docket of the Adversary Proceeding. | | | | |
| H. | Any exhibit(s) designated or admitted into evidence by any other party. | | | | |
| I. | Any rebuttal and/or impeachment exhibits, as appropriate. | | | | |

Dixon reserves the right to amend and/or supplement this Witness and Exhibit List.

Dated: June 10, 2022

MUNSCH HARDT KOPF & HARR, P.C.

By: */s/ Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

*Attorneys for The Dixon Water Foundation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of June, 2022, she caused a true and correct copy of the foregoing document to be served via ECF notification on all parties entitled to ECF notification in this Adversary Proceeding.

By: */s/ Deborah M. Perry*
Deborah M. Perry