Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR/PLAINTIFF

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| **BM318, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-04051** |
| | § | |
| **DIXON WATER FOUNDATION,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

Comes now BM318, LLC, Plaintiff in the above-styled and numbered adversary case ("Plaintiff"), and files this its Witness and Exhibit List for the hearing scheduled on June 15 2022.

**Witnesses**

At the hearing, the Plaintiff may call the following persons to testify as witnesses:

1. Tim Barton
2. Jim Martin
3. Larry Martin
4. Gary Hazlewood
5. Ron Hughes

6. Robert Potts

7. Jennifer Bruns

8. Any witness designated by any other party

**Exhibits**

At the hearing the Plaintiff may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |
| 2 | Debtor's First Amended Plan of Reorganization Dated November 19, 2020 [Docket No. 39] | | |
| 3 | First Modification to Debtor's First Amended Plan of Reorganization [Docket No. 79] | | |
| 4 | Second Modification to Debtor's First Amended Plan of Reorganization [Docket No. 88] | | |
| 5 | Third Modification to Debtor's First Amended Plan of Reorganization [Docket No. 100] | | |
| 6 | Order Confirmation Debtor's First Amended Plan of Reorganization Dated November 19, 2020, as Modified [Docket No. 106] | | |
| 7 | Schedules of Assets and Liabilities, and any amendments | | |
| 8 | Defendant, The Dixon Water Foundation's Answer and Affirmative Defenses to Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer pursuant to 11 U.S.C. §§ 548 and 550 and Counterclaim [Docket No. 8] | | |
| 9 | Original Answer to Defendant's Counterclaims [Docket No. 9] | | |
| 10 | Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Original Complaint in Intervention for Declaratory Judgment [Docket No. 33] | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 11 | Plaintiff's Original Answer to Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Original Complaint in Intervention for Declaratory Judgment and Counterclaims Against Intervenor [Docket No. 40] | | |
| 12 | Plaintiff-in-Intervention's Answer to Plaintiff's Counterclaims [Docket No. 42] | | |
| 13 | BM318, LLC's Motion for Leave to File Amended Complaint [Docket No. 50] | | |
| 14 | Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Objection to BM318's Motion for Leave to File Amended Complaint [Docket No. 53] | | |
| 15 | Defendant The Dixon Water Foundation's Objection to BM318, LLC's Motion for Leave to File Amended Complaint [Docket No. 55] | | |
| | Any exhibits identified by any other party. | | |

Plaintiff reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Plaintiff further reserves the right to supplement this list prior to the hearing.

Dated: June 10, 2022.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Plaintiff BM318, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 10, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer