**EXHIBITS**

## U.S. Bankruptcy Court
## Northern District of Texas (Ft. Worth)
## Adversary Proceeding #: 21-04051-mxm

*Assigned to:* Mark X. Mullin
*Lead BK Case:* 20-42789
*Lead BK Title:* BM318, LLC
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 08/10/21

*Nature[s] of Suit:* 12 Recovery of money/property - 547 preference
13 Recovery of money/property - 548 fraudulent transfer
14 Recovery of money/property - other

***Plaintiff***
-----------------------
**BM318, LLC**
13901 Midway Road
Suite 102
Dallas, TX 75244
Tax ID / EIN: 85-0835862

represented by **Joyce W. Lindauer**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com
*LEAD ATTORNEY*

**Khudabuksh K Walji**
Law Office of K. Walji
10701 Corporate Drive, Ste 350
Stafford, TX 77477
281-401-9672
Email: k.walji@waljilaw.com

V.

***Defendant***
-----------------------
**The Dixon Water Foundation**

represented by **Jay Ong**
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street
Suite 250
Austin, TX 78703
(512) 391-6124
Fax : (512) 226-7105
Email: jong@munsch.com

**EXHIBIT "1"**

**Deborah M. Perry**
Munsch Hardt Kopf & Harr, P.C.

3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659
214-855-7565
Fax : 214-978-5335
Email: dperry@munsch.com

**Julian Preston Vasek**
Munsch Hardt Kopf & Harr P.C.
500 N. Akard Street
Suite 3800
Dallas, TX 75201
214-855-7500
Fax : 214-855-7584
Email: jvasek@munsch.com

***Intervenor-Plaintiff***
**-----------------------**

**Lumar Land & Cattle, LLC**
c/o Quilling, Selander, Lownds, et al.
Attn: Kimberly P. Harris
2001 Bryan Street
Suite 1800
Dallas, TX 75201
2148712100

represented by **J. Robert Forshey**
Forshey & Prostok, LLP
777 Main St., Suite 1550
Ft. Worth, TX 76102
817-877-8855
Email: bforshey@forsheyprostok.com

**Kimberly Paige Harris**
Quilling, Selander, Lownds, et al.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
Fax : (214) 871-2111
Email: kharris@qslwm.com

**Joshua Lee Shepherd**
Quilling, Selander, Lownds, Winslett & M
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
Fax : (214) 871-2111
Email: jshepherd@qslwm.com

***Counter-Claimant***
**-----------------------**

**The Dixon Water Foundation**

represented by **Deborah M. Perry**
(See above for address)

**Julian Preston Vasek**
(See above for address)

V.

***Counter-Defendant***
**-----------------------**
**BM318, LLC**
13901 Midway Road
Suite 102
Dallas, TX 75244

***Counter-Claimant***
**-----------------------**
**BM318, LLC**
13901 Midway Road
Suite 102
Dallas, TX 75244

V.

***Counter-Defendant***
**-----------------------**
**Lumar Land & Cattle, LLC**
c/o Quilling, Selander, Lownds, et al.
Attn: Kimberly P. Harris
2001 Bryan Street
Suite 1800
Dallas, TX 75201
2148712100

| Filing Date | Docket Text |
|---|---|
| 08/10/2021 | 1 (9 pgs) Adversary case 21-04051. Complaint by BM318, LLC against The Dixon Water Foundation. Fee Amount $350. Nature(s) of suit: 12 (Recovery of money/property - 547 preference). 13 (Recovery of money/property - 548 fraudulent transfer). 14 (Recovery of money/property - other). (Lindauer, Joyce) |
| 08/10/2021 | 2 (2 pgs) Adversary proceeding cover sheet filed by Plaintiff BM318, LLC (RE: related document(s)1 Complaint). (Lindauer, Joyce) |
| 08/10/2021 | Receipt of filing fee for Complaint(21-04051-mxm) [cmp,cmp] ( 350.00). Receipt number 28908896, amount $ 350.00 (re: Doc# 1). (U.S. Treasury) |
| 08/11/2021 | 3 (2 pgs) Scheduling order setting deadlines. Discovery and all exhibits except impeachment documents: 45 days prior to Docket Call, pre-trial order: 7 calendar days prior to Docket Call, proposed findings of fact and conclusions of law: 7 days prior to first scheduled docket call (RE: related document(s)1 Complaint filed by Plaintiff BM318, LLC). Trial Docket Call date set for 1/27/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 8/11/2021 (Calfee, J.) |
| 08/11/2021 | 4 (2 pgs) Summons issued on The Dixon Water Foundation Answer Due 9/10/2021 (Calfee, J.) |
| 08/12/2021 | 5 (2 pgs) Summons service executed on The Dixon Water Foundation 8/12/2021 (Lindauer, Joyce) |
| 09/27/2021 | 6 (3 pgs) Agreed Scheduling Order (RE: related document(s)1 Complaint filed by Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on |

| | |
|---|---|
| | 9/27/2021 (Chambers, Deanna) |
| 09/29/2021 | 7 (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)6 Agreed Scheduling Order (RE: related document(s)1 Complaint filed by Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 9/27/2021) No. of Notices: 2. Notice Date 09/29/2021. (Admin.) |
| 09/30/2021 | 8 (15 pgs) Answer to complaint , Counterclaim by The Dixon Water Foundation against BM318, LLC filed by The Dixon Water Foundation. (Perry, Deborah) |
| 10/22/2021 | 9 (5 pgs) Answer to counterclaim filed by BM318, LLC. (Lindauer, Joyce) |
| 12/27/2021 | 10 (3 pgs) INCORRECT ENTRY. Amended Agreed Scheduling Order (RE: related document(s)6 Order to set hearing). Entered on 12/27/2021 (Almaraz, Jeanette) MODIFIED on 12/28/2021 (Almaraz, Jeanette). |
| 12/27/2021 | 11 (3 pgs) Amended Agreed Scheduling Order setting hearing (RE: related document(s)1 Complaint filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 12/27/2021 (Almaraz, Jeanette) (Entered: 12/28/2021) |
| 12/29/2021 | 12 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)10 INCORRECT ENTRY. Amended Agreed Scheduling Order (RE: related document(s)6 Order to set hearing). Entered on 12/27/2021 (Almaraz, Jeanette) MODIFIED on 12/28/2021 .) No. of Notices: 0. Notice Date 12/29/2021. (Admin.) |
| 12/30/2021 | 13 (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)11 Amended Agreed Scheduling Order setting hearing (RE: related document(s)1 Complaint filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 12/27/2021) No. of Notices: 0. Notice Date 12/30/2021. (Admin.) |
| 01/14/2022 | 14 (15 pgs; 3 docs) Motion to intervene *and Brief in Support* filed by Interested Party Lumar Land & Cattle, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order) (Harris, Kimberly) |
| 01/19/2022 | 15 (4 pgs) Notice of hearing filed by Interested Party Lumar Land & Cattle, LLC (RE: related document(s)14 Motion to intervene filed by Interested Party Lumar Land & Cattle, LLC). Hearing to be held on 2/10/2022 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 14, (Shepherd, Joshua) |
| 01/27/2022 | 16 (8 pgs; 2 docs) Agreed Motion to continue hearing on (related documents 1 Complaint)*(Joint Agreed Motion for Entry of Second Amended Agreed Scheduling Order)* filed by Defendant The Dixon Water Foundation (Attachments: # 1 Proposed Order) (Perry, Deborah) |
| 01/28/2022 | 17 (5 pgs) Objection to (related document(s): 14 Motion to intervene *and Brief in Support* filed by Interested Party Lumar Land & Cattle, LLC) filed by Plaintiff BM318, LLC. (Lindauer, Joyce) |
| 02/07/2022 | 18 (20 pgs; 3 docs) Witness and Exhibit List filed by Interested Party Lumar Land & Cattle, LLC (RE: related document(s)14 Motion to intervene *and Brief in Support*). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Shepherd, Joshua) |
| 02/07/2022 | 19 (2 pgs) Witness and Exhibit List filed by Defendant The Dixon Water Foundation (RE: related document(s)14 Motion to intervene *and Brief in Support*). (Perry, Deborah) |
| 02/07/2022 | 20 (78 pgs; 10 docs) Witness and Exhibit List filed by Plaintiff BM318, LLC (RE: related document(s)14 Motion to intervene *and Brief in Support*). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9) (Lindauer, Joyce) |

| | |
|---|---|
| 02/07/2022 | 21 (4 pgs; 2 docs) Motion to continue hearing on (related documents 14 Motion to intervene) filed by Plaintiff BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 02/08/2022 | 22 (3 pgs) Notice of hearing filed by Plaintiff BM318, LLC (RE: related document(s)21 Motion to continue filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Hearing to be held on 2/10/2022 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 21, (Lindauer, Joyce) |
| 02/08/2022 | 23 (55 pgs; 2 docs) Response unopposed to (related document(s): 14 Motion to intervene *and Brief in Support* filed by Interested Party Lumar Land & Cattle, LLC) filed by Defendant The Dixon Water Foundation. (Attachments: # 1 Exhibit A) (Ong, Jay) |
| 02/09/2022 | 24 (3 pgs) Objection to (related document(s): 21 Motion to continue hearing on (related documents 14 Motion to intervene) filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC) filed by Interested Party Lumar Land & Cattle, LLC. (Shepherd, Joshua) |
| 02/09/2022 | 25 (4 pgs) Reply to (related document(s): 24 Objection filed by Interested Party Lumar Land & Cattle, LLC) filed by Plaintiff BM318, LLC. (Lindauer, Joyce) |
| 02/10/2022 | 26 (2 pgs) Notice of Appearance and Request for Notice *for Khudabuksh Walji* by Joyce W. Lindauer filed by Plaintiff BM318, LLC. (Lindauer, Joyce) |
| 02/10/2022 | 27 (4 pgs; 2 docs) Support/supplemental document/*Supplement to Exhibit List* filed by Plaintiff BM318, LLC (RE: related document(s)20 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 11) (Lindauer, Joyce) |
| 02/10/2022 | 28 Hearing held on 2/10/2022. (RE: related document(s)21 Motion to continue hearing on (related documents 14 Motion to intervene) filed by Plaintiff BM318, LLC (Attachments: # 1 Proposed Order) filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC) ***DENIED*** (Almaraz, Jeanette) |
| 02/10/2022 | 29 Hearing held on 2/10/2022. (RE: related document(s)14 Motion to intervene *and Brief in Support* filed by Interested Party Lumar Land & Cattle, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order) filed by Interested Party Lumar Land & Cattle, LLC) ***GRANTED*** (Almaraz, Jeanette) |
| 02/10/2022 | 30 (1 pg) Court admitted exhibits date of hearing 02/10/2022 (RE: related document(s)14 Motion to intervene *and Brief in Support* filed by Interested Party Lumar Land & Cattle, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order) filed by Interested Party Lumar Land & Cattle, LLC, 21 Motion to continue hearing on (related documents 14 Motion to intervene) filed by Plaintiff BM318, LLC (Attachments: # 1 Proposed Order) filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC) (Almaraz, Jeanette) |
| 02/14/2022 | 31 (2 pgs) Order denying motion to continue hearing on (related document # 21) Entered on 2/14/2022. (Chambers, Deanna) |
| 02/14/2022 | 32 (2 pgs) Order granting motion to intervene (related document # 14) Entered on 2/14/2022. (Chambers, Deanna) |
| 02/16/2022 | 33 (8 pgs; 2 docs) Intervenor complaint by Lumar Land & Cattle, LLC against BM318, LLC. (Attachments: # 1 Cover Sheet) (Harris, Kimberly) |
| 02/16/2022 | 34 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)32 Order granting motion to intervene (related document 14) Entered on 2/14/2022.) No. of Notices: 1. Notice Date 02/16/2022. (Admin.) |
| 02/16/2022 | 35 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)31 Order denying |

| | |
|---|---|
| | motion to continue hearing on (related document 21) Entered on 2/14/2022.) No. of Notices: 1. Notice Date 02/16/2022. (Admin.) |
| 02/17/2022 | 36 (2 pgs) Intervenor summons issued on BM318, LLC Date Issued 2/17/2022, Answer Due 3/21/2022 (Calfee, J.) |
| 02/17/2022 | 37 (4 pgs) Second Amended Agreed Order granting motion to continue hearing on (related document # 16) (related documents Complaint) Trial Docket Call date set for 6/23/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 2/17/2022. (Chambers, Deanna) |
| 02/19/2022 | 38 (6 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)37 Second Amended Agreed Order granting motion to continue hearing on (related document 16) (related documents Complaint) Trial Docket Call date set for 6/23/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 2/17/2022.) No. of Notices: 1. Notice Date 02/19/2022. (Admin.) |
| 02/21/2022 | 39 (1 pg) Summons service executed on BM318, LLC 2/21/2022 (Shepherd, Joshua) |
| 03/21/2022 | 40 (24 pgs) Answer to complaint , Counterclaim by BM318, LLC against Lumar Land & Cattle, LLC filed by BM318, LLC. (Lindauer, Joyce) |
| 03/21/2022 | 41 (2 pgs) Notice *(Corporate Disclosure)* filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC. (Harris, Kimberly) |
| 04/11/2022 | 42 (13 pgs) Intervenor's answer to complaint *(Plaintiff-in-Intervention's Answer to Plaintiff's Counterclaims)* |
| 04/11/2022 | 43 (3 pgs) Notice */Plaintiff's Expert Disclosures* filed by Plaintiff BM318, LLC. (Lindauer, Joyce) |
| 04/13/2022 | 44 (10 pgs; 2 docs) Agreed Motion to continue hearing on (related documents 1 Complaint) filed by Defendant The Dixon Water Foundation (Attachments: # 1 Proposed Order) (Perry, Deborah) |
| 04/14/2022 | 45 (4 pgs) Withdrawal - *Notice of Withdrawal of Docket No. 44* filed by Defendant The Dixon Water Foundation (RE: related document(s)44 Agreed Motion to continue hearing on (related documents 1 Complaint)). (Perry, Deborah) |
| 04/20/2022 | 46 (10 pgs; 2 docs) Agreed Motion to continue hearing on (related documents 1 Complaint) filed by Defendant The Dixon Water Foundation (Attachments: # 1 Proposed Order) (Perry, Deborah) |
| 04/21/2022 | 47 (2 pgs) Notice of Appearance and Request for Notice by J. Robert Forshey filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC. (Forshey, J.) |
| 04/26/2022 | 48 (4 pgs) Third Amended Agreed Order granting motion to continue hearing on (related document # 46) (related documents Complaint) Trial Docket Call date set for 10/27/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Trial date set for 11/14/2022 & 11/15/2022 at 09:30 AM at Ft. Worth, Judge Mullin's Ctrm.. Entered on 4/26/2022. (Chambers, Deanna) |
| 04/28/2022 | 49 (6 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)48 Third Amended Agreed Order granting motion to continue hearing on (related document 46) (related documents Complaint) Trial Docket Call date set for 10/27/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Trial date set for 11/14/2022 & 11/15/2022 at 09:30 AM at Ft. Worth, Judge Mullin's Ctrm.. Entered on 4/26/2022.) No. of Notices: 3. Notice Date 04/28/2022. (Admin.) |
| 05/09/2022 | 50 (45 pgs) Motion for leave *to File Amended Complaint* (related document(s) 1 Complaint) filed by Plaintiff BM318, LLC Objections due by 5/31/2022. (Lindauer, Joyce) |

| | |
|---|---|
| 05/23/2022 | 51 (4 pgs) Notice of hearing filed by Plaintiff BM318, LLC (RE: related document(s)50 Motion for leave filed by Counter-Claimant BM318, LLC, Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Hearing to be held on 6/15/2022 at 02:30 PM at https://us-courts.webex.com/meet/mullin for 50, (Lindauer, Joyce) |
| 05/24/2022 | 52 (2 pgs) Stipulation by The Dixon Water Foundation and BM318, LLC. filed by Defendant The Dixon Water Foundation (RE: related document(s)50 Motion for leave *to File Amended Complaint* (related document(s) 1 Complaint)). (Perry, Deborah) |
| 05/31/2022 | 53 (21 pgs) Objection to (related document(s): 50 Motion for leave *to File Amended Complaint* (related document(s) 1 Complaint) filed by Counter-Claimant BM318, LLC, Counter-Defendant BM318, LLC, Plaintiff BM318, LLC) filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC. (Harris, Kimberly) |
| 06/03/2022 | 54 (48 pgs; 4 docs) Motion for leave *(to Amend its Original Complaint in Intervention for Declaratory Judgment and its Original Answer to Counterclaims)* filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Harris, Kimberly) |
| 06/03/2022 | 55 (28 pgs) Objection to (related document(s): 50 Motion for leave *to File Amended Complaint* (related document(s) 1 Complaint) filed by Counter-Claimant BM318, LLC, Counter-Defendant BM318, LLC, Plaintiff BM318, LLC) filed by Defendant The Dixon Water Foundation, Counter-Claimant The Dixon Water Foundation. (Vasek, Julian) |
| 06/10/2022 | 56 (154 pgs; 11 docs) Witness and Exhibit List filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC (RE: related document(s)50 Motion for leave *to File Amended Complaint* (related document(s) 1 Complaint)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10) (Harris, Kimberly) |
| 06/10/2022 | 57 (117 pgs; 6 docs) Witness and Exhibit List filed by Defendant The Dixon Water Foundation (RE: related document(s)50 Motion for leave *to File Amended Complaint* (related document(s) 1 Complaint)). (Attachments: # 1 Exhibit A (Debtor's First Amended Plan) # 2 Exhibit B (Debtor's Second Amended Disclosure Statement) # 3 Exhibit C (First Modification to Debtor's First Amended Plan # 4 Exhibit D (Third Modification to Debtor's First Amended Plan) # 5 Exhibit E (SI Restructuring Plan of Liquidation)) (Nguyen, Thanhan) |

## PACER Service Center

### Transaction Receipt

06/10/2022 20:03:44

| | | | |
|---|---|---|---|
| **PACER Login:** | joycelindauer | **Client Code:** | BM318 |
| **Description:** | Docket Report | **Search Criteria:** | 21-04051-mxm Fil or Ent: filed From: 1/1/2020 To: 6/10/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |