BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: BM318, LLC et al v. The Dixon Water Foundation et al | Motion to file amended complaint [50] | Case # 21−04051−mxm |
| DEBTOR | **TYPE OF HEARING** | |

| | | |
|---|---|---|
| BM318, LLC | ***VS*** | The Dixon Water Foundation / Lumar Land & Cattle, LLC |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| Joyce W. Lindauer | | Deborah Perry / J. Robert Forshey |
| **ATTORNEY** | | **ATTORNEY** |

**<u>EXHIBITS</u>**

| | |
|---|---|
| Debtor's Exhibits #2−7 Admitted (see ECF #[58] for further details) | Dixon's Exhibit E Admitted (see ECF #[57] for further details) |
| | Lumar's Exhibits #2−4, 6 and 7 Admitted (see ECF #[56] for further details) |

| | | |
|---|---|---|
| Jeanette Almaraz | 6/15/2022 | Mark X. Mullin |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |