Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR/PLAINTIFF

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| **BM318, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-04051** |
| | § | |
| **DIXON WATER FOUNDATION,** | § | |
| **Defendant.** | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on BM318, LLC's Motion for Leave to File Amended Complaint [Docket No. 50] filed by BM318, LLC will be held on **June 30, 2022, at 2:30 p.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court, 501 W. 10th Street, Fort Worth, Texas 76102. Parties may appear in person or via WebEx Video Conference. The WebEx link may be accessed here: https://us-courts.webex.com/meet/mullin. To participate telephonically, parties must dial 1-650-479-3207 and enter Meeting ID 474 603 746. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

Dated: June 23, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Plaintiff BM318, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 23, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's CM/ECF filing system upon the parties receiving electronic notice in this case listed below.

J. Robert Forshey
bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Kimberly Paige Harris
kharris@qslwm.com, kdepasquale@qslwm.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com

Jay Ong
jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Deborah M. Perry
dperry@munsch.com

Joshua Lee Shepherd
jshepherd@qslwm.com, dcruz@qslwm.com

Julian Preston Vasek
jvasek@munsch.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

# WebEx Hearing Instructions
## Judge Mark X. Mullin

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Mark Mullin are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Meeting ID: 474 603 746

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are required to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.
- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings.** For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf
- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated.**
- All WebEx hearing attendees are required to comply with Judge Mullin's Telephonic and Videoconference Hearing Policy (included within Judge Mullin's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy

**Exhibit Requirements:**

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Mullin's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates.
- When electronically filing the Notice of Hearing via CM/ECF select "**athttps://us-courts.webex.com/meet/mullin**" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Mullin's Fort Worth courtroom as the location for the hearing.

**EXHIBIT "A"**