CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 5, 2021**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER APPROVING DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION DATED NOVEMBER 19, 2020**

CAME ON FOR CONSIDERATION BY THE COURT the Debtors' request for the Court to consider the approval of Debtor's Second Amended Disclosure Statement for Debtor's Plan of Reorganization Dated November 19, 2020 [Docket No. 56], and the Court having considered same orders as follows:

**ORDERED, ADJUDGED AND DECREED** that the Debtor's Second Amended Disclosure Statement for Debtor's Plan of Reorganization Dated November 19, 2020 is approved; and it is further

**ORDERED** that a hearing on Debtor's Plan of Reorganization Dated November 13, 2020 shall be held on **February 10, 2021 at 1:30 p.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court, 501 W. 10th Street, Fort Worth, Texas 76102.

Objections to the Confirmation of the Plan must be filed and served on counsel of record for the Debtor no later than **February 3, 2021.**

Ballots accepting or rejecting the Debtor's Plan of Reorganization shall be submitted to counsel of record for the Debtor, Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, Texas 75202; (972) 503-4033 telephone; (972) 503-4034 facsimile; joyce@joycelindauer.com. The deadline for submitting ballots is **February 5, 2021**.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR