**REFORM, EXHIBITS**

# U.S. Bankruptcy Court
# Northern District of Texas (Ft. Worth)
# Bankruptcy Petition #: 20-42789-mxm11

*Date filed:* 09/01/2020
*Date Plan Confirmed:* 08/02/2021
*Plan confirmed:* 08/02/2021
*341 meeting:* 10/02/2020
*Deadline for filing claims:* 12/31/2020
*Deadline for filing claims (govt.):* 03/31/2021

*Assigned to:* Mark X. Mullin
Chapter 11
Voluntary
Asset

***Debtor***
**BM318, LLC**
13901 Midway Road
Suite 102
Dallas, TX 75244
PARKER-TX
Tax ID / EIN: 85-0835862

represented by **Joyce W. Lindauer**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

represented by **Elizabeth Ziegler Young**
U.S. Trustee Office
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-8967
Fax : (214) 767-8971
Email: elizabeth.a.young@usdoj.gov

| Filing Date | Docket Text |
|---|---|
| 09/01/2020 | 1 (5 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1717 Filed by BM318, LLC (Lindauer, Joyce) |
| 09/01/2020 | Receipt of filing fee for Voluntary petition (chapter 11)(20-42789-11) [misc,volp11a] (1717.00). Receipt number 28063279, amount $1717.00 (re: Doc# 1). (U.S. Treasury) |
| 09/01/2020 | 2 (2 pgs) Notice of Appearance and Request for Notice by Robert W. Buchholz filed by Creditor Southern Star Capital, LLC. (Buchholz, Robert) |
| 09/01/2020 | 3 (2 pgs) Notice of deficiency. Schedule A/B due 9/15/2020. Schedule D due 9/15/2020. Schedule E/F due 9/15/2020. Schedule G due 9/15/2020. Schedule H due 9/15/2020. Declaration Under Penalty of Perjury for Non-individual Debtors due 9/15/2020. Summary of Assets and Liabilities and Certain Statistical Information due 9/15/2020. Statement of Financial Affairs due 9/15/2020. Creditor matrix due 9/3/2020. 20 Largest Unsecured Creditors due 9/3/2020. (Dugan, S.) |
| 09/02/2020 | 4 (1 pg) Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor Parker CAD. (Spindler, Laurie) |
| 09/02/2020 | 5 (3 pgs; 2 docs) INCORRECT ENTRY: WRONG EVENT USED. Motion to extend time to File Creditor Matrix and List of Twenty Largest Unsecured Creditors Filed by Debtor BM318, LLC |

| | |
|---|---|
| | (Attachments: # 1 Proposed Order) (Lindauer, Joyce) MODIFIED on 10/20/2020 (Whitaker, Sherri). |
| 09/03/2020 | 6 (3 pgs) BNC certificate of mailing. (RE: related document(s)3 Notice of deficiency. Schedule A/B due 9/15/2020. Schedule D due 9/15/2020. Schedule E/F due 9/15/2020. Schedule G due 9/15/2020. Schedule H due 9/15/2020. Declaration Under Penalty of Perjury for Non-individual Debtors due 9/15/2020. Summary of Assets and Liabilities and Certain Statistical Information due 9/15/2020. Statement of Financial Affairs due 9/15/2020. Creditor matrix due 9/3/2020. 20 Largest Unsecured Creditors due 9/3/2020. (Dugan, S.)) No. of Notices: 1. Notice Date 09/03/2020. (Admin.) |
| 09/04/2020 | 7 (3 pgs) Creditor matrix . Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 09/04/2020 | 8 (3 pgs) Meeting of creditors 341(a) meeting to be held on 10/2/2020 at 10:30 AM by TELEPHONE. Proofs of Claims due by 12/31/2020. Government Proof of Claim due by 3/31/2021. (Neary, William) |
| 09/04/2020 | 9 (2 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 09/11/2020 | 11 (3 pgs) Certificate of service re: Meeting of Creditors filed by Debtor BM318, LLC (RE: related document(s)8 Meeting of creditors Chapter 11). (Lindauer, Joyce) |
| 09/11/2020 | 12 (4 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)8 Meeting of creditors 341(a) meeting to be held on 10/2/2020 at 10:30 AM by TELEPHONE. Proofs of Claims due by 12/31/2020. Government Proof of Claim due by 3/31/2021.) No. of Notices: 1. Notice Date 09/11/2020. (Admin.) |
| 09/15/2020 | 13 (4 pgs; 2 docs) Motion to extend time to file schedules or new case deficiencies, excluding matrix Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 09/16/2020 | 14 (3 pgs) Certificate of Conference - Amended filed by Debtor BM318, LLC (RE: related document(s)13 Motion to extend time to file schedules or new case deficiencies, excluding matrix). (Lindauer, Joyce) |
| 09/17/2020 | 15 (21 pgs; 2 docs) Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 09/18/2020 | 16 (1 pg) Order granting 13 Motion to extend time. (Re: related document(s) 3 Notice of deficiency) Schedule A/B due 9/22/2020 for 3, Schedule D due 9/22/2020 for 3, Schedule E/F due 9/22/2020 for 3, Schedule G due 9/22/2020 for 3, Schedule H due 9/22/2020 for 3, Statement of Financial Affairs due 9/22/2020 for 3, Summary of Assets and Liabilities and Certain Statistical Information due 9/22/2020 for 3, Declaration Under Penalty of Perjury for Non-individual Debtors due 9/22/2020 for 3, Entered on 9/18/2020. (Chambers, Deanna) |
| 09/21/2020 | 17 (30 pgs; 6 docs) Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit) (Buchholz, Robert) |
| 09/21/2020 | 18 (2 pgs) Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit)). Preliminary hearing to be held on 10/8/2020 at 09:30 AM at Ft. Worth, Judge Mullin's Ctrm.. (Buchholz, Robert) |
| 09/21/2020 | Receipt of filing fee for Motion for relief from stay(20-42789-mxm11) [motion,mrlfsty] ( 181.00). |

| | |
|---|---|
| | Receipt number 28117026, amount $ 181.00 (re: Doc# 17). (U.S. Treasury) |
| 09/21/2020 | 19 (2 pgs) Amended Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit)). Preliminary hearing to be held on 10/8/2020 at 09:30 AM at Ft. Worth, Judge Mullin's Ctrm.. (Buchholz, Robert) |
| 09/22/2020 | 20 (18 pgs) Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 09/22/2020 | 21 (7 pgs) Statement of financial affairs for a non-individual . Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 09/24/2020 | 23 (2 pgs) Notice of Appearance and Request for Notice by Scott A. Ritcheson filed by Creditor Citizens Bank. (Ritcheson, Scott) |
| 10/02/2020 | Trustee's initial report of meeting of creditors held on 10/2/2020 (RE: related document(s)8 Meeting of creditors Chapter 11) (Young, Elizabeth) |
| 10/02/2020 | 24 (7 pgs) Objection to (related document(s): 17 Motion for relief from stay Fee amount $181, filed by Creditor Southern Star Capital, LLC) filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 10/05/2020 | 25 (2 pgs) Notice of hearing filed by Creditor Citizens Bank (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit)). Hearing to be held on 11/16/2020 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 17, (Buchholz, Robert) |
| 10/08/2020 | 26 (2 pgs) Disclosure of compensation of attorney for debtor . Filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 10/09/2020 | 27 (2 pgs) Certificate of No Objection filed by Debtor BM318, LLC (RE: related document(s)15 Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney ). (Lindauer, Joyce) |
| 10/13/2020 | 28 (2 pgs) Order granting application to employ Joyce Lindauer as Attorney (related document # 15) Entered on 10/13/2020. (Chambers, Deanna) |
| 10/21/2020 | 29 (10 pgs) Debtor-in-possession monthly operating report for filing period September 1, 2020 to September 30, 2020 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 11/02/2020 | 30 (30 pgs; 6 docs) Amended Motion for relief from stay (related document: 17) Filed by Creditor Southern Star Capital, LLC (Attachments: # 1 Exhibit 1. Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Temporary Injunction # 5 Exhibit 5. Affidavit of Al Keller) (Buchholz, Robert) |
| 11/02/2020 | 31 (2 pgs) Amended Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit), 30 Amended Motion for relief from stay (related document: 17) Filed by Creditor Southern Star Capital, LLC (Attachments: # 1 Exhibit 1. Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Temporary Injunction # 5 Exhibit 5. Affidavit of Al Keller)). Hearing |

| | |
|---|---|
| | to be held on 11/16/2020 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 30 and for 17, (Buchholz, Robert) |
| 11/04/2020 | 32 (7 pgs) Objection to (related document(s): 30 Amended Motion for relief from stay (related document: 17) filed by Creditor Southern Star Capital, LLC) filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 11/10/2020 | 33 (1 pg) Notice of Telephone/Video information for November 16, 2020 at 1:30 PM (RE: related document(s)30 Motion for relief from stay filed by Creditor Southern Star Capital, LLC). (Calfee, J.) |
| 11/10/2020 | 34 (89 pgs; 12 docs) Witness and Exhibit List filed by Creditor Southern Star Capital, LLC (RE: related document(s)30 Amended Motion for relief from stay (related document: 17)). (Attachments: # 1 Exhibit 1. # 2 Exhibit 2. # 3 Exhibit 3. # 4 Exhibit 4. # 5 Exhibit 5. # 6 Exhibit 6. # 7 Exhibit 7. # 8 Exhibit 8. # 9 Exhibit 9. # 10 Exhibit 10. # 11 Exhibit 11.) (Buchholz, Robert) |
| 11/11/2020 | 35 (157 pgs; 9 docs) Witness and Exhibit List filed by Debtor BM318, LLC (RE: related document(s)30 Amended Motion for relief from stay (related document: 17)). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Lindauer, Joyce) |
| 11/13/2020 | 36 (16 pgs) Chapter 11 plan filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 11/13/2020 | 37 (54 pgs) Disclosure statement filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 11/16/2020 | 38 (1 pg) Court admitted exhibits date of hearing 11/16/2020 (RE: related document(s)30 Amended Motion for relief from stay (related document: 17) Filed by Creditor Southern Star Capital, LLC (Attachments: # 1 Exhibit 1. Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Temporary Injunction # 5 Exhibit 5. Affidavit of Al Keller)) (Calfee, J.) (Entered: 11/19/2020) |
| 11/19/2020 | 39 (16 pgs) Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan). (Lindauer, Joyce) |
| 11/19/2020 | 40 (54 pgs) Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)37 Disclosure statement). (Lindauer, Joyce) |
| 11/23/2020 | 41 (11 pgs) Debtor-in-possession monthly operating report for filing period October 1, 2020 to October 31, 2020 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 11/24/2020 | 42 (2 pgs) Order Setting hearing (RE: related document(s)40 Disclosure statement filed by Debtor BM318, LLC). Hearing to be held on 12/29/2020 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 40, Entered on 11/24/2020 (Chambers, Deanna) |
| 11/25/2020 | 43 (1 pg) Notice of hearing filed by Debtor BM318, LLC (RE: related document(s)40 Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)37 Disclosure statement).). Hearing to be held on 12/29/2020 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 40, (Lindauer, Joyce) |
| 12/01/2020 | 44 (2 pgs) Order conditioning motion for relief from stay by Creditor Southern Star Capital, LLC (related document # 30) Entered on 12/1/2020. (Chambers, Deanna) |
| 12/03/2020 | 45 (3 pgs) Certificate of service re: filed by Debtor BM318, LLC (RE: related document(s)39 Chapter 11 plan, 40 Disclosure statement, 42 Order to set hearing, 43 Notice of hearing). (Lindauer, Joyce) |
| 12/03/2020 | 46 (2 pgs) Certificate of service re: filed by Debtor BM318, LLC (RE: related document(s)43 Notice of hearing). (Lindauer, Joyce) |

| | |
|---|---|
| 12/22/2020 | 47 (10 pgs) INCORRECT ENTRY: Missing case number. Debtor-in-possession monthly operating report for filing period to filed by Debtor BM318, LLC. (Lindauer, Joyce) MODIFIED on 12/22/2020 (Munoz, Kristina). |
| 12/22/2020 | 48 (11 pgs) Objection to disclosure statement (RE: related document(s)40 Disclosure statement) filed by Creditor Southern Star Capital, LLC. (Buchholz, Robert) |
| 12/22/2020 | 49 (10 pgs) Debtor-in-possession monthly operating report for filing period to filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 12/23/2020 | 50 (147 pgs; 16 docs) Witness and Exhibit List filed by Creditor Southern Star Capital, LLC (RE: related document(s)40 Disclosure statement). (Attachments: # 1 Exhibit No. 1 # 2 Exhibit No. 2 # 3 Exhibit No. 3 # 4 Exhibit No. 4 # 5 Exhibit No. 5 # 6 Exhibit No. 6 # 7 Exhibit No. 7 # 8 Exhibit No. 8 # 9 Exhibit No. 9 # 10 Exhibit No. 10 # 11 Exhibit No. 11 # 12 Exhibit No. 12 # 13 Exhibit No. 13 # 14 Exhibit No. 14 # 15 Exhibit No. 15) (Buchholz, Robert) |
| 12/23/2020 | 51 (108 pgs; 8 docs) Witness and Exhibit List filed by Debtor BM318, LLC (RE: related document(s)40 Disclosure statement). (Attachments: # 1 Exhibit A-Docket Sheet # 2 Exhibit B-First Amended Plan # 3 Exhibit C-First Amended Disclosure Statement # 4 Exhibit D-Schedules # 5 Exhibit E- Statement of Financial Affairs # 6 Exhibit F-Claims Register # 7 Exhibit G-Order Conditioning the Stay) (Lindauer, Joyce) |
| 12/28/2020 | 52 (5 pgs) Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)40 Disclosure statement). (Lindauer, Joyce) |
| 12/29/2020 | 53 Hearing held on 12/29/2020 (RE: related document(s) 40 Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)37 Disclosure statement). Filed by Debtor BM318, LLC) ***ORDER TO BE UPLOADED*** (Rueter, Karyn) |
| 01/04/2021 | 54 (9 pgs) Amended Schedules: A/B, G, (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 01/04/2021 | 55 (8 pgs) Statement of financial affairs for a non-individual -*AMENDED*. Filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 01/04/2021 | 56 (67 pgs) Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)37 Disclosure statement). (Lindauer, Joyce) |
| 01/05/2021 | 57 (2 pgs) Order approving disclosure statement and setting hearing on confirmation of plan (RE: related document(s)36 Chapter 11 plan filed by Debtor BM318, LLC). Confirmation hearing to be held on 2/10/2021 at 01:30 PM at Ft. Worth, Judge Mullin's Ctrm.. Last day to Object to Confirmation 2/3/2021. Ballots due 2/5/2021. Entered on 1/5/2021 (Chambers, Deanna) |
| 01/08/2021 | 58 (1 pg) Notice of hearing/*Notice of Hearing on Confirmation of Plan of Reorganization* filed by Debtor BM318, LLC (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).). Confirmation hearing to be held on 2/10/2021 at 01:30 PM at Ft. Worth, Judge Mullin's Ctrm.. (Lindauer, Joyce) |
| 01/08/2021 | 59 (3 pgs) Certificate of service re: filed by Debtor BM318, LLC (RE: related document(s)39 Chapter 11 plan, 56 Disclosure statement, 57 Order approving disclosure statement, 58 Notice of hearing). (Lindauer, Joyce) |
| 01/20/2021 | 60 (11 pgs) Debtor-in-possession monthly operating report for filing period December 1, 2020 to December 31, 2020 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 02/01/2021 | 61 (1 pg) Notice of WebEx Instructions for February 10th at 1:30 pm(RE: related document(s)58 Notice |

| | |
|---|---|
| | of hearing/*Notice of Hearing on Confirmation of Plan of Reorganization* filed by Debtor BM318, LLC (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).). Confirmation hearing to be held on 2/10/2021 at 01:30 PM at Ft. Worth, Judge Mullin's Ctrm..). (Calfee, J.) |
| 02/01/2021 | 62 (4 pgs; 2 docs) Motion to continue hearing on (related documents 39 Chapter 11 plan) Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 02/03/2021 | 63 (1 pg) Order granting motion to continue hearing on (related document # 62) (related documents Chapter 11 plan) Confirmation hearing to be held on 3/18/2021 at 01:30 PM at Ft. Worth, Judge Mullin's Ctrm.. Entered on 2/3/2021. (Chambers, Deanna) |
| 02/03/2021 | 64 (4 pgs) Objection to confirmation of plan (RE: related document(s)39 Chapter 11 plan) filed by Creditor Parker CAD. (Spindler, Laurie) |
| 02/22/2021 | 65 (11 pgs) Debtor-in-possession monthly operating report for filing period 1/1/21 to 1/31/21 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 02/28/2021 | 66 (3 pgs) Certificate of service re: filed by Debtor BM318, LLC (RE: related document(s)63 Order on motion to continue hearing). (Lindauer, Joyce) |
| 03/11/2021 | 67 (4 pgs) Notice of hearing/*Notice of Rescheduled Hearing on Confirmation of Plan of Reorganization* filed by Debtor BM318, LLC (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).). Confirmation hearing to be held on 4/14/2021 at 09:30 AM at https://us-courts.webex.com/meet/mullin. (Lindauer, Joyce) |
| 03/12/2021 | 68 (4 pgs) Objection to confirmation of plan (RE: related document(s)39 Chapter 11 plan) filed by Creditor Parker CAD. (Spindler, Laurie) |
| 03/23/2021 | 69 (6 pgs) Debtor-in-possession monthly operating report for filing period February 1, 2021 to February 28, 2021 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 04/06/2021 | 70 (25 pgs; 2 docs) Motion to sell property free and clear of liens under Section 363(f) Fee amount $188, Filed by Debtor BM318, LLC Objections due by 4/27/2021. (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 04/06/2021 | Receipt of filing fee for Motion to Sell(20-42789-mxm11) [motion,msell] ( 188.00). Receipt number 28618662, amount $ 188.00 (re: Doc# 70). (U.S. Treasury) |
| 04/06/2021 | 71 (3 pgs) Notice of hearing filed by Debtor BM318, LLC (RE: related document(s)70 Motion to sell property free and clear of liens under Section 363(f) Fee amount $188, Filed by Debtor BM318, LLC Objections due by 4/27/2021. (Attachments: # 1 Proposed Order)). Hearing to be held on 4/29/2021 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 70, (Lindauer, Joyce) |
| 04/06/2021 | 72 (4 pgs) Amended Notice of hearing filed by Debtor BM318, LLC (RE: related document(s)70 Motion to sell property free and clear of liens under Section 363(f) Fee amount $188, Filed by Debtor BM318, LLC Objections due by 4/27/2021. (Attachments: # 1 Proposed Order)). Hearing to be held on 4/29/2021 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 70, (Lindauer, Joyce) |
| 04/12/2021 | 73 (2 pgs) Notice of hearing/*Notice of Rescheduled Hearing on Confirmation of Plan of Reorganization* filed by Debtor BM318, LLC (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).). Confirmation hearing to be held on 5/12/2021 at 01:30 PM at https://us-courts.webex.com/meet/mullin. (Lindauer, Joyce) |
| 04/22/2021 | 74 (11 pgs; 2 docs) Objection to (related document(s): 70 Motion to sell property free and clear of liens under Section 363(f) Fee amount $188, filed by Debtor BM318, LLC) filed by Debtor Citizens Bank |

| | |
|---|---|
| | (Attachments: # 1 Mail Matrix) (Ritcheson, Scott) MODIFIED to correct filed by party on 4/27/2021 (Calfee, J.). |
| 04/26/2021 | 75 (66 pgs; 4 docs) Witness and Exhibit List filed by Debtor BM318, LLC (RE: related document(s)70 Motion to sell property free and clear of liens under Section 363(f) Fee amount $188,). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Lindauer, Joyce) |
| 04/27/2021 | 76 (4 pgs) Objection to (related document(s): 70 Motion to sell property free and clear of liens under Section 363(f) Fee amount $188, filed by Debtor BM318, LLC) filed by Creditor Parker CAD. (Spindler, Laurie) |
| 04/28/2021 | 77 (8 pgs) Debtor-in-possession monthly operating report for filing period March 1, 2021 to March 31, 2021 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 04/29/2021 | 78 (10 pgs) Agreed Order granting motion to sell (related document # 70) Entered on 4/29/2021. (Chambers, Deanna) |
| 05/05/2021 | 79 (6 pgs) Modified chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)39 Chapter 11 plan). (Lindauer, Joyce) |
| 05/05/2021 | 80 (7 pgs) Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)56 Disclosure statement). (Lindauer, Joyce) |
| 05/07/2021 | 81 (178 pgs; 8 docs) Witness and Exhibit List filed by Debtor BM318, LLC (RE: related document(s)39 Chapter 11 plan). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7) (Lindauer, Joyce) |
| 05/10/2021 | 82 (16 pgs) Amended Schedules: A/B, with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 05/10/2021 | 83 (7 pgs) Amended Schedules: E/F, with Summary of Assets and Liabilities (Adding additional creditor or creditors) fee Amount $32 (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 05/10/2021 | Receipt of filing fee for Schedules(20-42789-mxm11) [misc,schedall] ( 32.00). Receipt number 28700422, amount $ 32.00 (re: Doc# 83). (U.S. Treasury) |
| 05/10/2021 | 85 (4 pgs) Notice *of Comment Regarding Confirmation of Amended Plan* filed by Creditor Citizens Bank (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan)., 79 Modified chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)39 Chapter 11 plan).). (Ritcheson, Scott) |
| 05/11/2021 | 86 (2 pgs) Witness and Exhibit List filed by Interested Party Dixon Water Foundation (RE: related document(s)39 Chapter 11 plan, 79 Chapter 11 plan). (Perry, Deborah) |
| 05/11/2021 | 87 (6 pgs) Objection to confirmation of plan (RE: related document(s)39 Chapter 11 plan, 79 Chapter 11 plan) filed by Interested Party Dixon Water Foundation. (Perry, Deborah) |
| 05/11/2021 | 88 (2 pgs) Modified chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)39 Chapter 11 plan). (Lindauer, Joyce) |
| 05/11/2021 | 89 (3 pgs) Chapter 11 ballot summary filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 05/12/2021 | 90 (3 pgs) Expedited Motion to continue hearing on (related documents 39 Chapter 11 plan, 79 Chapter 11 plan, 88 Chapter 11 plan) Filed by Interested Party Dixon Water Foundation (Perry, Deborah) |

| | |
|---|---|
| 05/12/2021 | 91 (3 pgs) Motion for expedited hearing(related documents 90 Motion to continue) Filed by Interested Party Dixon Water Foundation (Perry, Deborah) |
| 05/12/2021 | 92 Hearing set - expedited request granted (RE: related document(s)90 Expedited Motion to continue hearing on (related documents 39 Chapter 11 plan, 79 Chapter 11 plan, 88 Chapter 11 plan) Filed by Interested Party Dixon Water Foundation) Hearing to be held on 5/12/2021 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 90, (Calfee, J.) |
| 05/12/2021 | 93 (9 pgs) Amended Schedules: A/B, with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 05/12/2021 | 94 (4 pgs) Objection to (related document(s): 90 Expedited Motion to continue hearing on (related documents 39 Chapter 11 plan, 79 Chapter 11 plan, 88 Chapter 11 plan) filed by Interested Party Dixon Water Foundation) filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 05/12/2021 | 95 (2 pgs) Notice of hearing filed by Interested Party Dixon Water Foundation (RE: related document(s)90 Expedited Motion to continue hearing on (related documents 39 Chapter 11 plan, 79 Chapter 11 plan, 88 Chapter 11 plan) Filed by Interested Party Dixon Water Foundation). Hearing to be held on 5/12/2021 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 90, (Perry, Deborah) |
| 05/12/2021 | 97 Hearing held on 5/12/2021. (RE: related document(s)90 Expedited Motion to continue hearing on (related documents 39 Chapter 11 plan, 79 Chapter 11 plan, 88 Chapter 11 plan) Filed by Interested Party Dixon Water Foundation) ***GRANTED*** (Rueter, Karyn) |
| 05/12/2021 | 98 Hearing reset (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).) Confirmation hearing to be held on 5/26/2021 at 09:30 AM at https://us-courts.webex.com/meet/mullin. (Rueter, Karyn) |
| 05/25/2021 | 99 (2 pgs) Withdrawal *of Second Modification to Debtor's First Amended Plan of Reorganization* filed by Debtor BM318, LLC (RE: related document(s)88 Chapter 11 plan). (Lindauer, Joyce) |
| 05/25/2021 | 100 (4 pgs) Third Modified to debtor's first amended chapter 11 plan of reorganization filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan). (Lindauer, Joyce) Modified on 5/25/2021 (Cumby, C). |
| 05/26/2021 | 101 Hearing held on 5/26/2021. (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).) ***CONFIRMED*** (Rueter, Karyn) |
| 05/26/2021 | 102 (1 pg) Court admitted exhibits date of hearing 5/26/2021 (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).) (Rueter, Karyn) |
| 05/28/2021 | 103 (8 pgs) Debtor-in-possession monthly operating report for filing period April 1, 2021 to April 30, 2021 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 06/21/2021 | 104 (8 pgs) Chapter 11 Monthly Operating Report for the Month Ending: 05/31/2021 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 07/30/2021 | 105 (4 pgs) Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2021 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 08/02/2021 | 106 (3 pgs) Order confirming chapter 11 plan (RE: related document(s)36 Chapter 11 plan filed by Debtor BM318, LLC, 100 Chapter 11 plan filed by Debtor BM318, LLC). Entered on 8/2/2021 (Chambers, Deanna) |

| | |
|---|---|
| 08/04/2021 | 107 (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)106 Order confirming chapter 11 plan (RE: related document(s)36 Chapter 11 plan filed by Debtor BM318, LLC, 100 Chapter 11 plan filed by Debtor BM318, LLC). Entered on 8/2/2021) No. of Notices: 1. Notice Date 08/04/2021. (Admin.) |
| 08/10/2021 | 108 (9 pgs) Adversary case 21-04051. Complaint by BM318, LLC against The Dixon Water Foundation. Fee Amount $350. Nature(s) of suit: 12 (Recovery of money/property - 547 preference). 13 (Recovery of money/property - 548 fraudulent transfer). 14 (Recovery of money/property - other). (Lindauer, Joyce) |
| 11/19/2021 | 109 (3 pgs) Chapter 11 Post-Confirmation Report for the Quarter Ending: 09/30/2021 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 01/18/2022 | 110 (20 pgs; 2 docs) Application for compensation for Joyce W. Lindauer, Debtor's Attorney, Period: 9/1/2020 to 8/2/2021, Fee: $50,701.25, Expenses: $2,457.16. Filed by Attorney Joyce W. Lindauer Objections due by 2/8/2022. (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 01/18/2022 | 111 (4 pgs) Notice of hearing filed by Debtor BM318, LLC (RE: related document(s)110 Application for compensation for Joyce W. Lindauer, Debtor's Attorney, Period: 9/1/2020 to 8/2/2021, Fee: $50,701.25, Expenses: $2,457.16. Filed by Attorney Joyce W. Lindauer Objections due by 2/8/2022. (Attachments: # 1 Proposed Order)). Hearing to be held on 2/24/2022 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 110, (Lindauer, Joyce) |
| 01/27/2022 | 112 (10 pgs) Chapter 11 Post-Confirmation Report for the Quarter Ending: 12/31/2021 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 02/04/2022 | 113 (10 pgs) Objection to (related document(s): 110 Application for compensation for Joyce W. Lindauer, Debtor's Attorney, Period: 9/1/2020 to 8/2/2021, Fee: $50,701.25, Expenses: $2,457.16. filed by Debtor BM318, LLC) filed by U.S. Trustee United States Trustee. (Young, Elizabeth) |
| 02/07/2022 | 114 (6 pgs; 2 docs) Motion to extend time to File Fee Application of Debtor's Counsel (RE: related document(s)110 Application for compensation) Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 02/07/2022 | 115 (4 pgs; 2 docs) Motion for expedited hearing(related documents 114 Motion to extend/shorten time) Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 02/09/2022 | 116 (2 pgs) Order granting motion for expedited hearing (Related Doc# 115)(document set for hearing: 114 Motion to extend/shorten time) Hearing to be held on 2/24/2022 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 114, Entered on 2/9/2022. (Chambers, Deanna) |
| 02/10/2022 | 117 (3 pgs) Notice of Appearance and Request for Notice *for Khudabuksh Walji* by Joyce W. Lindauer filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 02/10/2022 | 118 (4 pgs) Support/supplemental document*Supplement to the United States Trustees Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtors Counsel* filed by U.S. Trustee United States Trustee (RE: related document(s)113 Objection). (Young, Elizabeth) |
| 02/16/2022 | 119 (7 pgs) Objection to (related document(s): 114 Motion to extend time to File Fee Application of Debtor's Counsel (RE: related document(s)110 Application for compensation) filed by Debtor BM318, LLC) filed by U.S. Trustee United States Trustee. (Young, Elizabeth) |
| 02/16/2022 | 120 (15 pgs) Support/supplemental document*/Revised Exhibit "A" to First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel* filed by Debtor BM318, LLC (RE: related document(s)110 Application for compensation for Joyce W. Lindauer, Debtor's Attorney, Period: 9/1/2020 to 8/2/2021, Fee: $50,701.25, Expenses: $2,457.16.). (Lindauer, Joyce) |

| | |
|---|---|
| 02/18/2022 | 121 (121 pgs; 14 docs) Witness and Exhibit List filed by U.S. Trustee United States Trustee (RE: related document(s)113 Objection, 119 Objection). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M) (Young, Elizabeth) |
| 02/18/2022 | 122 (5 pgs) Response opposed to (related document(s): 119 Objection filed by U.S. Trustee United States Trustee) filed by Attorney Joyce Lindauer. (Lindauer, Joyce) |
| 02/18/2022 | 123 (25 pgs) Response opposed to (related document(s): 113 Objection filed by U.S. Trustee United States Trustee) filed by Attorney Joyce Lindauer. (Lindauer, Joyce) |
| 02/21/2022 | 124 (5 pgs) Notice of Appearance and Request for Notice by Frances Anne Smith filed by Interested Party Joyce W. Lindauer Attorney, PLLC. (Smith, Frances) |
| 02/21/2022 | 125 (171 pgs; 19 docs) Witness and Exhibit List filed by Interested Party Joyce W. Lindauer Attorney, PLLC (RE: related document(s)110 Application for compensation for Joyce W. Lindauer, Debtor's Attorney, Period: 9/1/2020 to 8/2/2021, Fee: $50,701.25, Expenses: $2,457.16.). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18) (Smith, Frances) |
| 02/21/2022 | 126 (3 pgs) Amended Witness List filed by Interested Party Joyce W. Lindauer Attorney, PLLC (RE: related document(s)125 List (witness/exhibit/generic)). (Smith, Frances) |
| 02/22/2022 | 127 (5 pgs; 2 docs) Notice of hearing filed by Interested Party Joyce W. Lindauer Attorney, PLLC (RE: related document(s)110 Application for compensation for Joyce W. Lindauer, Debtor's Attorney, Period: 9/1/2020 to 8/2/2021, Fee: $50,701.25, Expenses: $2,457.16. Filed by Attorney Joyce W. Lindauer Objections due by 2/8/2022. (Attachments: # 1 Proposed Order), 114 Motion to extend time to File Fee Application of Debtor's Counsel (RE: related document(s)110 Application for compensation) Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order)). Hearing to be held on 3/31/2022 at 02:30 PM at https://us-courts.webex.com/meet/mullin for 110 and for 114, (Attachments: # 1 Exhibit A) (Smith, Frances) |
| 03/28/2022 | 128 (165 pgs; 18 docs) Witness and Exhibit List filed by Interested Party Joyce W. Lindauer Attorney, PLLC (RE: related document(s)110 Application for compensation for Joyce W. Lindauer, Debtor's Attorney, Period: 9/1/2020 to 8/2/2021, Fee: $50,701.25, Expenses: $2,457.16., 114 Motion to extend time to File Fee Application of Debtor's Counsel (RE: related document(s)110 Application for compensation)). (Attachments: # 1 Exhibit 1 - Docket Sheet # 2 Exhibit 3 - Disclosure of Compensation # 3 Exhibit 4 - Order Granting Application to Employ # 4 Exhibit 5 - First Amended Plan # 5 Exhibit 6 - Order Confirming First Amended Plan # 6 Exhibit 7 - Fee Application # 7 Exhibit 8 - UST Objection to Fee Application # 8 Exhibit 9 - Motion to Extend Time to File Fee Application # 9 Exhibit 10 - Supplement to Objection to Fee Application # 10 Exhibit 11 - Objection to Motion to Extend Deadline # 11 Exhibit 12 - Revised Exhibit A to Fee Application # 12 Exhibit 13 - Response to Objection to Motion to Extend Deadline # 13 Exhibit 14 - Response to Objection to Fee Application # 14 Exhibit 15 - Joyce W. Lindauer Attorney PLLC Website # 15 Exhibit 16 - Geilich Fees all Chapter 11 Cases # 16 Exhibit 17 - Geilich State Bar Bio # 17 Exhibit 2 - Application to Employ) (Smith, Frances) |
| 03/30/2022 | 129 (2 pgs) Amended Witness List *amending Witness List only to add Timothy Barton* filed by Interested Party Joyce W. Lindauer Attorney, PLLC (RE: related document(s)128 List (witness/exhibit/generic)). (Smith, Frances) |
| 03/31/2022 | 130 (27 pgs; 3 docs) Notice *of Filing of Amended Exhibits for Hearing Scheduled for March 31, 2022* filed by Interested Party Joyce W. Lindauer Attorney, PLLC (RE: related document(s)128 Witness and Exhibit List filed by Interested Party Joyce W. Lindauer Attorney, PLLC (RE: related document(s)110 Application for compensation for Joyce W. Lindauer, Debtor's Attorney, Period: 9/1/2020 to 8/2/2021, Fee: $50,701.25, Expenses: $2,457.16., 114 Motion to extend time to File Fee Application of Debtor's Counsel (RE: related document(s)110 Application for compensation)). (Attachments: # 1 Exhibit 1 - |

| | |
|---|---|
| | Docket Sheet # 2 Exhibit 3 - Disclosure of Compensation # 3 Exhibit 4 - Order Granting Application to Employ # 4 Exhibit 5 - First Amended Plan # 5 Exhibit 6 - Order Confirming First Amended Plan # 6 Exhibit 7 - Fee Application # 7 Exhibit 8 - UST Objection to Fee Application # 8 Exhibit 9 - Motion to Extend Time to File Fee Application # 9 Exhibit 10 - Supplement to Objection to Fee Application # 10 Exhibit 11 - Objection to Motion to Extend Deadline # 11 Exhibit 12 - Revised Exhibit A to Fee Application # 12 Exhibit 13 - Response to Objection to Motion to Extend Deadline # 13 Exhibit 14 - Response to Objection to Fee Application # 14 Exhibit 15 - Joyce W. Lindauer Attorney PLLC Website # 15 Exhibit 16 - Geilich Fees all Chapter 11 Cases # 16 Exhibit 17 - Geilich State Bar Bio # 17 Exhibit 2 - Application to Employ)). (Attachments: # 1 Amended Exhibit 5 # 2 Amended Exhibit 16) (Smith, Frances) |
| 03/31/2022 | 131 Hearing held on 3/31/2022. (RE: related document(s)114 Motion to extend time to File Fee Application of Debtor's Counsel (RE: related document(s)110 Application for compensation) Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order)) ***GRANTED*** (Almaraz, Jeanette) (Entered: 04/01/2022) |
| 03/31/2022 | 132 Hearing held on 3/31/2022. (RE: related document(s)110 Application for compensation for Joyce W. Lindauer, Debtor's Attorney, Period: 9/1/2020 to 8/2/2021, Fee: $50,701.25, Expenses: $2,457.16. Filed by Attorney Joyce W. Lindauer Objections due by 2/8/2022. (Attachments: # 1 Proposed Order)) ***GRANTED IN PART, DENIED IN PART*** (Almaraz, Jeanette) (Entered: 04/01/2022) |
| 03/31/2022 | 133 (1 pg) Court admitted exhibits date of hearing 3/31/2022 (RE: related document(s)110 Application for compensation for Joyce W. Lindauer, Debtor's Attorney, Period: 9/1/2020 to 8/2/2021, Fee: $50,701.25, Expenses: $2,457.16. Filed by Attorney Joyce W. Lindauer Objections due by 2/8/2022. (Attachments: # 1 Proposed Order), 114 Motion to extend time to File Fee Application of Debtor's Counsel (RE: related document(s)110 Application for compensation) Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order)) (Almaraz, Jeanette) (Entered: 04/01/2022) |
| 04/05/2022 | 134 (2 pgs) Order granting 114 Motion to extend time for Debtor's Counsel to file Fee Application to January 18, 2022. Entered on 4/5/2022. (Chambers, Deanna) |
| 04/05/2022 | 135 (2 pgs) Order granting in part, denying in part application for compensation (related document # 110) granting in part, denying in part for Joyce W. Lindauer, fees awarded: $31869.25, expenses awarded: $2457.16 Entered on 4/5/2022. (Chambers, Deanna) |
| 05/03/2022 | 136 (3 pgs) Chapter 11 Post-Confirmation Report for the Quarter Ending: 03/31/2022 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 05/31/2022 | 137 (10 pgs) Amended Chapter 11 Post-Confirmation Report for the Quarter Ending: 03/31/2022 filed by Debtor BM318, LLC (RE: related document(s)136 Chapter 11 Post-Confirmation Report). (Lindauer, Joyce) |

## PACER Service Center

### Transaction Receipt

| | | | |
|---|---|---|---|
| 06/24/2022 14:34:31 | | | |
| **PACER Login:** | fors3080b | **Client Code:** | 1059 |
| **Description:** | Docket Report | **Search Criteria:** | 20-42789-mxm11 Fil or Ent: filed From: 7/1/2020 To: 6/24/2022 Doc From: 0 Doc To: 99999999 Term: |

| | | | |
|---|---|---|---|
| | | | included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |