Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**SECOND MODIFICATION TO DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**

COMES NOW BM318, LLC, the debtor herein ("Debtor"), and files this its Second Modification to the *Debtor's First Amended Plan of Reorganization* filed on November 19, 2020 (Doc. No. 39, the "Plan"), as modified by *the First Modification to the Debtor's First Amended Plan of Reorganization* (Doc. No. 79, the "First Modification") and would show as follows:

**Contingent Claims of Dixon Water Foundation**

The Contingent Claims of Dixon Water Foundation ("Dixon") that may arise in the event the Debtor prevails on the causes of action against Dixon described in Section 8.01 of the Plan. Should this occur, the real property transferred by the Debtor to Dixon prior to the Petition Date may be returned to the Debtor subject to the rights and claims of Dixon. In this event, the Debtor will immediately list all or part of said real property for sale in an amount at least sufficient to satisfy the claims of Dixon and shall pay the Claims, if any, in full upon the closing of said sale. Dixon was a prior lender of the Debtor and if the property is returned its claims will bear interest as provided in its loan documents as well as fees and costs as permitted by it loan documents and the Court. Dixon shall retain all valid liens it may have until its claims are paid in full.

Dated: May 11, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St. Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2021, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Robert W. Buchholz on behalf of Creditor Citizens Bank
bob@attorneybob.com

Robert W. Buchholz on behalf of Creditor Southern Star Capital, LLC
bob@attorneybob.com

Joyce W. Lindauer on behalf of Debtor BM318, LLC
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Deborah M. Perry on behalf of Interested Party Dixon Water Foundation
dperry@munsch.com

Scott A. Ritcheson on behalf of Creditor Citizens Bank
scottr@rllawfirm.net, mistyb@rllawfirm.net

Laurie A. Spindler on behalf of Creditor Parker CAD
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer