Kimberly P. Harris
Texas Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
Texas Bar No. 24058104
jshepherd@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
FORSHEY PROSTOK, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**CO-COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **BM318, LLC** | § | **Case No. 20-42789-mxm** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **BM318** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **Adv. Proc. No. 21-04051-mxm** |
| **THE DIXON WATER FOUNDATION,** | § | |
| | § | |
| **Defendant,** | § | |
| | § | |
| **LUMAR LAND & CATTLE, LLC** | § | |
| | § | |
| **Plaintiff-In-Intervention.** | § | |
| | § | |

**CERTIFICATE OF NO OBJECTION**

I hereby certify that the *Motion of Plaintiff-in-Intervention Lumar Land & Cattle, LLC for Leave to Amend (1) its Original Complaint in Intervention for Declaratory Judgment, and (2) its Original Answer to Counterclaims* [Dkt. No. 54] (the "Motion") was filed on June 3, 2022. The deadline to object to the Motion was June 24, 2022. As of today's date, no responses or objections

to the Motion have been filed or received.

Dated: July 1, 2022

Respectfully submitted,

*/s/ Joshua L. Shepherd*
KIMBERLY P. HARRIS
State Bar No. 24002234
kharris@qslwm.com
JOSHUA L. SHEPHERD
State Bar No. 24058104
jshepherd@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**- And -**

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
**FORSHEY PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**CO-COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**