CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 5, 2022**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| BM318 | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Adv. Proc. No. 21-04051-mxm |
| THE DIXON WATER FOUNDATION, | § | |
| | § | |
| Defendant, | § | |
| | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| | § | |
| Plaintiff-In-Intervention. | § | |

**ORDER GRANTING LEAVE TO AMEND**

Came on for consideration the *Motion for Leave to Amend (1) Its Original Complaint in Intervention for Declaratory Judgment, and (2) Its Original Answer to Counterclaims* [Adv. Dkt. No. 54] (the "Motion") filed by Lumar Land & Cattle, LLC ("Lumar"). The Court, having considered the Motion, and after due deliberation and sufficient cause appearing threrefor, hereby is of the opinion that justice requires that leave to amend be GRANTED. It is hereby,

ORDERED, ADJUDGED AND DECREED that

1. The Motion shall be and is hereby GRANTED.

2. Lumar is hereby authorized to file the Amended Complaint and the Amended Answer attached to the Motion.

# # # END OF ORDER # # #