BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: BM318, LLC et al v. The Dixon Water Foundation et al | Motion for leave to amend complaint (50) | Case # 21−04051−mxm |
| DEBTOR | **TYPE OF HEARING** | |

| | | |
|---|---|---|
| BM318, LLC | ***VS*** | The Dixon Water Foundation and Lumar Land & Cattle, LLC |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| Joyce W. Lindauer | | Deborah M. Perry for The Dixon Water Foundation and Bobby Forshey for Lumar Land & Cattle, LLC |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

Dixon Exhibit: F. E−mail from Robert Potts, dated 1/28/20221

Dixon Exhibit: G. Special Warranty Deed (202116538)

Lumar: Exhibit: 19. E−mail from Robert Potts, dated 1/28/20221

| | | |
|---|---|---|
| Jennifer Calfee | June 30, 2022 | Mark X. Mullin |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |