Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

***Attorneys for The Dixon Water Foundation***

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | Case No. 20-42789-mxm11<br>Chapter 11 |
| BM318, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. No. 21-04051 |

**THE DIXON WATER FOUNDATION'S MOTION FOR**
**<u>EXPEDITED HEARING AND RESPONSE DEADLINE</u>**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, The Dixon Water Foundation, a Texas non-profit corporation and the defendant in this adversary proceeding ("<u>Dixon</u>"), and files this, its *Motion for Expedited Hearing and Response Deadline* (the "<u>Motion to Expedite</u>"), and in support of this Motion to Expedite would respectfully show the Court as follows:

1. Plaintiff BM318, LLC ("BM318" or the "Debtor") sued Dixon to unwind an approximately $27.5 million real property transaction. This is not a small or insignificant case where limited discovery will suffice. Dixon served the Debtor with interrogatories and requests for production almost eight months ago. The Debtor responded with every conceivable objection and insufficient document production. After numerous unsuccessful attempts to convince the Debtor to fulfill its discovery obligations, Dixon must unfortunately seek this Court's aid.

2. The Debtor refuses to produce fulsome discovery about the property's value and its own solvency. The Debtor continues to hide behind invalid objections such as "vague and ambiguous" without sufficient explanation. The Debtor refuses to produce electronically stored information in native format. The unmeritorious objections go on and on. Accordingly, on July 15, 2022, Dixon filed its *Expedited Motion to Compel Written Discovery Responses and Production of Documents* (the "Motion to Compel").

3. Under the *Third Amended Agreed Scheduling Order* [Dkt. No. 48], the deadline to complete fact discovery is August 5, 2022, and trial begins November 14, 2022. Given this approaching deadline, Dixon requests that the Court set the Motion to Compel for hearing during the week of July 25, 2022 and set a deadline for the Debtor to respond to the Motion to Compel no later than forty-eight hours before the hearing on the Motion to Compel.

WHEREFORE, PREMISES CONSIDERED, Dixon respectfully requests that the Court enter an order granting this Motion and providing Dixon such other and further relief to which it may be justly entitled at law or in equity.

RESPECTFULLY SUBMITTED this 15th day of July, 2022.

**MUNSCH HARDT KOPF & HARR, P.C.**

/s/ *Julian P. Vasek*
Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

***Attorneys for The Dixon Water Foundation***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, on July 15, 2022 she conferred with Joyce Lindauer, counsel for the Debtor regarding the relief requested in this Motion and Ms. Lindauer indicated that the Debtor is opposed to the relief requested herein.

/s/ *Deborah M. Perry*
Deborah M. Perry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 15th day of July, 2022, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on the Debtor through Joyce Lindauer, Esq., counsel of record.

/s/ *Julian P. Vasek*
Julian P. Vasek