CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 19, 2022**

Mark X. Mullin
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | Case No. 20-42789-mxm11<br>Chapter 11 |
| BM318, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. No. 21-04051 |

## ORDER GRANTING THE DIXON WATER FOUNDATION'S MOTION FOR EXPEDITED HEARING AND RESPONSE DEADLINE

Before the Court is the *Motion for Expedited Hearing and Response Deadline* (the "Motion to Expedite"), filed by The Dixon Water Foundation, a Texas non-profit corporation and the

defendant in this adversary proceeding ("Dixon"). Having considered the relief requested in the Motion to Expedite, it is hereby—

ORDERED that the Motion to Expedite is GRANTED; and the *Expedited Motion to Compel Written Discovery Responses and Production of Documents* (the "Motion to Compel") is set for hearing on July 27, 2022 at 1:30 p.m.; it is further—

ORDERED that parties may attend such hearing either in person or remotely via WebEx; and it is further—

ORDERED that the deadline for BM318, LLC to respond to the Motion to Compel is July 25, 2022 at 1:30 p.m.

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 474 603 746

### End of Order ###

Submitted by:

Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: jvasek@munsch.com

***Counsel for The Dixon Water Foundation***