Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

***Attorneys for The Dixon Water Foundation***

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | Case No. 20-42789-mxm11<br>Chapter 11 |
| BM318, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. No. 21-04051 |

**<u>WITNESS AND EXHIBIT LIST</u>**

COMES NOW, The Dixon Water Foundation, a Texas non-profit corporation and the defendant in this adversary proceeding and lists the following exhibits for the hearing on its *Motion to Compel Written Discovery Responses and Production of Documents*:

**A. Witnesses**

1. Any witness necessary for impeachment or rebuttal; and

2. Any witness listed or called by any other party.

**B. Exhibits**

1. The following exhibits listed in the *Appendix in Support of The Dixon Water Foundation's Motion to Compel Written Discovery Responses and Production of Documents* (Dkt. No. 76-1):

| No. | Description | Appx. |
|---|---|---|
| 1 | Deed in Escrow Agreement | 1 |
| 2 | Special Warranty Deed | 45 |
| 3 | Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 548 and 550 | 59 |
| 4 | Defendant, The Dixon Water Foundation's Answer and Affirmative Defenses to Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 548 and 550 | 68 |
| 5 | Original Answer to Defendant's Counterclaims | 83 |
| 6 | Motion to Intervene and Brief in Support | 88 |
| 7 | Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Original Complaint in Intervention for Declaratory Relief | 103 |
| 8 | Plaintiff's Original Answer to Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Original Complaint in Intervention for Declaratory Judgment and Counterclaims Against Intervenor | 111 |
| 9 | Plaintiff-in-Intervention's Answer to Plaintiff's Counterclaims | 135 |
| 10 | Plaintiff-in-Intervention's First Amended Answer to Plaintiff's Counterclaims | 148 |
| 11 | Defendant The Dixon Water Foundation's First Set of Interrogatories to Plaintiff BM318, LLC | 161 |
| 12 | Defendant The Dixon Water Foundation's First Requests for Production of Documents and Other Items to Plaintiff BM318, LLC | 170 |
| 13 | BM318, LLC's Objections and Responses to Defendant The Dixon Water Foundation's (1) First Set of Interrogatories and (2) First Requests for Production of Documents and Other Items | 184 |
| 14 | January 21, 2022 Letter from Deborah Perry to Joyce Lindauer | 210 |
| 15 | February 3, 2022 Letter from Joyce Lindauer to Deborah Perry | 227 |
| 16 | June 24, 2022 Letter from Deborah Perry to Joyce Lindauer | 238 |

| No. | Description | Appx. |
|---|---|---|
| 17 | Email Correspondence Between Joyce W. Lindauer, Attorney, PLLC and Deborah Perry | 244 |
| 18 | July 15, 2022 Letter from Joyce Lindauer to Deborah Perry | 246 |

2. Any exhibit necessary for impeachment or rebuttal; and

3. Any exhibit listed or offered by any other party.

RESPECTFULLY SUBMITTED this 26th day of July, 2022.

**MUNSCH HARDT KOPF & HARR, P.C.**

/s/ *Julian P. Vasek*

Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

***Attorneys for The Dixon Water Foundation***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 26th day of July, 2022, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on the Debtor through Joyce Lindauer, Esq., counsel of record.

/s/ *Julian P. Vasek*
Julian P. Vasek