Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR/PLAINTIFF

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| **BM318, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-04051** |
| | § | |
| **DIXON WATER FOUNDATION,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

Comes now BM318, LLC, Plaintiff in the above-styled and numbered adversary case ("Plaintiff"), and files this its Witness and Exhibit List for the hearing scheduled on July 27, 2022, concerning Defendant's *Expedited Motion to Compel Written Discovery Responses and Production of Documents* [Dkt. No. 76].

**Witnesses**

At the hearing, the Plaintiff may call the following persons to testify as witnesses:

1. Tim Barton
2. Khudabuksh Walji
3. Larry Martin
4. Vance McMurry

5. Any witness designated by any other party

**Exhibits**

At the hearing the Plaintiff may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |
| 2 | BM318, LLC's Objections and Responses to Defendant The Dixon Water Foundation's (1) First Set of Interrogatories and (2) First Requests for Production of Documents and Other Items (dated January 7, 2022) | | |
| 3 | Deborah M. Perry Letter to Joyce W. Lindauer re: BM318, LLC's Objections and Responses to the Dixon Water Foundation's Interrogatories and Requests for Production (dated January 21, 2022) | | |
| 4 | Joyce W. Lindauer's Letter to Deborah M. Perry re: BM318, LLC's Objections and Responses to Defendant The Dixon Water Foundation's (1) First Set of Interrogatories and (2) First Requests for Production of Documents and Other Items (collectively, "Discovery Requests") (dated February 3, 2022) | | |
| 5 | Deborah M. Perry Letter to Joyce W. Lindauer re: BM318, LLC's Objections and Responses to the Dixon Water Foundation's Interrogatories and Requests for Production (dated June 24, 2022) | | |
| 6 | Joyce W. Lindauer's Letter to Deborah M. Perry re: BM318, LLC's Objections and Responses to Defendant The Dixon Water Foundation's (1) First Set of Interrogatories and (2) First Requests for Production of Documents and Other Items (collectively, "Discovery Requests") (dated July 15, 2022) | | |
| 7 | The Dixon Water Foundation's Expedited Motion to Compel Written Discovery Responses and Production of Documents [Dkt. No. 76] | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 8 | Response and Objection to Dixon Water Foundation's Expedited Motion to Compel Written Discovery Responses and Production of Documents [Dkt. No. 85] | | |
| | Any exhibits necessary for impeachment or rebuttal | | |
| | Any exhibits identified by any other party | | |

Plaintiff reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Plaintiff further reserves the right to supplement this list prior to the hearing.

Dated: July 26, 2022.

Respectfully Submitted

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR/PLAINTIFF
BM318, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic notice in this case listed below.

J. Robert Forshey on behalf of Intervenor-Plaintiff Lumar Land & Cattle, LLC
bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Kimberly Paige Harris on behalf of Intervenor-Plaintiff Lumar Land & Cattle, LLC
kharris@qslwm.com, kdepasquale@qslwm.com

Joyce W. Lindauer on behalf of Plaintiff BM318, LLC
joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com

Jay Ong on behalf of Defendant The Dixon Water Foundation
jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Deborah M. Perry on behalf of Counter-Claimant The Dixon Water Foundation
dperry@munsch.com

Deborah M. Perry on behalf of Defendant The Dixon Water Foundation
dperry@munsch.com

Joshua Lee Shepherd on behalf of Intervenor-Plaintiff Lumar Land & Cattle, LLC
jshepherd@qslwm.com, dcruz@qslwm.com

Julian Preston Vasek on behalf of Counter-Claimant The Dixon Water Foundation
jvasek@munsch.com

Julian Preston Vasek on behalf of Defendant The Dixon Water Foundation
jvasek@munsch.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer