# 4:21ap4051, BM318, LLC et al v. The Dixon Water Foundation et al

US Bankruptcy Court for the Northern District of Texas Docket

US Bankruptcy Courts Adversary Proceeding - Texas Northern

(Ft. Worth)

**This case was retrieved on 07/26/2022**

## Header

**Case Number:** 4:21ap4051
**Date Filed:** 08/10/2021
**Date Full Case Retrieved:** 07/26/2022
**Misc:** (12) Recovery of money/property - 547 preference; Chapter: 11
**Flags:** EXHIBITS
**Case Type:** Adversary
**Judge:** Mark X. Mullin
**Pending Status:**
**Date of Last Filing:** 07/26/2022
**Lead/Related BK Case:** 20-42789
**Lead/Related BK Title:** BM318, LLC

## Participants

| Litigants | Attorneys |
|---|---|
| BM318, LLC<br>13901 Midway Road Suite 102 Dallas, TX 75244 Added: 08/10/2021<br>**Counter-Claimant** | |
| BM318, LLC<br>13901 Midway Road Suite 102 Dallas, TX 75244 Added: 08/10/2021<br>**Counter-Defendant** | |
| BM318, LLC<br>13901 Midway Road Suite 102 Dallas, TX 75244 Added: 08/10/2021<br>**Plaintiff** | Joyce W. Lindauer<br>LEAD ATTORNEY<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street Suite 500<br>Dallas, TX 75202<br>**Phone:** (972) 503-4033<br>**Email:** joyce@joycelindauer.com<br>Plaintiff<br><br>Khudabuksh K Walji<br>Law Office of K. Walji<br>10701 Corporate Drive, Ste 350<br>Stafford, TX 77477<br>**Phone:** 281-401-9672<br>**Email:** k.walji@waljilaw.com<br>Plaintiff |
| Lumar Land & Cattle, LLC<br>c/o Quilling, Selander, Lownds, et al. Attn: Kimberly P. Harris 2001 Bryan Street Suite 1800 Dallas, TX 75201 2148712100 | |

**EXHIBIT "1"**

| Litigants | Attorneys |
|---|---|
| kharris@qslwm.com Added: 01/14/2022<br>**Counter-Defendant** | |
| Lumar Land & Cattle, LLC<br>c/o Quilling, Selander, Lownds, et al. Attn: Kimberly P. Harris 2001 Bryan Street Suite 1800 Dallas, TX 75201 2148712100 kharris@qslwm.com Added: 01/14/2022<br>**Intervenor-Plaintiff** | J. Robert Forshey<br>Forshey & Prostok, LLP<br>777 Main St., Suite 1550<br>Ft. Worth, TX 76102<br>**Phone:** 817-877-8855<br>**Email:** bforshey@forsheyprostok.com<br>Intervenor-Plaintiff<br><br>Kimberly Paige Harris<br>Quilling, Selander, Lownds, et al.<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>**Phone:** (214) 871-2100<br>**Email:** kharris@qslwm.com<br>Intervenor-Plaintiff<br><br>Joshua Lee Shepherd<br>Quilling, Selander, Lownds, Winslett & M<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>**Phone:** (214) 871-2100<br>**Email:** jshepherd@qslwm.com<br>Intervenor-Plaintiff |
| The Dixon Water Foundation<br>Added: 08/10/2021<br>**Counter-Claimant** | Deborah M. Perry<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza 500 North Akard Street<br>Dallas, TX 75201-6659<br>**Phone:** 214-855-7565<br>**Email:** dperry@munsch.com<br>Counter-Claimant<br><br>Julian Preston Vasek<br>Munsch Hardt Kopf & Harr P.C.<br>500 N. Akard Street Suite 3800<br>Dallas, TX 75201<br>**Phone:** 214-855-7500<br>**Email:** jvasek@munsch.com<br>Counter-Claimant |
| The Dixon Water Foundation<br>Added: 08/10/2021<br>**Defendant** | Jay Ong<br>Munsch Hardt Kopf & Harr, P.C.<br>1717 West 6th Street Suite 250<br>Austin, TX 78703<br>**Phone:** (512) 391-6124<br>**Email:** jong@munsch.com<br>Defendant<br><br>Deborah M. Perry<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza 500 North Akard Street<br>Dallas, TX 75201-6659<br>**Phone:** 214-855-7565<br>**Email:** dperry@munsch.com<br>Defendant<br><br>Julian Preston Vasek<br>Munsch Hardt Kopf & Harr P.C. |

## Litigants

## Attorneys

500 N. Akard Street Suite 3800
Dallas, TX 75201
**Phone:** 214-855-7500
**Email:** jvasek@munsch.com
Defendant

## Schedule

| Document No | Deadline/Hearing | Event Filed | Due/Set | Satisfied Date | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 1 | Answer due from The Dixon Water Foundation | 08/10/2021 | 09/10/2021 | 09/30/2021 | | |
| 1 | Answer due from The Dixon Water Foundation | 08/10/2021 | 09/10/2021 | 09/30/2021 | | |
| 1 | Trial Docket Call Set date | 08/10/2021 | 01/27/2022 at 09:00 AM | | 09/27/2021 | Mullin, Mark X. |
| 14 | Evidentiary Hearing | 01/14/2022 | 02/10/2022 at 01:30 PM | | 02/10/2022 | Mullin, Mark X. |
| 21 | Evidentiary Hearing | 02/07/2022 | 02/10/2022 at 01:30 PM | | 02/10/2022 | Mullin, Mark X. |
| 14 | 45 Day Motion Review Deadline | 01/14/2022 | 02/28/2022 | | 01/19/2022 | |
| 14 | 20 Day Motion Review Deadline | 01/14/2022 | 03/02/2022 | | 02/14/2022 | |
| 21 | 20 Day Motion Review Deadline | 02/07/2022 | 03/02/2022 | | 02/14/2022 | |
| 16 | 45 Day Motion Review Deadline | 01/27/2022 | 03/14/2022 | | 02/17/2022 | |
| 33 | Answer due from BM318, LLC | 02/16/2022 | 03/21/2022 | 03/21/2022 | | |
| 33 | Answer due from BM318, LLC | 02/16/2022 | 03/21/2022 | 03/21/2022 | | |
| 33 | Answer due from BM318, LLC | 02/16/2022 | 03/21/2022 | 03/21/2022 | | |
| 21 | 45 Day Motion Review Deadline | 02/07/2022 | 03/24/2022 | | 02/08/2022 | |
| 1 | Trial Docket Call Set date | 08/10/2021 | 04/28/2022 at 09:00 AM | | 02/17/2022 | Mullin, Mark X. |
| 44 | 45 Day Motion Review Deadline | 04/13/2022 | 05/31/2022 | | 04/14/2022 | |
| 50 | Objections Due | 05/09/2022 | 05/31/2022 | | 06/30/2022 | |
| 46 | 45 Day Motion Review Deadline | 04/20/2022 | 06/06/2022 | | 04/26/2022 | |
| 50 | Evidentiary Hearing | 05/09/2022 | 06/15/2022 at 02:30 PM | | 06/15/2022 | Mullin, Mark X. |
| 1 | Trial Docket Call Set date | 08/10/2021 | 06/23/2022 at 09:00 AM | | 04/26/2022 | Mullin, Mark X. |
| 50 | 45 Day Motion Review Deadline | 05/09/2022 | 06/23/2022 | | 05/23/2022 | |
| 50 | Hearing | 05/09/2022 | 06/30/2022 at 02:30 PM | | 06/30/2022 | Mullin, Mark X. |
| 50 | 20 Day Motion Review Deadline | 05/09/2022 | 07/05/2022 | | 06/30/2022 | |

| Document No | Deadline/Hearing | Event Filed | Due/Set | Satisfied Date | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 54 | 45 Day Motion Review Deadline | 06/03/2022 | 07/18/2022 | | 07/05/2022 | |
| 62 | Transcript Request Due | 06/16/2022 | 07/18/2022 | | 06/21/2022 | |
| 50 | 20 Day Motion Review Deadline | 05/09/2022 | 07/20/2022 | | | |
| 50 | Hearing | 05/09/2022 | 07/27/2022 at 01:30 PM | | | Mullin, Mark X. |
| 76 | Hearing | 07/15/2022 | 07/27/2022 at 01:30 PM | | | Mullin, Mark X. |
| 76 | Hearing | 07/15/2022 | 07/27/2022 at 01:30 PM | | 07/20/2022 | Mullin, Mark X. |
| 71 | Answer due from BM318, LLC | 07/07/2022 | 08/08/2022 | 07/22/2022 | | |
| 71 | Answer due from BM318, LLC | 07/07/2022 | 08/08/2022 | 07/22/2022 | | |
| 71 | Answer due from BM318, LLC | 07/07/2022 | 08/08/2022 | 07/22/2022 | | |
| 76 | 45 Day Motion Review Deadline | 07/15/2022 | 08/29/2022 | | 07/20/2022 | |
| 77 | 45 Day Motion Review Deadline | 07/15/2022 | 08/29/2022 | | 07/19/2022 | |
| 63 | Transcript Release | 06/21/2022 | 09/19/2022 | | | |
| 1 | Trial Docket Call Set date | 08/10/2021 | 10/27/2022 at 09:00 AM | | | Mullin, Mark X. |
| 1 | Trial Date Set | 08/10/2021 | 11/14/2022 at 09:30 AM | | | Mullin, Mark X. |

## Associated Cases

| Case | Associated Case | Type |
|---|---|---|
| 20-42789-mxm11 BM318, LLC | 21-04051-mxm BM318, LLC et al v. The Dixon Water Foundation et al | Adversary |

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 08/10/2021 | Adversary case 21-04051. Complaint by BM318, LLC against The Dixon Water Foundation. Fee Amount $350. Nature(s) of suit: 12 (Recovery of money/property - 547 preference). 13 (Recovery of money/property - 548 fraudulent transfer). 14 (Recovery of money/property - other). (Lindauer, Joyce) | |
| 2 | 08/10/2021 | Adversary proceeding cover sheet filed by Plaintiff BM318, LLC (RE: related document(s)1 Complaint). (Lindauer, Joyce) | |
| | 08/10/2021 | Receipt of filing fee for Complaint(21-04051-mxm) [cmp,cmp] ( 350.00). Receipt number 28908896, amount $ 350.00 (re: Doc# 1). (U.S. Treasury) | |
| 3 | 08/11/2021 | Scheduling order setting deadlines. Discovery and all exhibits except impeachment documents: 45 days prior to Docket Call, pre-trial order: 7 calendar days prior to Docket Call, proposed findings of fact and conclusions of law: 7 days prior to first scheduled docket call (RE: related document(s)1 Complaint filed by Plaintiff BM318, LLC). Trial Docket Call date set for 1/27/2022 | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 8/11/2021 (Calfee, J.) | |
| 4 | 08/11/2021 | Summons issued on The Dixon Water Foundation Answer Due 9/10/2021 (Calfee, J.) | |
| 5 | 08/12/2021 | Summons service executed on The Dixon Water Foundation 8/12/2021 (Lindauer, Joyce) | |
| 6 | 09/27/2021 | Agreed Scheduling Order (RE: related document(s)1 Complaint filed by Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 9/27/2021 (Chambers, Deanna) | |
| 7 | 09/29/2021 | BNC certificate of mailing - PDF document. (RE: related document(s)6 Agreed Scheduling Order (RE: related document(s)1 Complaint filed by Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 9/27/2021) No. of Notices: 2. Notice Date 09/29/2021. (Admin.) | |
| 8 | 09/30/2021 | Answer to complaint , Counterclaim by The Dixon Water Foundation against BM318, LLC filed by The Dixon Water Foundation. (Perry, Deborah) | |
| 9 | 10/22/2021 | Answer to counterclaim filed by BM318, LLC. (Lindauer, Joyce) | |
| 10 | 12/27/2021 | INCORRECT ENTRY. Amended Agreed Scheduling Order (RE: related document(s)6 Order to set hearing). Entered on 12/27/2021 (Almaraz, Jeanette) MODIFIED on 12/28/2021 (Almaraz, Jeanette). | |
| 11 | 12/27/2021 | Amended Agreed Scheduling Order setting hearing (RE: related document(s)1 Complaint filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 12/27/2021 (Almaraz, Jeanette) (Entered: 12/28/2021) | |
| 12 | 12/29/2021 | BNC certificate of mailing - PDF document. (RE: related document(s)10 INCORRECT ENTRY. Amended Agreed Scheduling Order (RE: related document(s)6 Order to set hearing). Entered on 12/27/2021 (Almaraz, Jeanette) MODIFIED on 12/28/2021 .) No. of Notices: 0. Notice Date 12/29/2021. (Admin.) | |
| 13 | 12/30/2021 | BNC certificate of mailing - PDF document. (RE: related document(s)11 Amended Agreed Scheduling Order setting hearing (RE: related document(s)1 Complaint filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Trial Docket Call date set for 4/28/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 12/27/2021) No. of Notices: 0. Notice Date 12/30/2021. (Admin.) | |
| 14 | 01/14/2022 | Motion to intervene and Brief in Support filed by Interested Party Lumar Land & Cattle, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order) (Harris, Kimberly) | |
| 15 | 01/19/2022 | Notice of hearing filed by Interested Party Lumar Land & Cattle, LLC (RE: related document(s)14 Motion to intervene filed by Interested Party Lumar Land & Cattle, LLC). Hearing to be held on 2/10/2022 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 14, (Shepherd, Joshua) | |
| 16 | 01/27/2022 | Agreed Motion to continue hearing on (related documents 1 Complaint)(Joint Agreed Motion for Entry of Second Amended Agreed Scheduling Order) filed by Defendant The Dixon Water Foundation (Attachments: # 1 Proposed Order) (Perry, Deborah) | |
| 17 | 01/28/2022 | Objection to (related document(s): 14 Motion to intervene and Brief in Support filed by Interested Party Lumar Land & Cattle, LLC) filed by Plaintiff BM318, LLC. (Lindauer, Joyce) | |
| 18 | 02/07/2022 | Witness and Exhibit List filed by Interested Party Lumar Land & | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Cattle, LLC (RE: related document(s)14 Motion to intervene and Brief in Support). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Shepherd, Joshua) | |
| 19 | 02/07/2022 | Witness and Exhibit List filed by Defendant The Dixon Water Foundation (RE: related document(s)14 Motion to intervene and Brief in Support). (Perry, Deborah) | |
| 20 | 02/07/2022 | Witness and Exhibit List filed by Plaintiff BM318, LLC (RE: related document(s)14 Motion to intervene and Brief in Support). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9) (Lindauer, Joyce) | |
| 21 | 02/07/2022 | Motion to continue hearing on (related documents 14 Motion to intervene) filed by Plaintiff BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) | |
| 22 | 02/08/2022 | Notice of hearing filed by Plaintiff BM318, LLC (RE: related document(s)21 Motion to continue filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Hearing to be held on 2/10/2022 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 21, (Lindauer, Joyce) | |
| 23 | 02/08/2022 | Response unopposed to (related document(s): 14 Motion to intervene and Brief in Support filed by Interested Party Lumar Land & Cattle, LLC) filed by Defendant The Dixon Water Foundation. (Attachments: # 1 Exhibit A) (Ong, Jay) | |
| 24 | 02/09/2022 | Objection to (related document(s): 21 Motion to continue hearing on (related documents 14 Motion to intervene) filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC) filed by Interested Party Lumar Land & Cattle, LLC. (Shepherd, Joshua) | |
| 25 | 02/09/2022 | Reply to (related document(s): 24 Objection filed by Interested Party Lumar Land & Cattle, LLC) filed by Plaintiff BM318, LLC. (Lindauer, Joyce) | |
| 26 | 02/10/2022 | Notice of Appearance and Request for Notice for Khudabuksh Walji by Joyce W. Lindauer filed by Plaintiff BM318, LLC. (Lindauer, Joyce) | |
| 27 | 02/10/2022 | Support/supplemental document/Supplement to Exhibit List filed by Plaintiff BM318, LLC (RE: related document(s)20 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 11) (Lindauer, Joyce) | |
| 30 | 02/10/2022 | Court admitted exhibits date of hearing 02/10/2022 (RE: related document(s)14 Motion to intervene and Brief in Support filed by Interested Party Lumar Land & Cattle, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order) filed by Interested Party Lumar Land & Cattle, LLC, 21 Motion to continue hearing on (related documents 14 Motion to intervene) filed by Plaintiff BM318, LLC (Attachments: # 1 Proposed Order) filed by Counter-Defendant BM318, LLC, Plaintiff BM318, LLC) (Almaraz, Jeanette) | |
| 31 | 02/14/2022 | Order denying motion to continue hearing on (related document # 21) Entered on 2/14/2022. (Chambers, Deanna) | |
| 32 | 02/14/2022 | Order granting motion to intervene (related document # 14) Entered on 2/14/2022. (Chambers, Deanna) | |
| 33 | 02/16/2022 | Intervenor complaint by Lumar Land & Cattle, LLC against BM318, LLC. (Attachments: # 1 Cover Sheet) (Harris, Kimberly) | |
| 34 | 02/16/2022 | BNC certificate of mailing - PDF document. (RE: related document(s)32 Order granting motion to intervene (related document 14) Entered on 2/14/2022.) No. of Notices: 1. Notice Date 02/16/2022. (Admin.) | |
| 35 | 02/16/2022 | BNC certificate of mailing - PDF document. (RE: related document(s)31 Order denying motion to continue hearing on (related document 21) Entered on 2/14/2022.) No. of Notices: 1. | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Notice Date 02/16/2022. (Admin.) | |
| 36 | 02/17/2022 | Intervenor summons issued on BM318, LLC Date Issued 2/17/2022, Answer Due 3/21/2022 (Calfee, J.) | |
| 37 | 02/17/2022 | Second Amended Agreed Order granting motion to continue hearing on (related document # 16) (related documents Complaint) Trial Docket Call date set for 6/23/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 2/17/2022. (Chambers, Deanna) | |
| 38 | 02/19/2022 | BNC certificate of mailing - PDF document. (RE: related document(s)37 Second Amended Agreed Order granting motion to continue hearing on (related document 16) (related documents Complaint) Trial Docket Call date set for 6/23/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Entered on 2/17/2022.) No. of Notices: 1. Notice Date 02/19/2022. (Admin.) | |
| 39 | 02/21/2022 | Summons service executed on BM318, LLC 2/21/2022 (Shepherd, Joshua) | |
| 40 | 03/21/2022 | Answer to complaint , Counterclaim by BM318, LLC against Lumar Land & Cattle, LLC filed by BM318, LLC. (Lindauer, Joyce) | |
| 41 | 03/21/2022 | Notice (Corporate Disclosure) filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC. (Harris, Kimberly) | |
| 42 | 04/11/2022 | Intervenor's answer to complaint (Plaintiff-in-Intervention's Answer to Plaintiff's Counterclaims) | |
| 43 | 04/11/2022 | Notice /Plaintiff's Expert Disclosures filed by Plaintiff BM318, LLC. (Lindauer, Joyce) | |
| 44 | 04/13/2022 | Agreed Motion to continue hearing on (related documents 1 Complaint) filed by Defendant The Dixon Water Foundation (Attachments: # 1 Proposed Order) (Perry, Deborah) | |
| 45 | 04/14/2022 | Withdrawal - Notice of Withdrawal of Docket No. 44 filed by Defendant The Dixon Water Foundation (RE: related document(s)44 Agreed Motion to continue hearing on (related documents 1 Complaint)). (Perry, Deborah) | |
| 46 | 04/20/2022 | Agreed Motion to continue hearing on (related documents 1 Complaint) filed by Defendant The Dixon Water Foundation (Attachments: # 1 Proposed Order) (Perry, Deborah) | |
| 47 | 04/21/2022 | Notice of Appearance and Request for Notice by J. Robert Forshey filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC. (Forshey, J.) | |
| 48 | 04/26/2022 | Third Amended Agreed Order granting motion to continue hearing on (related document # 46) (related documents Complaint) Trial Docket Call date set for 10/27/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Trial date set for 11/14/2022 & 11/15/2022 at 09:30 AM at Ft. Worth, Judge Mullin's Ctrm.. Entered on 4/26/2022. (Chambers, Deanna) | |
| 49 | 04/28/2022 | BNC certificate of mailing - PDF document. (RE: related document(s)48 Third Amended Agreed Order granting motion to continue hearing on (related document 46) (related documents Complaint) Trial Docket Call date set for 10/27/2022 at 09:00 AM Ft. Worth, Judge Mullin's Ctrm.. Trial date set for 11/14/2022 & 11/15/2022 at 09:30 AM at Ft. Worth, Judge Mullin's Ctrm.. Entered on 4/26/2022.) No. of Notices: 3. Notice Date 04/28/2022. (Admin.) | |
| 50 | 05/09/2022 | Motion for leave to File Amended Complaint (related document(s) 1 Complaint) filed by Plaintiff BM318, LLC Objections due by 5/31/2022. (Lindauer, Joyce) | |
| 51 | 05/23/2022 | Notice of hearing filed by Plaintiff BM318, LLC (RE: related document(s)50 Motion for leave filed by Counter-Claimant BM318, LLC, Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Hearing to be held on 6/15/2022 at 02:30 PM at https://us- | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | courts.webex.com/meet/mullin for 50, (Lindauer, Joyce) | |
| 52 | 05/24/2022 | Stipulation by The Dixon Water Foundation and BM318, LLC. filed by Defendant The Dixon Water Foundation (RE: related document(s)50 Motion for leave to File Amended Complaint (related document(s) 1 Complaint)). (Perry, Deborah) | |
| 53 | 05/31/2022 | Objection to (related document(s): 50 Motion for leave to File Amended Complaint (related document(s) 1 Complaint) filed by Counter-Claimant BM318, LLC, Counter-Defendant BM318, LLC, Plaintiff BM318, LLC) filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC. (Harris, Kimberly) | |
| 54 | 06/03/2022 | Motion for leave (to Amend its Original Complaint in Intervention for Declaratory Judgment and its Original Answer to Counterclaims) filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Harris, Kimberly) | |
| 55 | 06/03/2022 | Objection to (related document(s): 50 Motion for leave to File Amended Complaint (related document(s) 1 Complaint) filed by Counter-Claimant BM318, LLC, Counter-Defendant BM318, LLC, Plaintiff BM318, LLC) filed by Defendant The Dixon Water Foundation, Counter-Claimant The Dixon Water Foundation. (Vasek, Julian) | |
| 56 | 06/10/2022 | Witness and Exhibit List filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC (RE: related document(s)50 Motion for leave to File Amended Complaint (related document(s) 1 Complaint)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10) (Harris, Kimberly) | |
| 57 | 06/10/2022 | Witness and Exhibit List filed by Defendant The Dixon Water Foundation (RE: related document(s)50 Motion for leave to File Amended Complaint (related document(s) 1 Complaint)). (Attachments: # 1 Exhibit A (Debtor's First Amended Plan) # 2 Exhibit B (Debtor's Second Amended Disclosure Statement) # 3 Exhibit C (First Modification to Debtor's First Amended Plan # 4 Exhibit D (Third Modification to Debtor's First Amended Plan) # 5 Exhibit E (SI Restructuring Plan of Liquidation)) (Nguyen, Thanhan) | |
| 58 | 06/10/2022 | Witness and Exhibit List filed by Plaintiff BM318, LLC (RE: related document(s)50 Motion for leave to File Amended Complaint (related document(s) 1 Complaint)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15) (Lindauer, Joyce) | |
| 59 | 06/14/2022 | Response opposed to (related document(s): 53 Objection filed by Counter-Defendant Lumar Land & Cattle, LLC, Intervenor-Plaintiff Lumar Land & Cattle, LLC, 55 Objection filed by Counter-Claimant The Dixon Water Foundation, Defendant The Dixon Water Foundation) filed by Plaintiff BM318, LLC. (Lindauer, Joyce) | |
| 61 | 06/15/2022 | Court admitted exhibits date of hearing 6/15/2022 (RE: related document(s)50 Motion for leave to File Amended Complaint (related document(s) 1 Complaint) filed by Plaintiff BM318, LLC Objections due by 5/31/2022.) (Almaraz, Jeanette) (Entered: 06/16/2022) | |
| 64 | 06/23/2022 | Notice of hearing filed by Plaintiff BM318, LLC (RE: related document(s)50 Motion for leave filed by Counter-Claimant BM318, LLC, Counter-Defendant BM318, LLC, Plaintiff BM318, LLC). Hearing to be held on 6/30/2022 at 02:30 PM at https://us-courts.webex.com/meet/mullin for 50, (Lindauer, Joyce) | |
| 65 | 06/27/2022 | Amended Witness and Exhibit List - Plaintiff-in-Intervention Lumar | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Land & Cattle, LLC's Amended Witness and Exhibit List in Connection With Hearing set for June 30, 2022 filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC (RE: related document(s)56 List (witness/exhibit/generic)). (Attachments: # 1 Exh. 1 # 2 Exh. 2 # 3 Exh. 3 # 4 Exh. 4 # 5 Exh. 5 # 6 Exh. 6 # 7 Exh. 7 # 8 Exh. 8 # 9 Exh. 9 # 10 Exh. 10 # 11 Exh. 11 # 12 Exh. 12 # 13 Exh. 13 # 14 Exh. 14 # 15 Exh. 15 # 16 Exh. 16 # 17 Exh. 17 # 18 Exh. 18) (Forshey, J.) | |
| 66 | 06/29/2022 | Supplemental Response opposed to (related document(s): 53 Objection filed by Counter-Defendant Lumar Land & Cattle, LLC, Intervenor-Plaintiff Lumar Land & Cattle, LLC, 55 Objection filed by Counter-Claimant The Dixon Water Foundation, Defendant The Dixon Water Foundation) filed by Plaintiff BM318, LLC. (Lindauer, Joyce) | |
| 70 | 06/30/2022 | Court admitted exhibits date of hearing June 30, 2022 (RE: related document(s)50 Motion for leave to File Amended Complaint (related document(s) 1 Complaint) filed by Plaintiff BM318, LLC Objections due by 5/31/2022. filed by Counter-Claimant BM318, LLC, Counter-Defendant BM318, LLC, Plaintiff BM318, LLC) (Calfee, Jennifer) (Entered: 07/06/2022) | |
| 67 | 07/01/2022 | Certificate of No Objection filed by Intervenor-Plaintiff Lumar Land & Cattle, LLC (RE: related document(s)54 Motion for leave (to Amend its Original Complaint in Intervention for Declaratory Judgment and its Original Answer to Counterclaims)). (Shepherd, Joshua) | |
| 68 | 07/05/2022 | Order granting motion for leave to amend (related document # 54) Entered on 7/5/2022. (Warren, Shelley) | |
| 71 | 07/07/2022 | Amended Intervenor complaint by Lumar Land & Cattle, LLC against BM318, LLC, The Dixon Water Foundation. (RE: related document(s)33 Intervenor complaint by Lumar Land & Cattle, LLC against BM318, LLC. (Attachments: # 1 Cover Sheet) filed by Counter-Defendant Lumar Land & Cattle, LLC, Intervenor-Plaintiff Lumar Land & Cattle, LLC). (Attachments: # 1 Cover Sheet) (Harris, Kimberly) | |
| 72 | 07/07/2022 | Intervenor's answer to complaint (Amended Answer to Plaintiff's Counterclaims) | |
| 73 | 07/07/2022 | BNC certificate of mailing - PDF document. (RE: related document(s)68 Order granting motion for leave to amend (related document 54) Entered on 7/5/2022.) No. of Notices: 0. Notice Date 07/07/2022. (Admin.) | |
| 74 | 07/08/2022 | Intervenor summons issued on BM318, LLC Date Issued 7/8/2022, Answer Due 8/8/2022 (Calfee, Jennifer) | |
| 75 | 07/08/2022 | Summons service executed on BM318, LLC 7/8/2022 (Shepherd, Joshua) | |
| 76 | 07/15/2022 | Motion to compel re: discovery Answers to Interrogatories and Production of Responsive Documents filed by Defendant The Dixon Water Foundation (Attachments: # 1 Appendix) (Vasek, Julian) | |
| 77 | 07/15/2022 | Motion for expedited hearing(related documents 76 Motion to compel re: discovery) filed by Defendant The Dixon Water Foundation (Vasek, Julian) | |
| 79 | 07/18/2022 | Objection to (related document(s): 77 Motion for expedited hearing(related documents 76 Motion to compel re: discovery) filed by Counter-Claimant The Dixon Water Foundation, Defendant The Dixon Water Foundation) filed by Plaintiff BM318, LLC. (Lindauer, Joyce) | |
| 80 | 07/19/2022 | Order granting motion for expedited hearing (Related Doc77)(document set for hearing: 76 Motion to compel re: discovery) Hearing to be held on 7/27/2022 at 01:30 PM at | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | https://us-courts.webex.com/meet/mullin for 76, Entered on 7/19/2022. (Chambers, Deanna) MODIFIED location to mullin on 7/20/2022 (Calfee, Jennifer). | |
| 81 | 07/20/2022 | Notice of hearing filed by Defendant The Dixon Water Foundation (RE: related document(s)76 Motion to compel re: discovery filed by Counter-Claimant The Dixon Water Foundation, Defendant The Dixon Water Foundation). Hearing to be held on 7/27/2022 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 76, (Vasek, Julian) | |
| 82 | 07/21/2022 | BNC certificate of mailing - PDF document. (RE: related document(s)80 Order granting motion for expedited hearing (Related Doc77)(document set for hearing: 76 Motion to compel re: discovery) Hearing to be held on 7/27/2022 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 76, Entered on 7/19/2022. (Chambers, Deanna) MODIFIED location to mullin on 7/20/2022 .) No. of Notices: 0. Notice Date 07/21/2022. (Admin.) | |
| 83 | 07/22/2022 | Answer to complaint /Response to Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Amended Complaint in Intervention for Declaratory Judgment filed by BM318, LLC. (Lindauer, Joyce) | |
| 84 | 07/26/2022 | Witness and Exhibit List filed by Defendant The Dixon Water Foundation (RE: related document(s)76 Motion to compel re: discovery Answers to Interrogatories and Production of Responsive Documents). (Attachments: # 1 Appendix) (Vasek, Julian) | |

## Claims

**No information is available for this case**

## Creditors

**No information is available for this case**

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

---

**End of Document**