BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: BM318, LLC et al v. The Dixon Water Foundation et al | HEARING ON MOTION TO COMPEL [76] | Case # 21−04051−mxm |
| DEBTOR | **TYPE OF HEARING** | |
| The Dixon Water Foundation et al | ***VS*** | BM318, LLC |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| Julian Vasek and Deborah Perry | | Joyce Lindauer |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| Dixon's Exhibit 1 ADMITTED − Appendix (18 items) | None Admitted. |
| (See ECF #[84] for further details.) | |

| | | |
|---|---|---|
| Jeanette Almaraz | 7/27/2022 | Mark X. Mullin |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |