CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 11, 2022**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| | § | |
| Debtor. | § | |
| BM318, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| | § | |
| THE DIXON WATER FOUNDATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| LUMAR LAND & CATTLE, LLC, | § | |
| | § | |
| Plaintiff-in-Intervention. | § | |

**ORDER DENYING BM318, LLC'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

CAME ON FOR HEARING on June 15, 2022 and June 30, 2022 (collectively, the "Hearing"), *BM318, LLC's Motion for Leave to File Amended Complaint* [Docket No. 50] (the "Motion to Amend"), filed by BM318, LLC ("BM318"), the Plaintiff in this Adversary Proceeding, and having considered the Motion to Amend, the *Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Objection to BM318, LLC's Motion for Leave to File Amended Complaint* [Docket No. 53], filed by Lumar Land & Cattle, LLC ("Lumar"), *Defendant The Dixon Water Foundation's Objection to BM318, LLC's Motion for Leave to File Amended Complaint* [Docket No. 55], filed by The Dixon Water Foundation ("Dixon"), *BM318, LLC's Response to Dixon Water Foundation and Lumar Land & Cattle, LLC Objections to Motion for Leave to File Amended Complaint* [Docket No. 59], *BM318, LLC's Supplemental Response to Dixon Water Foundation and Lumar Land & Cattle, LLC Objections to Motion for Leave to File Amended Complaint* [Docket No. 66], the testimony of Larry Martin at the Hearing, the exhibits entered into evidence at the Hearing and the arguments presented at the Hearing, the Court orally issued its ruling on July 27, 2022 (the "Oral Ruling"), including the Court's findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, as incorporated by Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure, which findings of fact and conclusions of law are adopted and incorporated herein by reference, and the Court finds as follows:

1. On August 10, 2021, BM318 filed its *Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 548 and 550* (the "Original Complaint").

2. On May 9, 2022, BM318 filed the Motion to Amend. Attached as Exhibit "A" to the Motion to Amend is a proposed *Plaintiff's First Amended Complaint* (the "Proposed Amended Complaint").

3. By and through the Motion to Amend, BM318 sought leave to amend its Original Complaint to assert the following claims and causes of action against the following parties (the "Proposed New Claims and Causes of Action"):

a. Count V: Tortious interference with a contract against Lumar, Railhead Realty LLC ("Railhead"), Aledo West, LLC ("Aledo"), Robert J. Potts ("Potts"), Jimmy Ray Martin ("Martin"), Ronald Hughes ("Hughes"), and Gary Hazlewood ("Hazlewood");

b. Count VI: Tortious interference with a prospective contract against Lumar, Railhead, Aledo, Potts, Martin, Hughes, and Hazlewood;

c. Count VII: Breach of fiduciary duties against Martin, Hughes, GH Lumar, LLC ("GH Lumar"), Lumar, and Railhead;

d. Count VIII: Fraud against Martin, Lumar, and GH Lumar;

e. Count IX: Conversion against Martin, Lumar, and GH Lumar;

f. Count X: Fraud in a real estate transaction (Tex. Bus. & Comm. Code § 27.01) against Martin, Lumar, and GH Lumar;

g. Count XI: Constructive fraud against Martin, Lumar, and GH Lumar;

h. Count XII: Negligent misrepresentation against Martin, Lumar, and GH Lumar;

i. Count XIII: Aiding and abetting and/or knowing participation – breach of fiduciary duties against Lumar, GH Lumar, GH Lumar JV ("GH JV"), Hazlewood, Aledo, Hughes, Railhead, Potts, Dixon, and Clinton W. Josey, Jr., Kathy Smyth, Jerry Addison, Hugh Aljoe, Leslie C. Rauscher, and Dr. Richard Teague (collectively, the "Board Defendants");[1]

j. Count XIV: Conspiracy to commit fraud and/or fraud in real estate; constructive fraud; conversion; tortious interference (contract and prospective contract), and/or breach of fiduciary duties against Dixon, Lumar, GH Lumar, GH JV, Aledo, Potts, Railhead, Martin, Hughes, Hazlewood and the Board Defendants;

k. Count XV: Vicarious liability/respondeat superior against Hughes and Railhead; and

l. Count XVI: Alter-ego/piercing the corporate veil/reverse piercing the corporate veil against GH Lumar, Lumar, Martin, Railhead, Hughes, Aledo, Hazlewood, Dixon, Potts and the Board Defendants.

[1] In its Oral Ruling, the Court noted that Walt Davis and Laura Whiting were included in the Motion to Amend as potential defendants, but not included in the Proposed Amended Complaint. As stated on the record at the Oral Ruling, the Court included Mr. Davis and Ms. Whiting in its Oral Ruling.

4. BM318 does not have standing to prosecute the Proposed New Claims and Causes of Action.

Accordingly, based upon the above findings, and for the reasons set forth on the record at the Oral Ruling, it is hereby:[2]

ORDERED that the Motion to Amend is DENIED; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.

### END OF ORDER ###

Order Approved and Submitted By:
MUNSCH HARDT KOPF & HARR, P.C.
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com

**ATTORNEYS FOR THE DIXON WATER FOUNDATION**

Approved as to Form:
JOYCE W. LINDAUER ATTORNEY, PLLC
Joyce W. Lindauer
Texas Bar No. 21555700
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com

**ATTORNEYS FOR DEBTOR/PLAINTIFF**

[2] All findings of fact and conclusions of law announced by the Court at the Oral Ruling are hereby incorporated herein.

LAW OFFICE OF K. WALJI
Khudabuksh K. Walji
Texas Bar No. 20691500
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
Telephone: (281) 401-9672

**CO-COUNSEL FOR DEBTOR/PLAINTIFF**

Approved as to Form:
QULLLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC
Kimberly P. Harris
Texas Bar No. 24002234
Joshua L. Shepherd
Texas Bar No. 24058104
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: 214) 871-2100
Facsimile: (214) 871-2111
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

FORSHEY PROSTOK, LLP
J. Robert Forshey
Texas Bar No. 07264200
Emily S. Chou
Texas Bar No. 24006997
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com
Email: echou@forsheyprostok.com

**CO-COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

United States Bankruptcy Court

Northern District of Texas

BM318, LLC,
Plaintiff

Adv. Proc. No. 21-04051-mxm

The Dixon Water Foundation,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2

Date Rcvd: Aug 11, 2022 Form ID: pdf001 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Khudabuksh K Walji, Law Office of K. Walji, 10701 Corporate Drive, Ste 350, Stafford, TX 77477-4091 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 11 2022 21:14:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 11 2022 21:14:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deborah M. Perry | on behalf of Counter-Claimant The Dixon Water Foundation dperry@munsch.com |
| Deborah M. Perry | |

| | |
|---|---|
| | on behalf of Defendant The Dixon Water Foundation dperry@munsch.com |
| J. Robert Forshey | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Jay Ong | on behalf of Defendant The Dixon Water Foundation jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com |
| Joshua Lee Shepherd | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC jshepherd@qslwm.com, dcruz@qslwm.com |
| Joyce W. Lindauer | on behalf of Plaintiff BM318 LLC joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| Julian Preston Vasek | on behalf of Counter-Claimant The Dixon Water Foundation jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Defendant The Dixon Water Foundation jvasek@munsch.com |
| Kimberly Paige Harris | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC kharris@qslwm.com, kdepasquale@qslwm.com |

TOTAL: 9