Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR PLAINTIFF/APPELLANT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| **BM318, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-04051** |
| | § | |
| **DIXON WATER FOUNDATION,** | § | |
| **Defendant.** | § | |
| | § | |
| **LUMAR LAND & CATTLE, LLC,** | § | |
| **Plaintiff-in-Intervention** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **BM318, LLC,** | § | |
| **Defendant-in-Intervention** | § | |

## BM318, LLC'S NOTICE OF APPEAL

**NOW COMES** BM 318, LLC, Plaintiff in the above-captioned case, and files this Notice of Appeal, and would show as follows:

1. The Appellant is BM 318, LLC.

2. The Appellant is the Plaintiff and Defendant-in-Intervention in the above-captioned adversary proceeding that is the subject of the appeal.

3. The Order appealed from is the Bankruptcy Court's *Order Denying BM318, LLC's Motion for Leave to File Amended Complaint* (Doc. No. 100, entered herein on August 11, 2022).

4. The other parties to this appeal are:

**DIXON WATER FOUNDATION, represented by:**

Deborah M. Perry
Jay H. Ong
Julian P. Vasek
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

**LUMAR LAND & CATTLE, LLC, represented by:**

J. Robert Forshey
Forshey & Prostok, LLP
777 Main St., Suite 1550
Ft. Worth, TX 76102
Phone: 817-877-8855
Email: bforshey@forsheyprostok.com

Kimberly Paige Harris
Joshua Lee Shepherd
Quilling, Selander, Lownds, et al.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Phone: (214) 871-2100
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

Dated: August 23, 2022

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034

ATTORNEYS FOR
PLAINTIFF/APPELLANT

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing Plaintiff's *Notice of Appeal* has been served via first class U.S. Mail and via email pursuant to the Court's ECF system upon all counsel of record at the above listed addresses on this the 23rd day of August 2022.

/s/ Joyce W. Lindauer

Joyce W. Lindauer