**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

| | | |
|---|---|---|
| **BM318, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-04051** |
| | § | |
| **DIXON WATER FOUNDATION,** | § | |
| **Defendant.** | § | |

| | | |
|---|---|---|
| **LUMAR LAND & CATTLE, LLC,** | § | |
| **Plaintiff-in-Intervention** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **BM318, LLC,** | § | |
| **Defendant-in-Intervention** | § | |

**ORDER GRANTING BM318, LLC'S MOTION**
**FOR LEAVE TO FILE INTERLOCUTORY APPEAL**

Came on for consideration the Motion for Leave to File Interlocutory Appeal filed by BM318, LLC, Plaintiff in the above adversary proceeding ("BM318"), and the Court having considered the pleadings, evidence and arguments of counsel, and finding that the Motion is well-founded and should be granted, it is hereby

ORDERED, that the Motion is in all things GRANTED; and it is further

ORDERED, that BM318 may file an interlocutory appeal of the Order attached as Exhibit A to the Motion.

SO ORDERED.

__________________________ ________________________________
DATE PRESIDING JUDGE