BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 20−42789−mxm11

Adversary No.: 21−04051−mxm

Received in District Court by: ___________

Date: ________

Volume Number(s): _______

cc: Mark X. Mullin
Harrison Pavlasek
Jeanette Almaraz
Attorney(s) for Appellant
Joyce W. Lindauer

**Appellant** BM318, LLC et al.

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503−4033
Fax : (972) 503−4034
Email: joyce@joycelindauer.com

**Appellee** Dixon Water Foundation

Deborah M. Perry
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201−6659
214−855−7565
Fax : 214−978−5335
Email: dperry@munsch.com

Jay Ong
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street
Suite 250
Austin, TX 78703
(512) 391−6124
Fax : (512) 226−7105
Email: jong@munsch.com

Julian Preston Vasek
Munsch Hardt Kopf & Harr P.C.
500 N. Akard Street
Suite 3800
Dallas, TX 75201
214−855−7500
Fax : 214−855−7584
Email: jvasek@munsch.com

**Appellee** Lumar Land & Cattle, LLC

J. Robert Forshey
Forshey & Prostok, LLP
777 Main St., Suite 1550
Ft. Worth, TX 76102
817−877−8855
Email: bforshey@forsheyprostok.com

Kimberly Paige Harris
Quilling, Selander, Lownds, et al.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871−2100
Fax : (214) 871−2111
Email: kharris@qslwm.com

Joshua Lee Shepherd
Quilling, Selander, Lownds, Winslett & M
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871−2100
Fax : (214) 871−2111
Email: jshepherd@qslwm.com