BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| BM318, LLC | | § | |
| | Debtor(s) | § | Case No.: 20−42789−mxm11 |
| BM318, LLC et al. | | § | |
| | Appellant(s) | § | Adversary No.: 21−04051−mxm |
| vs. | | § | |
| Dixon Water Foundation et al. | | § | |
| | Appellee(s) | § | |
| | | § | |
| | | § | |
| | | § | |
| | | § | |
| | | § | |

## CERTIFICATE OF MAILING

Notice of Appeal Filed By: BM318, LLC et al.

Re: Order Denying BM318, LLC's Motion for leave to amend complaint

The Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on August 23, 2022.

DATED: 8/23/22

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Jeanette Almaraz, Deputy Clerk