Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR APPELLANT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| **BM318, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-04051** |
| | § | |
| **DIXON WATER FOUNDATION,** | § | |
| **Defendant.** | § | |
| | § | |
| **LUMAR LAND & CATTLE, LLC,** | § | |
| **Plaintiff-in-Intervention** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **BM318, LLC,** | § | |
| **Defendant-in-Intervention** | § | |

# DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

TO THE UNITED STATES BANKRUPTCY CLERK:

COMES NOW BM318, LLC ("Appellant") and pursuant to Federal Rules of Bankruptcy Procedure 8009(a)(1) hereby designates the following items for inclusion in the record on appeal in Case No. 22-cv-00740-O in the U.S. District Court for the Northern District of Texas, Fort

Worth Division. **Such designation of pleadings and matters of record include all exhibits attached or referred to in the pleadings or matters of record**:

**DESIGNATION OF RECORD IN CHAPTER 11 BANKRUPTCY CASE NO. 20-42789**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| | | Docket Sheet – Case No. 20-42789 |
| 11/13/20 | 36 | Plan of Reorganization |
| 11/13/20 | 37 | Disclosure Statement |
| 11/19/20 | 39 | First Amended Plan of reorganization |
| 11/19/20 | 40 | First Amended Disclosure Statement |
| 12/28/20 | 52 | First Modification to First Amended Disclosure Statement |
| 01/04/21 | 54 | First Amended Schedules |
| 01/04/21 | 56 | Second Amended Disclosure Statement |
| 05/05/21 | 79 | First Modification to Amended Chapter 11 Plan |
| 05/05/21 | 80 | First Modification to Second Amended Disclosure Statement |
| 05/10/21 | 82 | Second Amended Schedules |
| 05/12/21 | 93 | Third Amended Schedules |
| 05/25/21 | 100 | Third Modification to First Amended Chapter 11 Plan |
| 08/02/21 | 106 | Order confirming plan |

**DESIGNATION OF RECORD IN ADVERSARY PROCEEDING NO. 21-04051**

| | | |
|---|---|---|
| | | Docket Sheet - Adversary Proceeding No. 21-04051 |
| 8/10/21 | 1 | Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer |
| 9/30/2021 | 8 | Dixon Water Foundation ("Dixon") Answer to Complaint and Affirmative Defenses and Counterclaim |

| | | |
|---|---|---|
| 10/22/2021 | 9 | Answer to counterclaim filed by BM318, LLC. |
| 03/21/2022 | 40 | Answer to complaint and counterclaim against Lumar Land & Cattle, LLC |
| 05/09/2022 | 50 | BM318's Motion for Leave to File Amended Complaint |
| 05/24/2022 | 52 | Stipulation for Extension of Time to Respond to B318, LLC's Motion for Leave to File Amended Complaint |
| 06/10/2022 | 58 | BM318's Witness and Exhibit List for hearing scheduled June 15, 2022, **and all exhibits referred to therein.** |
| 06/14/2022 | 59 | BM318's Response to the Objections to Motion for Leave to File Amended Complaint filed by Defendant Dixon Water Foundation and Plaintiff-in-Intervention Lumar Land & Cattle, LLC |
| 06/29/2022 | 66 | Supplemental Response |
| 06/30/2022 | 70 | Special warranty deed, Dixon Exhibit G |
| 07/22/2022 | 83 | Answer to complaint/Response to Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Amended Complaint in Intervention for Declaratory Judgment |
| | | Transcript of hearing – June 15, 2022 |
| | | Transcript of hearing – June 30, 2022 |
| 08/27/22 | | Transcript of bankruptcy court's oral ruling |
| 8/11/22 | 100 | Order Denying Motion for Leave to File Amended Complaint |

## STATEMENT OF ISSUES ON APPEAL

1. Did the bankruptcy court err in finding that Appellant BM318, LLC ("BM318") failed to identify in any of its plans of reorganization or disclosure statements the new causes of action it sought to pursue in its Motion for Leave to File Amended Complaint?

2. Did the bankruptcy court err in finding and concluding that Appellee Dixon Water Foundation ("Dixon") had no reason or obligation to reference the sale to Lumar Land & Cattle, LLC ("Lumar") in its objection to BM318's Chapter 11 plan?

3. Did the bankruptcy court err in concluding that BM318 did not reference or identify its new causes of action against Tim Green, Chuck Stark, and Jim Martin for tortious interference, breach of contract, misrepresentations, fraud, and breaches of fiduciary duty in any of its disclosure statements or plans of reorganization?

4. Did the bankruptcy court err in finding that the Second Amended Disclosure Statement made no mention of the alleged new causes of action that BM318 sought to assert by its Motion for Leave to Amend?

5. Did the bankruptcy court err in finding that the Debtor was aware of the facts giving rise to the additional alleged claims and new causes of action that it sought to assert by its Motion for Leave to Amend and knew of those claims in sufficient time for BM318 to have described such claims in its disclosure statements and confirmed plan?

6. Did the bankruptcy court err in concluding that the disclosure statement and plan's general retention language was insufficient to retain the new causes of action BM318 sought to assert by its Motion for Leave to Amend?

7. Did the bankruptcy court err in finding and concluding that BM318 did not have standing to prosecute the new causes of action BM318 sought to assert by its Motion for Leave to Amend?

8. Did the bankruptcy court err in concluding that granting BM318 leave to file the amended complaint would be futile?

Dated: September 6, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com

**ATTORNEYS FOR APPELLANT**