Kimberly P. Harris
Texas Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
Texas Bar No. 24058104
jshepherd@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
FORSHEY PROSTOK, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**CO-COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **BM318, LLC,** | § | **Case No. 20-42789-mxm11** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **Adv. Pro. No. 21-04051-mxm** |
| **BM318, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE DIXON WATER FOUNDATION,** | § | **Civil Case No.: 4:22-cv-740-O** |
| | § | |
| **Defendant.** | § | |
| | § | |
| **LUMAR LAND & CATTLE, LLC** | § | |
| | § | |
| **Plaintiff-in-Intervention.** | § | |

# INTERVENOR LUMAR LAND & CATTLE, LLC'S MOTION TO ABATE INTERLOCUTORY APPEAL PENDING RULING ON BM318, LLC'S MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL AND BRIEF IN SUPPORT

Intervenor Lumar Land & Cattle, LLC ("Lumar") files this Motion to Abate Interlocutory Appeal Pending Ruling on BM318 LLC's ("BM318") Motion for Leave to File Interlocutory Appeal and Brief in Support.

## PROCEDURAL BACKGROUND

1. On **May 9, 2022**, BM318 filed a Motion for Leave to File Amended Complaint in the above-captioned adversary proceeding [Bankr. Dkt. 50].

2. On **May 31, 2022** and **June 3, 2022**, Lumar and Dixon Water Foundation ("Dixon") respectively filed their Objections to BM318's Motion for Leave [Bankr. Dkt. 53 and 55].

3. On **June 14, 2022**, BM318 filed its Response to both Objections [Bankr. Dkt. 59].

4. On **June 15, 2022**, the Court held a hearing on BM318's Motion for Leave to File Amended Complaint and took the matter under advisement.

5. On **August 11, 2022**, the Court entered its Order Denying BM318 LLC's Motion for Leave to File Amended Complaint [Bankr. Dkt. 100].

6. On **August 23, 2022,** BM318 filed its Notice of Appeal [Bankr. Dkt. 105, ECF No. 1] and Motion for Leave to File Interlocutory Appeal [Bankr. Dkt. 106, ECF No. 2].

7. On **September 6, 2022**, Lumar and Dixon filed their respective Responses and Objections to BM318's Motion for Leave to File Interlocutory Appeal [ECF Nos. 3 and 4].

8. On **September 6, 2022,** BM318 filed its Designation of Record and Statement of Issues on Appeal [Bankr. Dkt. 119].

9. Because BM318 prematurely filed its Designation of Record and Statement of Issues on Appeal, Lumar requests that this Court clear-up any confusion and abate the interlocutory appeal, including the running of deadlines, until this Court rules on BM318's Motion for Leave to File Interlocutory Appeal.

**REQUEST FOR RELIEF**

10. BM318's Designation of Record and Statement of Issues on Appeal is not timely and only serves the purpose of confusing the issues and unduly burdening the parties when this Court has not yet granted leave for BM318's interlocutory appeal. Per Federal Rule of Bankruptcy Procedure 8009(a)(1):

> **(B)** The appellant must file and serve the designation and statement within 14 days after:
>
> > **(i)** the appellant's notice of appeal as of right becomes effective under Rule 8002; or
> > **(ii)** an order granting leave to appeal is entered.

This Court has not yet ruled on BM318's Motion for Leave to File Interlocutory Appeal; thus, by the plain wording of Rule 8009, BM318's designation and statement are not yet due.

11. Federal Rule of Bankruptcy Procedure 8009(a)(1) goes further to state: "A designation and statement served prematurely must be treated as served on the

first day on which filing is timely." *See* Fed. R. Bankr. P. 8009(a)(1); *see also In re Aponte*, No. 2:20-CV-03610, 2020 WL 6445971, at *1 (E.D. Pa. Nov. 3, 2020). BM318's designation and statement will not be considered timely unless this Court grants leave to file the interlocutory appeal, which it has not yet done, and Lumar argues should not happen.

12. Abating BM318's continued attempt to go forward with the interlocutory appeal without leave of Court, is in the interest of judicial efficiency and economy as the abatement is sought to minimize the fees incurred by the parties and need for further court resources. In the event the Court grants BM318's Motion for Leave, Lumar requests the Court allow it fourteen (14) days following entry of such order to timely file and serve its designations of additional items to be included in the record pursuant to Fed. R. Bankr. P. 8009.

**WHEREFORE, PREMISES CONSIDERED**, for the foregoing reasons, Lumar respectfully requests that the Court grant this Motion and abate the above-referenced interlocutory appeal, order that should the Court grant BM318's Motion for Leave, that Lumar has fourteen (14) days following entry of that order to timely file and serve its designations of additional items to be included in the record, and grant Lumar such other and further relief to which it may be justly entitled, whether general, special, at law or in equity.

Dated: September 20, 2022.

Respectfully submitted,

*/s/J. Robert Forshey*
J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
**FORSHEY PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**- And –**

Kimberly P. Harris
State Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
State Bar No. 24058104
jshepherd@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

## CERTIFICATE OF CONFERENCE

On September 20, 2022, Kimberly P. Harris, counsel for Lumar Land & Cattle, LLC, attempted to confer with counsel for BM318, LLC, Joyce W. Lindauer, by phone two times to discuss this motion to abate and the relief requested therein. Both attempts to reach counsel were unsuccessful, and as of the filing this motion, it is unclear whether such relief will be opposed by BM318, LLC. Counsel will continue its attempts to confer, however in the interest of time, Lumar Land & Cattle, LLC respectfully submits this motion to the Court for determination.

.

*/s/ Kimberly P. Harris* .
**KIMBERLY P. HARRIS**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, pursuant to an agreement with Plaintiff's counsel, on the 20th day of September 2022 the foregoing was electronically served in compliance with the Federal Rules of Civil Procedure.

*/s/ Kimberly P. Harris*
**KIMBERLY P. HARRIS**