**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **BM318, LLC,** | § | **Case No. 20-42789-mxm11** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **Adv. Pro. No. 21-04051-mxm** |
| **BM318, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE DIXON WATER FOUNDATION,** | § | **Civil Case No.: 4:22-cv-740-O** |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| **LUMAR LAND & CATTLE, LLC** | § | |
| | § | |
| **Plaintiff-in-Intervention.** | § | |

## ORDER GRANTING MOTION TO ABATE

CAME ON for consideration Lumar Land & Cattle, LLC's ("Lumar") *Motion to Abate Interlocutory Appeal Pending Ruling on BM318 LLC's Motion for Leave to File Interlocutory Appeal and Brief in Support* (the "Motion to Abate"), seeking to abate any and all deadlines pertaining to BM318 LLC's ("BM318") *Notice of Appeal* (ECF No. 3), until such time as this Court considers and issues its ruling with respect to BM318's *Motion for Leave to File Interlocutory Appeal* (ECF No. 4) (the "Motion for Leave"). The Court, having considered the Motion to Abate and any responses and replies thereto, finds that cause exists to grant the relief sought in the Motion to Abate; it is therefore:

**ORDERED** that the Motion to Abate and the relief requested therein is hereby **GRANTED**; and all dates and deadlines related to the Notice of Appeal are hereby **ABATED** until such time as the Court enters its ruling on the Motion for Leave; and it is further

**ORDERED** that, in the event the Court grants the Motion for Leave, Defendants-Appellees shall have fourteen (14) days following entry of such order to timely file and serve their designations of additional items to be included in the record pursuant to Fed. R. Bankr. P. 8009.

### END OF ORDER ###

SUBMITTED BY:

*/s/J. Robert Forshey*
J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
**FORSHEY PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855

Facsimile: (817) 877-4151

**- And –**

Kimberly P. Harris
State Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
State Bar No. 24058104
jshepherd@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR INTERVENOR LUMAR LAND & CATTLE, LLC**