**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 20-42789-MXM<br><br>Chapter 11 |
| BM318, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. No. 21-04051 |
| BM318, LLC,<br><br>Appellant,<br><br>v.<br><br>THE DIXON WATER FOUNDATION *et al.*,<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Case No. 4:22-cv-740-O |

**ORDER GRANTING MOTION TO ABATE**

CAME ON FOR CONSIDERATION *The Dixon Water Foundation's Motion to Abate, or Alternatively to Extend the Deadline for The Dixon Water Foundation to File its Designation of Additional Items to be Included in Record on Appeal, and Brief in Support Thereof* (the "Motion to Abate"), and the Court having considered the Motion to Abate and any responses and replies thereto, finds that cause exists to grant the relief requested in the Motion to Abate, it is therefore

ORDERED that the relief requested in the Motion to Abate is GRANTED; it is further

ORDERED that all deadlines related to the Notice of Appeal are abated until such time as the District Court enters its ruling on the Motion for Leave; and it is further

ORDERED that in the event that the District Court grants the Motion for Leave that Dixon shall have fourteen (14) days from the date of entry of such order to timely file and serve its designation of additional items to be included in the record on appeal pursuant to Fed. R. Bankr. P. 8009.

### END OF ORDER ###

Order Submitted By:
MUNSCH HARDT KOPF & HARR, P.C.
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com

**ATTORNEYS FOR THE DIXON WATER FOUNDATION**