Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

***Attorneys for The Dixon Water Foundation***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | CASE NO. 20-42789-mxm-11 |
| BM318, LLC, | § | CHAPTER 11 |
| Debtor. | § | |
| BM318, LLC, | § | ADVERSARY NO. 21-04051 |
| Plaintiff, | § | |
| v. | § | |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| Plaintiff-in-Intervention | § | |
| v. | § | |
| BM318, LLC, | § | |
| Defendant-in-Intervention | § | |

**THE DIXON WATER FOUNDATION'S DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL**

This *Designation of Additional Items for the Record on Appeal* (the "Designation") is made expressly subject to and without waiving the relief requested in *The Dixon Water Foundation's Motion to Abate, or Alternatively to Extend the Deadline for the Dixon Water Foundation to File its Designation of Additional Items to be Included in the Record on Appeal, and Brief in Support Thereof* [Dist Ct. Docket No. 7; Adv. Pro. Docket No. 123] (the "Motion to Abate"). Subject to and without waiving the relief requested in the Motion to Abate, Dixon designates the following additional documents for inclusion in the record on appeal. Each document identified below is intended to include all exhibits filed with it. These designations are made in addition to those already made by BM318 at Adv. Pro. Docket No. 119. Dixon reserves the right to amend or supplement this Designation.

| Item | Adversary Proceeding Docket Number | Description |
|---|---|---|
| | | **Pleadings and Items on Docket** |
| | 53 | Plaintiff-in-Intervention Lumar Land & Cattle, LLC's Objection to BM318's Motion for Leave to File Amended Complaint |
| | 55 | Defendant The Dixon Water Foundation's Objection to BM318's Motion for Leave to File Amended Complaint |
| | | **Evidence** |
| | 61 (56, 57, 58) | Exhibits admitted into evidence at June 15, 2022 Hearing |
| | 70 | Exhibits admitted into evidence at June 30, 2022 Hearing |

Dated: September 20, 2022

/s/ *Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*