Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| BM318, LLC, | § | |
| | § | Case No. 20-42789-MXM |
| Debtor. | § | |
| | § | |
| BM318, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| THE DIXON WATER FOUNDATION, | § | |
| | § | Adv. Pro. No. 21-04051-MXM |
| Defendant. | § | |
| | § | |
| | § | |
| LUMAR LAND & CATTLE, LLC, | § | |
| | § | |
| Plaintiff-In-Intervention. | § | |

**NOTICE OF OCTOBER 6, 2022 STATUS CONFERENCE**

PLEASE TAKE NOTICE that a status conference has been set and will be held in hybrid mode in the above-captioned adversary proceeding on October 6, 2022 at 9:30 a.m. (CT) before

the Honorable Mark X. Mullin, at the United States Bankruptcy Court for the Northern District of Texas, Eldon B. Mahon Courthouse, 501 W. 10th St., Fort Worth, TX 76102-3643 and via Webex. For WebEx Video Participation/Attendance: https://us-courts.webex.com/meet/mullin. For WebEx Telephonic Only Participation/Attendance: Dial-In: 1.650.479.3207, Meeting ID: 474 603 746.

RESPECTFULLY SUBMITTED on this 3rd day of October, 2022.

/s/ *Deborah M. Perry*

Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 3rd day of October 2022, she personally caused true and correct copies of the foregoing pleading to be served on all parties receiving electronic notice through the Court's CM/ECF system in the Adversary Proceeding by filing same through such system.

/s/ *Deborah M. Perry*
Deborah M. Perry