Kimberly P. Harris
Texas Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
Texas Bar No. 24058104
jshepherd@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
FORSHEY PROSTOK, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**CO-COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**BM318, LLC,**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§ | **Case No. 20-42789-mxm11** |
| **BM318, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE DIXON WATER FOUNDATION,**<br><br>**Defendant.**<br><br>**LUMAR LAND & CATTLE, LLC**<br><br>**Plaintiff-in-Intervention.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adv. Pro. No. 21-04051-mxm** |

**INTERVENOR LUMAR LAND & CATTLE, LLC'S NOTICE OF WITHDRAWAL OF MOTION TO ABATE INTERLOCUTORY APPEAL PENDING RULING ON BM318, LLC'S MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL AND BRIEF IN SUPPORT**

**PLEASE TAKE NOTICE THAT,** based upon the *Order* entered by the Honorable Reed O'Connor in the Civil Action previously pending as case number 4:22-cv-00740 in the United States District Court for the Northern District of Texas (the "Order"), which Order having been filed of record in the instant Adversary Proceeding as Docket No. 125, Intervenor Lumar Land & Cattle, LLC hereby respectfully withdraws, without prejudice, its *Motion to Abate Interlocutory Appeal Pending Ruling on BM318 LLC's Motion for Leave to File Interlocutory Appeal and Brief in Support* [Adv. Dkt. No. 122] as moot.

**[*Remainder of page left intentionally blank*]**

Dated: October 4, 2022.

Respectfully submitted,

*/s/ Joshua L. Shepherd*
Kimberly P. Harris
State Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
State Bar No. 24058104
jshepherd@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
**ATTORNEYS FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**- And –**

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
**FORSHEY PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
**CO-COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2022, a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case, including both the Debtor-Plaintiff BM318 and Dixon, through counsel.

*/s/ Joshua L. Shepherd*
Joshua L. Shepherd