Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| BM318, LLC, | § | |
| | § | Case No. 20-42789-MXM |
| Debtor. | § | |
| | § | |
| BM318, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| THE DIXON WATER FOUNDATION, | § | |
| | § | Adv. Pro. No. 21-04051-MXM |
| Defendant. | § | |
| | § | |
| | § | |
| LUMAR LAND & CATTLE, LLC, | § | |
| | § | |
| Plaintiff-In-Intervention. | § | |

**NOTICE OF WITHDRAWAL OF THE DIXON WATER FOUNDATION'S MOTION TO ABATE, OR ALTERNATIVELY TO EXTEND THE DEADLINE FOR THE DIXON WATER FOUNDATION TO FILE ITS DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL, AND BRIEF IN SUPPORT THEREOF**

TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:

COMES NOW, The Dixon Water Foundation, and based upon the *Order* entered by the Honorable Reed O'Connor in the Civil Action previously pending as case number 4:22-cv-00740-O in the United States District Court for the Northern District of Texas (the "Order"), which Order having been filed of record in the instant Adversary Proceeding as Docket No. 125, hereby respectfully withdraws, without prejudice, its *Motion to Abate, or Alternatively to Extend the Deadline for The Dixon Water Foundation to File its Designation of Additional Items to be Included in Record on Appeal, and Brief in Support Thereof* [Adv. Dkt. No. 123] as moot.

RESPECTFULLY SUBMITTED on this 5th day of October, 2022.

/s/ *Deborah M. Perry*

Deborah M. Perry
Texas Bar No. 24002755
Jay H. Ong
Texas Bar No. 24028756
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jong@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 5th day of October 2022, she personally caused true and correct copies of the foregoing pleading to be served on all parties receiving electronic notice through the Court's CM/ECF system in the Adversary Proceeding by filing same through such system.

/s/ *Deborah M. Perry*
Deborah M. Perry