CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 6, 2022**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| BM318, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| | § | |
| THE DIXON WATER FOUNDATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| LUMAR LAND & CATTLE, LLC, | § | |
| | § | |
| Plaintiff-in-Intervention. | § | |

**<u>FOURTH AMENDED SCHEDULING ORDER</u>**

It is hereby **ORDERED** that the following schedule of deadlines shall be in effect until further order of this Court:

| | |
|---|---|
| **December 9, 2022** | Deadline to complete fact discovery. |
| **December 16, 2022** | Deadline for Expert Disclosures required pursuant to FRCP 26(a)(2) (as incorporated by FRBP 7026) to be made by party with the burden of proof on the issue addressed by the particular Expert Disclosure. |
| **January 23, 2023** | Deadline for Rebuttal Expert Disclosures pursuant to FRCP 26(a)(2) (as incorporated by FRBP 7026). |
| **January 25, 2023** | Deadline for filing dispositive motions. |
| **February 24, 2023** | Deadline to complete Expert discovery. |
| **March 3, 2023** | Deadline to file and serve lists of witnesses and exhibits, including deposition excerpts, except for impeachment documents and impeachment and rebuttal witnesses, and to exchange exhibits between counsel. |
| **March 10, 2023** | Deadline to file, serve and upload Joint Pretrial Order, in compliance with Local District Court Rule 16.4. |
| **March 10, 2023** | Deadline to file Written Proposed Findings of Fact and Conclusions of Law. |
| **March 10, 2023** | Deadline to file Trial Briefs. |
| **March 10, 2023** | Deadline for all parties to file objections, except with regard to relevance which are reserved for trial, to designated trial exhibits, including deposition excerpts. |
| **March 23, 2023 at 9:00 a.m.** | Trial Docket Call and Pretrial Conference. |
| **Trial – Parties anticipate 4 days** | |

**IT IS FURTHER ORDERED** that at Docket Call, all parties and their counsel must certify to full compliance with this order. If a resetting is allowed by the Court, the Plaintiff's attorney shall notify all parties in interest and shall file with the Clerk a certificate of service indicating the manner, date and to whom the notice was given.

**IT IS FURTHER ORDERED** that the entry of this order is without prejudice to any Party seeking further extensions of deadlines in this order or seeking amendments to this order.

**IT IS FURTHER ORDERED** that sanctions may be imposed for failure to comply with this order.

### END OF ORDER ###

**ORDERED, APPROVED AND SUBMITTED BY:**

**MUNSCH HARDT KOPF & HARR, P.C.**
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 3800
Dallas, TX 75201
(214) 855-7500
(214) 855-7584 (fax)
Email: dperry@munsch.com

ATTORNEYS FOR THE DIXON WATER FOUNDATION

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC**
Kimberly P. Harris
Texas Bar No. 24002234
Joshua L. Shepherd
Texas Bar No. 24058104
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

COUNSEL FOR LUMAR LAND & CATTLE, LLC

**FORSHEY PROSTOK, LLP**
J. Robert Forshey
Texas Bar No. 07264200
Emily S. Chou
Texas Bar No. 24006997
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com
Email: echou@forsheyprostok.com

CO-COUNSEL FOR LUMAR LAND & CATTLE, LLC