ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| BM318, LLC | | § | |
| | | § | Case No.: 20−42789−mxm11 |
| | Debtor(s) | § | Chapter No.: 11 |
| BM318, LLC et al. | | § | |
| | Plaintiff(s) | § | Adversary No.: 21−04051−mxm |
| vs. | | § | |
| The Dixon Water Foundation et al. | | § | |
| | Defendant(s) | § | |

## NOTICE SETTING STATUS CONFERENCE

A status conference has been set in the U.S. Bankruptcy Court for **April 27, 2023** at **09:00 AM** before the Honorable Mark X. Mullin at https://us−courts.webex.com/meet/mullin to consider

The status of the adversary proceeding.

DATED: April 18, 2023

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Jennifer Calfee, Deputy Clerk