ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| BM318, LLC | | § | |
| | | § | Case No.: 20–42789–mxm11 |
| | Debtor(s) | § | Chapter No.: 11 |
| BM318, LLC et al. | | § | |
| | Plaintiff(s) | § | Adversary No.: 21–04051–mxm |
| vs. | | § | |
| The Dixon Water Foundation et al. | | § | |
| | Defendant(s) | § | |

# NOTICE SETTING STATUS CONFERENCE

A status conference has been set in the U.S. Bankruptcy Court for **April 27, 2023** at **09:00 AM** before the Honorable Mark X. Mullin at https://us–courts.webex.com/meet/mullin to consider

The status of the adversary proceeding.

DATED: April 18, 2023

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Jennifer Calfee, Deputy Clerk

United States Bankruptcy Court
Northern District of Texas

BM318, LLC,
Plaintiff
The Dixon Water Foundation,
Defendant

Adv. Proc. No. 21-04051-mxm

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Apr 18, 2023 Form ID: ntchrg Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Khudabuksh K Walji, Law Office of K. Walji, 10701 Corporate Drive, Ste 350, Stafford, TX 77477-4091 |
| pla | + | BM318, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| ip | + | Lumar Land & Cattle, LLC, c/o Quilling, Selander, Lownds, et al., Attn: Kimberly P. Harris, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3071 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | BM318, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| cc | *+ | BM318, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| cd | *+ | Lumar Land & Cattle, LLC, c/o Quilling, Selander, Lownds, et al., Attn: Kimberly P. Harris, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3071 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charlene Cantrell Koonce | on behalf of Attorney Cortney C. Thomas charlene@brownfoxlaw.com |
| Deborah M. Perry | on behalf of Defendant The Dixon Water Foundation dperry@munsch.com |

| | |
|---|---|
| Deborah M. Perry | on behalf of Counter-Claimant The Dixon Water Foundation dperry@munsch.com |
| J. Robert Forshey | on behalf of Counter-Defendant Lumar Land & Cattle LLC bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| J. Robert Forshey | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Jay Ong | on behalf of Defendant The Dixon Water Foundation jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com |
| Joshua Lee Shepherd | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC jshepherd@qslwm.com, dcruz@qslwm.com |
| Joyce W. Lindauer | on behalf of Plaintiff BM318 LLC joyce@joycelindauer.com, dian@joycelindauer.com |
| Julian Preston Vasek | on behalf of Defendant The Dixon Water Foundation jvasek@munsch.com |
| Julian Preston Vasek | on behalf of Counter-Claimant The Dixon Water Foundation jvasek@munsch.com |
| Kimberly Paige Harris | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC kharris@qslwm.com, kdepasquale@qslwm.com |

TOTAL: 11