UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| BM318, LLC | § | |
| Debtor(s) | § | Case No.: 20-42789-mxm11 |
| | § | Chapter No.: 11 |
| | § | |
| BM318, LLC et al. | § | |
| Plaintiff(s) | § | Adversary No.: 21-0451-mxm |
| | § | |
| vs. | § | |
| | § | |
| The Dixon Water Foundation et al. | § | |
| Defendant(s) | § | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th of September 2024, a true and correct copy of the attached clerk's correspondence to amend notice of appeal was served via Frist Class United States Mail and via email on the parties listed below.

Dated: 9/9/2024 /s/ Jeanette Almaraz

*Deputy Clerk*

**Parties Served:**

Timothy Barton
PO BOX 117625
Carrolton, TX 75007
Timothy.barton@proton.me