BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 20−42789−mxm11

Adversary No.: 21−04051−mxm

Received in District Court by: ___________

Date: ________

Volume Number(s): _______

cc: Mark X. Mullin
Katie Resnick
Jeanette Almaraz
Attorney(s) for Appellant
Timothy Barton, pro se

**Appellant** BM318, LLC c/o Timothy Barton, President

Timothy Barton, pro se
P.O. Box 117625
Carrolton, TX 75007
214−673−8714
Timothy.barton@proton.me

**Appellant** Timothy Barton

Timothy Barton, pro se
P.O. Box 117625
Carrolton, TX 75007
214−673−8714
Timothy.barton@proton.me

**Appellee** Courtney C. Thomas, Receiver

Charlene Cantrell Koonce
Brown Fox PLLC
8111 Preston Road
Suite 300
Dallas, TX 75225
214−327−5000
214−327−5001 (fax)
charlene@brownfoxlaw.com

C. Alan Carillo
Brown Fox PLLC
8111 Preston Road

Suite 300
Dallas, TX 75225
214−327−5000
214−327−5001 (fax)
alan@brownfoxlaw.com

**Appellee** Dixon Water Foundation

Deborah M. Perry
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201−6659
214−855−7565
Fax : 214−978−5335
Email: dperry@munsch.com

**Appellee** Lumar Land & Cattle, LLC

J. Robert Forshey
Forshey & Prostok, LLP
777 Main St., Suite 1550
Ft. Worth, TX 76102
817−877−8855
Email: bforshey@forsheyprostok.com

Kimberly Paige Harris
Quilling, Selander, Lownds, et al.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871−2100
Fax : (214) 871−2111
Email: kharris@qslwm.com

Joshua Lee Shepherd
Quilling, Selander, Lownds, Winslett & M
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871−2100
Fax : (214) 871−2111
Email: jshepherd@qslwm.com