BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>BM318, LLC<br>Debtor(s)<br>BM318, LLC c/o Timothy Barton, President and Timothy Barton<br>Appellant(s)<br>vs.<br>Courtney C. Thomas, Receiver; Dixon Water Foundation; and Lumar Land & Cattle, LLC<br>Appellee(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 20−42789−mxm11<br><br>Adversary No.: 21−04051−mxm |

# CERTIFICATE OF MAILING

Notice of Appeal Filed By: Timothy Barton, BM318, LLC c/o Timothy Barton, President

Re: Final Agreed Judgment Dismissing the Adversary Procceding

The Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on September 10, 2024.

DATED: 9/10/24

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Jeanette Almaraz, Deputy Clerk