**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| Plaintiff-in-Intervention | § | |

**RECEIVER CORTNEY C. THOMAS'S DESIGNATION OF**
**ADDITIONAL ITEMS FOR INCLUSION IN RECORD ON APPEAL**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of Texas, Cortney C. Thomas, the court-appointed receiver of BM318, LLC (the "Receiver"),[1] hereby designates the following additional items to be included in

[1] The Receiver files this Designation out of an abundance of caution because the District Clerk identified the Receiver as an "appellee" in Timothy Barton's *pro se* appeal of this adversary proceeding, in Civil Action No. 4:24-cv-863-P, pending in the U.S. District Court for the Northern District of Texas, Fort Worth Division (the "Appeal"). The Receiver acts for the Reorganized Debtor BM318, LLC, which is under receivership pursuant to the *Order Appointing Receiver*, entered at ECF No. 417 in Civil Action No. 3:22-cv-2118-x, pending in the U.S. District Court for the Northern District of Texas, Dallas Division (the "Receivership"). For the avoidance of doubt, by filing this Designation, the Receiver does not agree that BM318 should be listed as, or that it is, an appellant, in the Appeal, and the Receiver reserves all rights and does not waive the right to assert that BM318 is not the appellant in the Appeal. The only person who filed a notice of appeal was Timothy Barton, and Mr. Barton lacks legal authority to act for BM318 because of the Receivership.

the record on appeal from the *Final Agreed Judgment Dismissing the Adversary Proceeding* [Adv. Docket No. 142].[2]

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD**

On October 1, 2024, Timothy Barton ("Barton") filed his *Designation of Record on Appeal and Statement of Issues* (the "Barton Designation") [Adv. Dkt. No. 158]. In addition to the items designated for inclusion in the record on appeal in the Barton Designation, the Receiver hereby designates the following additional items for inclusion in the record on appeal:

| Item No. | Bankruptcy Case No. 20-42789<br><br>Dkt. No. | Filed or Entry Date | Description |
|---|---|---|---|
| 1. | 152 [1-21] | 5/15/2024 | Witness and Exhibit List of Lumar Land & Cattle, LLC in Connection with the Hearing Set for May 20, 2024, including all exhibits attached thereto. |
| 2. | 154 [A-Q] | 5/16/2024 | Witness and Exhibit List filed by The Dixon Water Foundation, including all exhibits attached thereto. |
| 3. | 156 | 5/20/2024 | Court Admitted Exhibits |
| 4. | 162 | 5/24/2024 | Transcript – Oral Ruling of 5/22/2024 on Joint Motions to Compromise |
| 5. | | | Docket sheet of Chapter 11 case 20-42789 as of October 15, 2024 |
| **Item No.** | **Adversary Proc. No. 21-04051<br><br>Dkt. No.** | **Filed or Entry Date** | **Description** |

[2] By filing this designation of additional items to be included in the record, the Receiver does not concede that Timothy Barton filed his original designation timely. In the event the Clerk acts on Barton's untimely designation to send additional items to the District Court, Dixon requests that the Clerk likewise transmit the items described herein.

| Item No. | Bankruptcy Case No. 20-42789<br><br>Dkt. No. | Filed or Entry Date | Description |
|---|---|---|---|
| 6. | 50 | 5/09/2022 | BM318's Motion for Leave to File Amended Complaint |
| 7. | 53 | 5/31/2022 | Lumar's Objection to BM318's Motion for Leave to File Amended Complaint |
| 8. | 54 | 6/03/2022 | Lumar's Motion for Leave to Amend (1) Original Complaint, and (2) Original Answer to BM318's Counterclaims |
| 9. | 55 | 6/03/2022 | Dixon's Objection to BM318's Motion for Leave to File Amended Complaint |
| 10. | 59 | 6/14/2022 | BM318's Response to Dixon and Lumar Objections to Motion for Leave to file Amended Complaint |
| 11. | 63 | 6/16/2022 | Transcript of hearing held 6/15/2022 on BM318's Motion for Leave to File Amended Complaint |
| 12. | 68 | 7/05/2022 | Order Granting Lumar's Motion for Leave to Amend (1) Original Complaint, and (2) Original Answer to BM318's Counterclaims |
| 13. | 94 | 8/04/2022 | Transcript of hearing held 7/27/2022 with Oral Ruling on BM318's Motion for Leave to File Amended Complaint |
| 14. | 100 | 8/11/2022 | Order Denying BM318's Motion for Leave to File Amended Complaint |
| 15. | | | Docket sheet of the Adverary Proceeding 21-04051 as of October 15, 2024. |

For any docket number which is listed where there are sub-parts with attachments or exhibits, the attachments and exhibits shall also be included in the Receiver's designation and made a part of the record. The Receiver reserves the right to amend or supplement this designation.

DATED: October 15, 2024

Respectfully submitted,

*/s/ C. Alan Carrillo*

**BROWN FOX PLLC**

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

*Counsel to Receiver for Reorganized Debtor BM318, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2024, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties entitled to such service and on Timothy Barton by regular, first class mail, postage prepaid at P.O. Box 117625, Carrollton, Texas 75007.

*/s/ C. Alan Carrillo*
C. Alan Carrillo