Kimberly P. Harris
Texas Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
Texas Bar No.24058104
jshepherd@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
FORSHEY PROSTOK, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**CO-COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| Plaintiff-in-Intervention | § | |

## APPELLEE LUMAR LAND & CATTLE, LLC'S DESIGNATION OF ADDITIONAL ITEMS FOR INCLUSION IN RECORD ON APPEAL

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of Texas, Lumar Land & Cattle, LLC ("Lumar") hereby

designates the following additional items to be included in the record on appeal from the *Final Agreed Judgment Dismissing the Adversary Proceeding* [Adv. Docket No. 142].[1]

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD**

On October 1, 2024, Timothy Barton ("Barton") filed his *Designation of Record on Appeal and Statement of Issues* (the "Barton Designation") [Adv. Dkt. No. 158]. In addition to the items designated for inclusion in the record on appeal in the Barton Designation, Lumar hereby designates the following additional items for inclusion in the record on appeal:

| Item No. | Bankruptcy Case No. 20-42789 Dkt. No. | Filed or Entry Date | Description |
|---|---|---|---|
| 1. | 152 [1-21] | 5/15/2024 | Witness and Exhibit List of Lumar Land & Cattle, LLC in Connection with the Hearing Set for May 20, 2024, including all exhibits attached thereto. |
| 2. | 154 [A-Q] | 5/16/2024 | Witness and Exhibit List filed by The Dixon Water Foundation, including all exhibits attached thereto. |
| 3. | 156 | 5/20/2024 | Court Admitted Exhibits |
| 4. | 162 | 5/24/2024 | Transcript – Oral Ruling of 5/22/2024 on Joint Motions to Compromise |
| 5. | | | Docket sheet of Chapter 11 case 20-42789 as of October 15, 2024 |
| **Item No.** | **Adversary Proc. No. 21-04051 Dkt. No.** | **Filed or Entry Date** | **Description** |
| 6. | 50 | 5/09/2022 | BM318's Motion for Leave to File Amended Complaint |

[1] By filing this designation of additional items to be included in the record, Lumar does not concede that Barton filed his original designation timely. In the event the Clerk acts on Barton's untimely designation to send additional items to the District Court, Lumar requests that the Clerk likewise transmit the items described herein.

| Item No. | Bankruptcy Case No. 20-42789 Dkt. No. | Filed or Entry Date | Description |
|---|---|---|---|
| 7. | 53 | 5/31/2022 | Lumar's Objection to BM318's Motion for Leave to File Amended Complaint |
| 8. | 54 | 6/03/2022 | Lumar's Motion for Leave to Amend (1) Original Complaint, and (2) Original Answer to BM318's Counterclaims |
| 9. | 55 | 6/03/2022 | Dixon's Objection to BM318's Motion for Leave to File Amended Complaint |
| 10. | 59 | 6/14/2022 | BM318's Response to Dixon and Lumar Objections to Motion for Leave to file Amended Complaint |
| 11. | 63 | 6/16/2022 | Transcript of hearing held 6/15/2022 on BM318's Motion for Leave to File Amended Complaint |
| 12. | 68 | 7/05/2022 | Order Granting Lumar's Motion for Leave to Amend (1) Original Complaint, and (2) Original Answer to BM318's Counterclaims |
| 13. | 94 | 8/04/2022 | Transcript of Court's ruling of 7/27/2022 on BM318's Motion for Leave to File Amended Complaint |
| 14. | 100 | 8/11/2022 | Order Denying BM318's Motion for Leave to File Amended Complaint |
| 15. | | | Docket sheet of the Adverary Proceeding 21-04051 as of October 15, 2024. |

For any docket number which is listed where there are sub-parts with attachments or exhibits, the attachments and exhibits shall also be included in Lumar's designation and made a part of the record. Lumar reserves the right to amend or supplement this designation.

DATED: October 15, 2024

Respectfully submitted,

*/s/ J. Robert Forshey*
J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
**FORSHEY PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**CO-COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**- And -**

Kimberly P. Harris
Texas Bar No. 24002234
kharris@qslwm.com
Joshua L. Shepherd
Texas Bar No. 24058104
jshepherd@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2024, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties entitled to such service and on Timothy Barton by regular, first class mail, postage prepaid at P.O. Box 117625, Carrollton, Texas 75007.

*/s/ J. Robert Forshey*
J. Robert Forshey

L:\BFORSHEY\Lumar Land & Cattle, LLC (BM318)(non-bnkrptcy)#6323\Adversary No. 21-04051 (BM318)\Lumar's Designation of Items for Record on Appeal 10.15.24.docx