Deborah M. Perry
Texas Bar No. 24002755
Julian P. Vasek
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard St., Ste. 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Email: dperry@munsch.com
Email: jvasek@munsch.com

ATTORNEYS FOR THE DIXON WATER FOUNDATION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-42789-mxm11 |
| BM318, LLC,<br><br>Plaintiff,<br>Defendant-in-Intervention,<br><br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant,<br><br>LUMAR LAND & CATTLE, LLC,<br><br>Plaintiff-in-Intervention. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. No. 21-04051 |

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN**
**THE RECORD ON APPEAL UNDER FED. R. BANKR. P. 8009(a)(2)**

Pursuant to Fed. R. Bankr. P. 8009(a)(2), The Dixon Water Foundation ("Dixon"), by and through its undersigned counsel, hereby submits this designation of additional items to be included in the record on appeal of the *Final Agreed Judgment Dismissing the Adversary Proceeding* (Dkt.

No. 142, the "Judgment") entered by the Bankruptcy Court on August 26, 2024 in the above captioned adversary proceeding.[1]

**1. Additional items from the docket in Bankr. Case No. 20-42789.**

| Date | Dkt. # | Description |
|---|---|---|
| 5/15/2024 | 152 | Witness and Exhibit List for Hearing on May 20, 2024 filed by Interested Party Lumar Land & Cattle, LLC (RE: related document(s)147 Motion to compromise controversy with BM318, LLC. Related AP case numbers: 21-04051. Related defendants: The Dixon Water Foundation. ). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21) |
| 5/16/2024 | 154 | Witness and Exhibit List filed by Interested Party Dixon Water Foundation (RE: related document(s)147 Motion to compromise controversy with BM318, LLC. Related AP case numbers: 21-04051. Related defendants: The Dixon Water Foundation. ). (Attachments: # 1 Ex A # 2 Ex B # 3 Ex C # 4 Ex D # 5 Ex E # 6 Ex F # 7 Ex G # 8 Ex H # 9 Ex I # 10 Ex J # 11 Ex K # 12 Ex L # 13 Ex M # 14 Ex N # 15 Ex O # 16 Ex P # 17 Ex Q) |
| 5/20/2024 | 156 | Court admitted exhibits date of hearing 5/20/2024 |
| 5/24/2024 | 162 | Transcript regarding Hearing Held 05/22/2024 (Court's ruling) |

**2. Additional items.**

a. Transcript of hearing held May 20, 2024 in Bankr. Case No. 20-42789, a copy of which is attached hereto.

RESPECTFULLY SUBMITTED this 15th day of October, 2024.

[1] By filing this designation, Dixon (a) does not admit nor otherwise concede that purported appellant Timothy Barton (i) has standing to appeal the Judgment, nor (ii) filed his designation of the record and statement of the issues timely; and (b) reserves all rights regarding the same. In the event the Clerk acts on Barton's untimely designation to send additional items to the District Court, Dixon requests that the Clerk likewise transmit the items described herein.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
Julian P. Vasek
Texas Bar No. 24070790
500 N. Akard St., Ste. 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Email: dperry@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR THE DIXON WATER FOUNDATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 15, 2024, true and correct copies of this document were electronically served (i) via the Court's CM/ECF system on all parties entitled to such notice; and (ii) on Timothy Barton by regular, first class mail, postage prepaid at P.O. Box 117625, Carrollton, Texas 75007.

By: /s/ *Deborah M. Perry*
Deborah M. Perry