BM318, LLC
13901 Midway Rd Ste 102
Dallas TX 75244-4388

Joyce W Lindauer Attorney PLLC
c/o Ross & Smith, PC
Attn: Frances A Smith
700 N Pearl St Ste 1610
Dallas TX 75201-7549

Citizens Bank
c/o Scott A Ritcheson
Ritcheson Lauffer & Vincent PC
821 ESE Loop 323 Ste 530
Tyler TX 75701-9779

First Bank Texas
100 Willow Bend Dr
Willow Park TX 76008-5746

Parker CAD
Linebarger Goggan Blair & Sampson
c/o John Turner
2777 Stemmons Fwy Ste 1000
Dallas TX 75207-2328

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin TX 78711-2548

Barron Stark Engineers
6221 Southwest Blvd Ste 100
Fort Worth TX 76132-1078

Carnegie Development LLC
1755 Wittington Pl Ste 340
Dallas TX 75234-1930

~~Coats Rose~~
~~14755 Preston Rd Ste 600~~
~~Dallas TX 75254-6825~~ 5.7.24

Texas Comptroller of Public Accts
Revenue Accounting Div –
Bankruptcy Section
PO Box 13528
Austin TX 78711-3528

Dixon Water Foundation
c/o Josh Botts
Munsch Hardt Kopf & Harr PC
500 N Akard St Ste 400
Dallas TX 75201-6659

GEO Services LLC
PO Box 32564
Knoxville TN 37930-2564

~~HR Sterling LLC~~
~~14819 Frisco Ranch Dr~~
~~Little Elm TX 75058-2753~~ 5.21.24

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce St
Dallas TX 75242-1100

JMJ Development LLC
1755 Wittington Pl Ste 340
Dallas TX 75234-1930

Khudabuksh Walji
Law Office of K Walji
10701 Corporate Dr Ste 350
Stafford TX 77477-4091

~~Robert W Buchholz~~
~~420 S Cesar Chavez Blvd Ste 300~~
~~Dallas TX 75201-5817~~ 5.24.24

South Central Water Company
PO Box 570177
Houston TX 77257-0177

Southern Star Capital
DBA Reliance Mortgage Company
5220 Spring Valley Rd Ste 602
Dallas TX 75254-1952

~~Southern Star Capital LLC~~
~~c/o Robert W Buchholz~~
~~555 Republic Dr Ste 490~~
~~Plano TX 75074-8848~~ 5.16.24

US Trustee Office
1100 Commerce St Rm 9C60
Dallas TX 75242-1011

US Atty General
Main Justice Bldg
950 Pennsylvania Ave NW Rm 5111
Washington DC 20530-0001

United States Trustee
1100 Commerce St Rm 976
Dallas TX 75242-1011

Joyce W Lindauer
Joyce W Lindauer Attorney PLLC
1412 Main St Ste 500
Dallas TX 75202-4042

Cort Thomas
c/o Charlene Koonce
Brown Fox PLLC
8111 Preston Rd Ste 300
Dallas TX 75225

Lumar Land & Cattle
c/o Bobby Forshey
Forshey & Prostok LLP
777 Main St Ste 1550
Fort Worth TX 76102

Lumar Land & Cattle
c/o Kimberly Harris, Josh Shephard
Quilling Selander
2001 Bryan St Ste 1800
Dallas TX 75201

First Bank Texas
c/o Mark Petrocchi
Griffith Jay & Michel LLP
2200 Forest Park Blvd
Fort Worth TX 76110