J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
FORSHEY PROSTOK, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**COUNSEL FOR LUMAR LAND & CATTLE, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| Plaintiff-in-Intervention | § | |

**LUMAR LAND & CATTLE, LLC'S MOTION FOR EXPEDITED HEARING AND RESPONSE DEADLINE**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Lumar Land & Cattle, LLC ("Lumar") and files this *Motion to for Expedited*

*Hearing and Response Deadline* (the "Motion to Expedite")[1] requesting expedited consideration of *Lumar Land & Cattle, LLC's Motion to Enforce Settlement and to Dissolve and Expunge Second Lis Pendens Filed by Timothy Barton* [BK Dkt. No. 166; Adv. Dkt. No. 163] ("Motion"). In support of this Motion to Expedite, Lumar states as follows.

1. The above captioned adversary proceeding arose out of an attempt by the Debtor, BM318, LLC ("BM318"), to avoid a conveyance of land from BM318 to The Dixon Water Foundation ("Foundation") through a deed in lieu of foreclosure. A receiver was appointed for BM318 in a lawsuit filed by the Securities and Exchange Commission (SEC). The receiver then settled the adversary proceeding with Lumar and the Foundation. Timothy Barton ("Barton") an officer and alleged ultimate equity owner of BM318 objected to the settlement. The Court overruled Barton's objection. The settlement was approved and has been fully consummated and BM318's avoidance action has been dismissed with prejudice. The net effect of the settlement was to preclude and release any potential claim which BM318 might assert against the land which was the subject of the avoidance action (the "Foundation Land").

2. Months after the settlement was approved by this Court, ignoring the Court's orders dismissing with prejudice BM318's claims to any interest in the Foundation Land, Barton, purporting to act on behalf of BM318, filed a second lis pendens ("Second Lis Pendens") against the land.

3. Lumar learned of the existence of the Second Lis Pendens while in the process of attempting to refinance the mortgage on land it acquired from the Foundation (the "Lumar Land") which was part of the Foundation Land at issue in the now fully settled and dismissed adversary proceeding.

4. By the Motion, Lumar seeks to enforce this Court's orders and judgment on the settlement to dissolve and expunge the Second Lis Pendens.

[1] This Motion to Expedite is filed both in the above adversary proceeding and in the main bankruptcy case.

5. The Second Lis Pendens is obstructing Lumar's ability to refinance the mortgage on the Lumar Land or to sell any portion of the Lumar Land. As such, Lumar is at risk of running afoul with its current mortgage lender. For this reason, Lumar is seeking expedited consideration of the Motion.

6. Lumar would respectfully request that the Court:

(a) Set a hearing on the Motion for November 12 or November 13 for one hour of hearing time, and

(b) Set a deadline to respond to the Motion for no later than November 7, 2024.

WHEREFORE, Lumar respectfully requests that the Court grant this Motion to Expedite and for all such other and further relief as is just and proper.

Dated: October 24, 2024

Respectfully submitted,

*<u>/s/ J. Robert Forshey</u>*

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
**FORSHEY PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2024, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties entitled to such service and on the parties indicated below as stated below:

Via U.S. Mail first class postage prepaid, certified mail return receipt requested, and via email on:

Timothy Barton
P.O. Box 117625
Carrollton, Texas 75007
Email: timothy.barton@proton.me

Via U.S. Mail first class postage prepaid and via email on:

Kaitlyn M. Coker
Farmer & Coker PLLC
901 Main Street, Suite 5330
Dallas, Texas 75202
Email: kaitlan@farmercoker.com

*/s/ J. Robert Forshey*
J. Robert Forshey

L:\BFORSHEY\Lumar Land & Cattle, LLC (BM318)(non-bnkrptcy)#6323\Adversary No. 21-04051 (BM318)\Pleadings\Motion Expedite Mtn to Enforce Sttlmt Orders.docx