CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 28, 2024**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| BM318 | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Adv. Proc. No. 21-04051-mxm |
| THE DIXON WATER FOUNDATION, | § | |
| | § | |
| Defendant, | § | |
| | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| | § | |
| Plaintiff-In-Intervention. | § | |

**ORDER GRANTING LUMAR LAND & CATTLE, LLC'S MOTION FOR EXPEDITED HEARING AND RESPONSE DEADLINE**

The Court has considered *Lumar Land & Cattle, LLC's Motion for Expedited Hearing and Response Deadline* [BK Dkt. No. 167; Adv. Dkt. No. 164] ("Motion to Expedite"), requesting

expedited consideration of the *Motion to Enforce Settlement and Dissolve and Expunge Second Lis Pendens Filed by Timothy Barton* [BK Dkt. No. 166; Adv. Dkt. No. 163] ("Motion"). After consideration of the Motion to Expedite, the Court finds that it is well-taken and Lumar has shown good cause for an expedited hearing and response deadline on the Motion. It is therefore

**ORDERED** that:

1. The Motion to Expedite is **GRANTED**;

2. The Motion shall be heard on **November 12, 2024, at 10:30 a.m. Central Time**, before the Honorable Mark X. Mullin, United States Bankruptcy Judge, United States Courthouse, 501 West 10th Street, Courtroom 128, Fort Worth, Texas; **For WebEx Video Participation/Attendance**:

   Link: https://us-courts.webex.com/meet/mullin
   Meeting Number: 2310 650 8783

   **For WebEx Telephonic Only Participation/Attendance**:

   Dial-In: 1.650.479.3207
   Access Code: 2310 650 8783

3. Any response to the Motion shall be filed and served no later than **5:00 p.m. Central on November 7, 2024**.

**# # # END OF ORDER # # #**