J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
FORSHEY PROSTOK, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**COUNSEL FOR LUMAR LAND & CATTLE, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| Plaintiff-in-Intervention | § | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that:

1. On October 25, 2024, a true and correct copy of the following documents were served via email on Kaitlyn M Coker at kaitlyn@farmercoker.com:

a) *Lumar Land & Cattle, LLC's Motion to Enforce Settlement and to Dissolve and Expunge Second Lis Pendens filed by Timothy Barton* [Adv. Dkt. No. 163 and Main Dkt. No. 166]; and

b) *Motion for Expedited Hearing and Response Deadline* [Adv. Dkt. No. 164 and Main Dkt. No. 167].

2. On October 30, 2024, a true and correct copy of the following documents were served via email on Kaitlyn M Coker at kaitlyn@farmercoker.com:

a) *Order Granting Lumar Land & Cattle, LLC's Motion for Expedited Hearing and Response Deadline* [Adv Dkt. No. 165 & Main Dkt. No. 168]; and

b) *Notice of Expedited Hearing* [Adv. Dkt. No. 166 and Main Dkt. No. 169].

Dated: October 30, 2024

Respectfully submitted,

*/s/ J. Robert Forshey*

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
**FORSHEY PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**COUNSEL FOR LUMAR LAND & CATTLE, LLC**

L:\BFORSHEY\LUMAR LAND & CATTLE, LLC (BM318)(NON-BNKRPTCY)#6323\ADVERSARY NO. 21-04051 (BM318)\PLEADINGS\SUPPLEMENTAL CERTIFICATE OF SERVICE 10.29.24.DOCX