Kaitlyn M. Coker
Texas Bar No. 24115264
kaitlyn@farmercoker.com
FARMER & COKER, PLLC
901 Main St., Ste. 5330
Dallas, TX 75202
Telephone: (214) 242) 9607

COUNSEL FOR TIMOTHY BARTON

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor | §<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-42789-MXM |
| BM318, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant.<br><br>LUMAR LAND & CATTLE, LLC,<br><br>Plaintiff-In-Intervention. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Pro. No. 21-04051-MXM |

**APPENDIX IN SUPPORT OF TIMOTHY BARTON'S RESPONSE TO LUMAR LAND & CATTLE, LLC'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND EXPUNGE LIS PENDENS**

| Exhibit | Title | Pages |
|---|---|---|
| Exhibit A | Notice of Appeal of Second Order Appointing Receiver | Appx. 001–2 |

Respectfully submitted,

/s/*Kaitlyn M. Coker*
Kaitlyn M. Coker
Texas Bar No. 24115264
kaitlyn@farmercoker.com
**FARMER & COKER, PLLC**
901 Main St., Ste. 5330
Dallas, TX 75202
Telephone: (214) 242) 9607

**COUNSEL FOR TIMOTHY BARTON**