**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

***Plaintiff,***

**v.**

**TIMOTHY LYNCH BARTON**
**CARNEGIE DEVELOPMENT, LLC**
**WALL007, LLC**
**WALL009, LLC**
**WALL010, LLC**
**WALL011, LLC**
**WALL012, LLC**
**WALL016, LLC**
**WALL017, LLC**
**WALL019, LLC**
**HAOQIANG FU (a/k/a MICHAEL FU)**
**STEPHEN T. WALL**

***Defendants,***

**DJD LAND PARTNERS, LLC**
**LDG001, LLC**

***Relief Defendants.***

§ § § § § § § § § § § § § § § § § § § § § § § § § § §

**No. 3:22-CV-2118-X**

**DEFENDANT TIMOTHY LYNCH BARTON'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Timothy Lynch Barton, by counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's five Orders entered on November 29, 2023, appointing a new receiver, setting the terms for that new receiver, and granting a preliminary injunction, among other things. (ECF Nos. 416, 417, 418, 419, and 420), as those Orders were amended by the Court on December 6, 2023 (ECF No. 427).

Dated: December 7, 2023

Respectfully submitted,

By: */s/ Michael J. Edney*

Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.)*
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

On December 7, 2023 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney