UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>TIMOTHY LYNCH BARTON, et al.<br>*Defendants*,<br><br>DJD LAND PARTNERS, LLC, and LDG001, LLC<br><br>*Relief Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:22-CV-2118-X |

**AGREED ORDER ON MOTION TO SHOW CAUSE**
**AND AGREED INJUNCTION**

For the reasons previously set out in the Order Appointing Receiver on November 29, 2023 (the "Receivership Order") (Doc. 417) and pursuant to the agreement of Defendant Barton and Receiver Cort Thomas to resolve the Receiver's Motion to Show Cause (Doc. 558) and on related matters, the Court finds good cause to enter the following Order:

The Court **HEREBY ORDERS** that the following injunction shall remain in effect to the extent that the Receivership remains in place over any Receivership entities or assets. Without further written approval by the Receiver or from the Court, Barton shall not:

1. Communicate about the Receivership in any manner, directly or indirectly, with (a) any person, agent, or entity whom Barton knows, has notice or reason to believe has contracted to purchase any Receivership Asset (a "Contracted Purchaser"); (b) any person or entity whom Barton knows, has notice or reason to believe the Receiver is or has been negotiating with regarding the sale of any Receivership Property (a "Negotiating Purchaser"); or (c) any other person or entity, or the broker or agent for such person, who has contacted the Receiver to inquire about purchasing a Receivership Property, if the Receiver notifies Barton in writing that Barton's communications with such person are prohibited (an "Identified Potential Purchaser"); and (d) any person or entity that Barton knows, has notice or reason

to believe is the broker, attorney, employee, or agent of any Contracted Purchaser, Negotiating Purchaser, or Identified Potential Purchaser;

2. Disrupt, hinder, terminate, delay, or interfere with the Receiver's or his agents and broker's efforts to (a) locate buyers interested in purchasing Receivership Properties; (b) contract for the sale of any Receivership Property; or (c) close an approved sale, including all activities necessary and incidental to closing. Except as reflected below in paragraph 4, this provision does not limit or modify any right Barton may possess, individually or on behalf of a Non-Receivership Entity, or any entity that is not otherwise subject to an injunction or stay, to participate in a court proceeding;

3. Communicate, directly or indirectly, with any person or entity whom Barton knows, has notice or reason to believe is employed by, contracted to, or actively involved in managing, operating, supervising, or assisting in the management, care, or supervision of any Receivership Asset, including specifically but not limited to contracted management for the Amerigold Suites and the D4 HUD apartment complexes; and

4. Without seeking and obtaining leave of Court, commence or participate, directly or indirectly, in any lawsuit against any buyer, prospective buyer, managers, or brokers, person or entity, related to any Receivership Asset or the management of any Receivership Asset. Nothing herein is intended or shall be construed to preclude Barton from seeking any relief in *SEC v. Barton et al*, (the "Receivership Lawsuit") including through an appeal of any order entered in the Receivership Lawsuit or any lawsuit initiated by the Receiver directly against Barton.

As provided in Rule 65(d)(2) of the Federal Rules of Civil Procedure, the foregoing paragraph also binds the following who receive actual notice of this Order by personal service or otherwise: (a) Barton's officers, agents, servants, employees, and attorneys; and (b) other persons who are in active concert or participation with Barton or with anyone described in (a).

**IT IS SO ORDERED**, this 10th day of October, 2024.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

AGREED:

By: */s/ Charlene C. Koonce*
Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
Timothy B. Wells
Texas Bar No. 24131941
tim@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (admitted to N.D. Tex)
medney@huntonak.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 955-1500
Fax: (202) 778-2201

*Attorneys for Timothy Lynch Barton*