Kaitlyn M. Coker
Texas Bar No. 24115264
kaitlyn@farmercoker.com
FARMER & COKER, PLLC
901 Main St., Ste. 5330
Dallas, TX 75202
Telephone: (214) 242) 9607

COUNSEL FOR TIMOTHY BARTON

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor | §<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-42789-MXM |
| BM318, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant.<br><br>LUMAR LAND & CATTLE, LLC,<br><br>Plaintiff-In-Intervention. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Pro. No. 21-04051-MXM |

**WITNESS AND EXHIBIT LIST OF TIMOTHY BARTON IN CONNECTION WITH THE HEARING SET FOR NOVEMBER 12, 2024**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Timothy Barton, Defendant, hereby submits this Witness and Exhibit List in connection with the hearing on Lumar Land & Cattle, LLC's Motion to Enforce Settlement and to Dissolve

and Expunge Second Lis Pendens filed by Timothy Barton, scheduled for Tuesday, November 12, 2024, at 10:30 a.m.

## I. WITNESSES

1. **Timothy Barton**
   - Defendant in this case; expected to testify regarding his reasons for filing the lis pendens, the ongoing appeal's relevance to the Receiver's authority, and the purpose of the lis pendens as a transparency measure.
2. **Any witness necessary to rebut the evidence or testimony offered by Lumar Land & Cattle, LLC.**
3. **Any witness designated or called by any other party.**
4. **Rebuttal witnesses as needed.**

## II. EXHIBITS

| Exhibit Number | Description | Offered | Admitted | Refused |
|---|---|---|---|---|
| **1** | Notice of Appeal filed by Timothy Barton related to the Receiver Order | | | |
| **2** | Texas Property Code Section 12.007 text, showing the requirements and purpose of a lis pendens | | | |
| **3** | Order Appointing Receiver, outlining the Receiver's authority, currently under appeal | | | |
| **4** | Settlement Agreement between BM318, Dixon Water Foundation, and Lumar Land & Cattle, LLC | | | |
| **5** | Final Agreed Judgment in Adversary Proceeding No. 21-04051, dismissing claims with prejudice | | | |
| **6** | Special Warranty Deed between Dixon Water Foundation and Lumar Land & Cattle, LLC | | | |
| **7** | Notice of Lis Pendens filed by Timothy Barton | | | |
| **8** | Excerpts from May 22, 2024 Hearing Transcript, Judge Mullin's oral ruling on the settlement | | | |
| **9** | Notice of Appeal, ECF 429, in Proceeding No. 3:22-cv-02118 | | | |

Mr. Barton reserves the right to amend or supplement this Witness and Exhibit List and to use any witnesses or exhibits designated or called by any other party.

Respectfully submitted,

/s/*Kaitlyn M. Coker*
Kaitlyn M. Coker
Texas Bar No. 24115264
kaitlyn@farmercoker.com
**FARMER & COKER, PLLC**
901 Main St., Ste. 5330
Dallas, TX 75202
Telephone: (214) 242) 9607

**COUNSEL FOR TIMOTHY BARTON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 11, 2024, a true and correct copy of the foregoing Witness and Exhibit List was served by electronic transmission via the Court's ECF system upon all parties registered to receive electronic notice.

/s/*Kaitlyn M. Coker*
Kaitlyn M. Coker