BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: BM318, LLC et al v. The Dixon Water Foundation et al | EXPEDITED HEARING ON MOTION TO ENFORCE (163) | Case # 21−04051−mxm |
| DEBTOR | **TYPE OF HEARING** | |
| Lumar Land & Cattle, LLC | ***VS*** | Timothy Burton |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| J. Robert Forshey | | Kaitlyn Coker |
| **ATTORNEY** | | **ATTORNEY** |

**<u>EXHIBITS</u>**

| | |
|---|---|
| Lumar's Exhibits #3−14 ADMITTED (ECF 171) | None Admitted |

| | | |
|---|---|---|
| Jeanette Almaraz | 11/12/2024 | Mark X. Mullin |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |