Kaitlyn M. Coker
Texas Bar No. 24115264
kaitlyn@farmercoker.com
FARMER & COKER, PLLC
901 Main St., Ste. 5330
Dallas, TX 75202
Telephone: (214) 242) 9607

COUNSEL FOR TIMOTHY BARTON

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| BM318, LLC, | § | |
| | § | Case No. 20-42789-MXM |
| Debtor | § | |
| | § | |
| BM318, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| | § | |
| THE DIXON WATER FOUNDATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| LUMAR LAND & CATTLE, LLC, | § | |
| | § | |
| Plaintiff-In-Intervention. | § | |

**NOTICE OF RELEASE OF LIS PENDENS**

**TO THE HONORABLE JUDGE OF THE BANKRUPTCY COURT:**

Timothy Lynch Barton, by and through his counsel of record, hereby notifies the Court as follows:

1. On November 20, 2024, Mr. Barton voluntarily executed and filed a Release of Lis Pendens concerning real property located in Parker County, Texas.

2. This release pertains to the Lis Pendens that was previously challenged in the above-referenced bankruptcy case and related proceedings, as described in Dkt. No. 166, "Motion to Enforce Settlement and to Dissolve and Expunge Second Lis Pendens."

3. A copy of the Release of Lis Pendens is attached hereto as **Exhibit A** for the Court's reference.

4. This notice is provided to inform the Court and the parties that the Lis Pendens at issue is no longer in effect and has been formally released by Mr. Barton.

Respectfully submitted,

/s/*Kaitlyn M. Coker*
Kaitlyn M. Coker
Texas Bar No. 24115264
kaitlyn@farmercoker.com

**FARMER & COKER, PLLC**
901 Main St., Ste. 5330
Dallas, TX 75202
Telephone: (214) 242) 9607

**COUNSEL FOR TIMOTHY BARTON**

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, a true and correct copy of the foregoing Notice of Release of Lis Pendens was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notice in this case and via United States First Class Mail, postage prepaid, to the following parties as indicated on the service list:

Via ECF or First Class Mail

BM318, LLC
13901 Midway Rd, Ste 102
Dallas, TX 75244-4388

Joyce W. Lindauer Attorney PLLC
c/o Ross & Smith, PC
Attn: Frances A. Smith
700 N Pearl St, Ste 1610
Dallas, TX 75201-7549

Citizens Bank
c/o Scott A. Ritcheson
Ritcheson Lauffer & Vincent PC
821 ESE Loop 323, Ste 530
Tyler, TX 75701-9779

First Bank Texas
100 Willow Bend Dr
Willow Park, TX 76008-5746

Parker CAD
Linebarger Goggan Blair & Sampson
c/o John Turner
2777 Stemmons Fwy, Ste 1000
Dallas, TX 75207-2328

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548

Barron Stark Engineers
6221 Southwest Blvd, Ste 100
Fort Worth, TX 76132-1078

Carnegie Development LLC
1755 Wittington Pl, Ste 340

Dallas, TX 75234-1930

Coats Rose
14755 Preston Rd, Ste 600
Dallas, TX 75254-6825

Texas Comptroller of Public Accounts
Revenue Accounting Division – Bankruptcy Section
PO Box 13528
Austin, TX 78711-3528

Dixon Water Foundation
c/o Josh Botts
Munsch Hardt Kopf & Harr PC
500 N Akard St, Ste 400
Dallas, TX 75201-6659

GEO Services LLC
PO Box 32564
Knoxville, TN 37930-2564

HR Sterling LLC
14819 Frisco Ranch Dr
Little Elm, TX 75058-2753

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce St
Dallas, TX 75242-1100

JMJ Development LLC
1755 Wittington Pl, Ste 340
Dallas, TX 75234-1930

Khudabuksh Walji
Law Office of K. Walji
10701 Corporate Dr, Ste 350
Stafford, TX 77477-4091

Robert W. Buchholz
420 S Cesar Chavez Blvd, Ste 300
Dallas, TX 75201-5817

South Central Water Company
PO Box 570177
Houston, TX 77257-0177

Southern Star Capital
DBA Reliance Mortgage Company
5220 Spring Valley Rd, Ste 602
Dallas, TX 75254-1952

Southern Star Capital LLC
c/o Robert W. Buchholz
555 Republic Dr, Ste 490
Plano, TX 75074-8848

US Trustee Office
1100 Commerce St, Rm 9C60
Dallas, TX 75242-1011

US Attorney General
Main Justice Building
950 Pennsylvania Ave NW, Rm 5111
Washington, DC 20530-0001

United States Trustee
1100 Commerce St, Rm 976
Dallas, TX 75242-1011

Joyce W. Lindauer
Joyce W. Lindauer Attorney PLLC
1412 Main St, Ste 500
Dallas, TX 75202-4042

Cortney Thomas
c/o Charlene Koonce
Brown Fox PLLC
8111 Preston Rd, Ste 300
Dallas, TX 75225

Lumar Land & Cattle
c/o Bobby Forshey
Forshey Prostok LLP
777 Main St, Ste 1550
Fort Worth, TX 76102

Lumar Land & Cattle
c/o Kimberly Harris, Josh Shephard
Quilling Selander
2001 Bryan St, Ste 1800
Dallas, TX 75201

First Bank Texas
c/o Mark Petrocchi
Griffith Jay & Michel LLP
2200 Forest Park Blvd
Fort Worth, TX 76110

DATED: November 20, 2024

/s/*Kaitlyn M. Coker*
Kaitlyn M. Coker

**Exhibit A**

202430456 RELEASE Total Pages: 6

# RELEASE OF LIS PENDENS

STATE OF TEXAS §
§
COUNTY OF PARKER §

WHEREAS, a Notice of Lis Pendens was filed in the case of *SEC v. Barton*, Case No. 3:22-cv-02118-X, in the United States District Court for the Northern District of Texas, Dallas Division, and was recorded in the official public records of Parker County, Texas, affecting the real property more particularly described in Exhibit A hereto;

WHEREAS, the Notice of Lis Pendens was executed by Timothy Lynch Barton, individually, but contained a notarization that inadvertently ascribed execution to Timothy Lynch Barton as Manager and President of BM318, LLC, instead of the intended execution – and actual execution – by Timothy Lynch Barton, individually;

NOW THEREFORE, out of an abundance of caution, the undersigned filer of said Lis Pendens does hereby release and discharge, to the extent of his authority to do so, if any, the Notice of Lis Pendens recorded on September 6, 2024 in the real property records of Parker County, Texas, as Instrument No. 20243549, to the extent that the Lis Pendens inadvertently makes refrence to claims belonging to BM318, LLC, in the above-described property.

EXECUTED this 20 day of November, 2024.

[signature]
Timothy Lynch Barton

STATE OF TEXAS §
§
COUNTY OF Denton §

This instrument was acknowledged before me on this _ day of November, 2024, by Timothy Lynch Barton.

RAY P. BULGER
Notary Public, State of Texas
Comm. Expires 07-09-2027
Notary ID 11670541

[signature]
Notary Public, State of Texas

My commission expires: 07/09/2027