UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BM318, LLC C/O TIMOTHY BARTON, PRESIDENT, ET AL.,**

    Appellants,

v.                                                        No. 4:24-cv-00863-P

**COURTNEY C. THOMAS, ET AL.,**

    Appellees.

### FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Granting Appellees' Motion to Dismiss (ECF No. 24), the Court finds this appeal should be and hereby is **DISMISSED with prejudice**.

**SO ORDERED** on this **4th day of February 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE